# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO; SERVICE EMPLOYEES INTERNATIONAL UNION; and SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 925,

*Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ADMINISTRATION FOR CHILDREN AND FAMILIES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; ALEX J. ADAMS, in his official capacity as the Assistant Secretary of the Administration for Children and Families,

*Defendants*.

CASE NO.  2:26-cv-02282-TL

~~Proposed~~ Order – 1

## [PROPOSED] ORDER

The Court, having considered the parties' Joint Motion for Schedule, hereby ORDERS:

1. Defendants shall produce the administrative record to Plaintiffs by August 6, 2026.

2. Plaintiffs shall file their Motion for Summary Judgment by September 24, 2026.

3. Defendants shall file their response to Plaintiffs' Motion for Summary Judgment, as well as any Cross-Motion for Summary Judgment (or Motion to Dismiss) by October 22, 2026.

4. Plaintiffs shall file their response to Defendants' Motion for Summary Judgment and their reply in support of Plaintiffs' Motion for Summary Judgment by November 12, 2026.

5. Defendants shall file their reply in support of their Cross-Motion for Summary Judgment by December 4, 2026.

6. Defendants' deadline to respond to the complaint is deferred until after resolution of the parties' summary judgment motions, to the extent a response remains necessary.

7. The parties are excused from Local Civil Rule 56(c)'s statement-of-facts requirement for the summary judgment briefing.

IT IS SO ORDERED.

Dated this 7th day of August 2026.

_____

TANA LIN
UNITED STATES DISTRICT JUDGE

Proposed Order – 2

Presented by:

*/s/ Sean Ouellette*
Sean Ouellette* (DC Bar No.1741535)
Briana M. Clark* (DC Bar No. 1735505)
Joel McElvain* (DC Bar No. 448431)
Robin F. Thurston* (DC Bar No. 1531399)
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
Fax: (202) 796-4426
souellette@democracyforward.org
bclark@democracyforward.org
jmcelvain@democracyforward.org
rthurston@democracyforward.org

Robert H. Lavitt, WSBA No. 27758
Sarah Derry, WSBA No. 47189
**BARNARD IGLITZIN & LAVITT LLP**
18 W Mercer St, Suite 400
Seattle, WA 98119
(206) 257-6004
lavitt@workerlaw.com
derry@workerlaw.com

*Counsel for Plaintiffs*

~~Proposed~~ Order – 3