**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO; SERVICE EMPLOYEES INTERNATIONAL UNION; and SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 925,

*Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ADMINISTRATION FOR CHILDREN AND FAMILIES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; ALEX J. ADAMS, in his official capacity as the Assistant Secretary of the Administration for Children and Families,

*Defendants*.

**DEFENDANTS' NOTICE OF FILING OF ADMINISTRATIVE RECORD**

Case No. 2:26-cv-02282-TL

Please take notice that Defendants are filing the certified administrative record concerning the promulgation of the final rule entitled *Restoring Flexibility in the Child Care and Development Fund (CCDF)*, 91 Fed. Reg. 25,796 (May 12, 2026). Due to the size of the administrative record, Defendants are filing the record in multiple parts across separate docket entries.

The administrative record is accompanied by an index identifying the documents included in the record and their corresponding Bates numbers. Defendants are also filing the Certification of Administrative Record executed by Anne-Marie D. Twohie, Deputy Director of the Office of Child Care, Administration for Children and Families, U.S. Department of Health and Human Services.

August 20, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE R. BENNETT
Assistant Branch Director

*/s/ Kian K. Azimpoor*
KIAN K. AZIMPOOR
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel: (202) 598-0860; Fax: (202) 616-8470
Email: kian.k.azimpoor@usdoj.gov

*Counsel for Defendants*