*American Economic Journal: Applied Economics 2009, 1:3, 111–134*
*http://www.aeaweb.org/articles.php?doi=10.1257/app.1.3.111*

# Early Childhood Intervention and Life-Cycle Skill Development: Evidence from Head Start†

*By* David Deming*

*This paper provides new evidence on the long-term benefits of Head Start using the National Longitudinal Survey of Youth. I compare siblings who differ in their participation in the program, controlling for a variety of pre-treatment covariates. I estimate that Head Start participants gain 0.23 standard deviations on a summary index of young adult outcomes. This closes one-third of the gap between children with median and bottom quartile family income, and is about 80 percent as large as model programs such as Perry Preschool. The long-term impact for disadvantaged children is large despite "fade-out" of test score gains.* (*JEL* H52, J13, I28, I38)

Head Start is a federally funded and nationwide preschool program for poor children. Started in 1965 as part of the "War on Poverty," it serves over 900,000 children today and has funding of $6.8 billion annually (Office of Head Start 2008). Public investment in Head Start has more than tripled in real terms ($2.1 billion to $6.8 billion in 2007 dollars) since its inception, and in the past decade there has been an expansion in state-funded preschool programs (W. Steven Barnett et al. 2007). Still, despite substantial growth in Head Start enrollment over time, as one recent survey notes, "skepticism about the value of the program persists." (Jens Ludwig and Deborah A. Phillips 2008.)

This paper provides evidence of the long-term benefits of Head Start for a more recent birth cohort of children, most of whom were enrolled in the program between 1984 and 1990. My data source is the National Longitudinal Mother-Child Supplement (CNLSY), which surveyed the mothers of the National Longitudinal Survey of Youth (NLSY) 1979 every two years from 1986 until 2004. Tracking a cohort of Head Start participants over time has several advantages. First, the survey contains extensive information on family background from multiple members of the same families, allowing for intergenerational and

* Kennedy School of Government, Harvard University, 79 JFK St., Cambridge, MA 02139 (e-mail: demingd@nber.org). I would like to thank Professors Greg Duncan, Susan Dynarski, Thomas Kane, Jeffrey Liebman, Jens Ludwig, and Lawrence Katz for reading drafts of this paper and for providing essential guidance and feedback. I benefited from the helpful comments of Richard Murnane, Tristan Zajonc, and seminar participants at the National Head Start Research Conference, the Association for Public Policy Analysis and Management Meetings, the Harvard Economics Labor Lunch, and the Work in Progress seminar at the Kennedy School of Government. I gratefully acknowledge funding from the American Education Research Association, the Julius B. Richmond Fellowship at the Center for the Developing Child, the Taubman Center for State and Local Government, and the Multidisciplinary Program on Inequality and Social Policy at Harvard.

† To comment on this article in the online discussion forum, or to view additional materials, visit the articles page at: http://www.aeaweb.org/articles.php?doi=10.1257/app.1.3.111.

within-family comparisons. Second, participation was reported contemporaneously, mitigating concerns about measurement error or recall bias (Eliana Garces, Duncan Thomas, and Janet Currie 2002, henceforth GTC). Third, low attrition and consistent administration of tests and survey questions over time facilitate an analysis of the effect of Head Start over the life cycle.

Like Currie and Thomas (1995), henceforth CT, and GTC (2002), I identify the effect of Head Start using within-family differences in program participation. I control for a variety of pre-treatment characteristics, such as maternal work history, child care arrangements, and birth weight, which vary among members of the same family. Although some concerns remain in the absence of a randomized experiment, I show that there is little evidence of systematic bias in assignment to Head Start within families. I also show that controlling for these pre-treatment covariates has very little impact on the point estimates.

I find that the long-term impact of Head Start is about 0.23 standard deviations on a summary index of young adult outcomes, with larger impacts for relatively disadvantaged children. This gain is equivalent to about one-third of the gap between the bottom permanent income quartile and the median in the CNLSY sample, and is about 80 percent as large as the gains from the Perry Preschool and Carolina Abecedarian "model" preschool programs (Pedro M. Carneiro and James J. Heckman 2003; Michael L. Anderson 2008). The results are robust to different constructions of the summary index, different age and sample restrictions, and alternative definitions of Head Start participation.

This paper also sheds some light on the life-cycle benefits of early skill formation. Although nearly all school-age interventions use test scores as a benchmark for success, the connection between test score gains and improvements in adult outcomes is not well understood. More practically, without some sense of the connection between short- and long-term benefits, researchers must wait at least 15–20 years to evaluate the effect of an early childhood program. I find an initial age (5–6 years old) test score gain of about 0.15 standard deviations that fades out to less than half that amount by ages 11–14. Fade-out is particularly strong for African American children and very disadvantaged children. Still, it is these children who experience the largest long-term benefits. For children whose mothers scored one standard deviation below the average on a cognitive test score, the long-term effect of Head Start is 0.28 standard deviations, and yet their net test score gain is essentially zero. Thus, a projection of future benefits for these children based solely on test score gains would greatly understate the impact of the program.

These results also suggest that large returns to investment in early education are possible without costly scaling up of model, highest-quality preschool programs. A rough comparison indicates that Head Start generates about 80 percent of the benefits of these programs at about 60 percent of the cost (Anderson 2008; Currie 2001). Furthermore, plugging the effect sizes here into calculations of the social cost of high school dropout performed by Henry M. Levin et al. (2007) suggests a similar benefit-cost ratio between Head Start and Perry Preschool. The largest potential difference is in the effect of each on crime, which generates two-thirds of the estimated social benefit in Perry Preschool (Clive R. Belfield et al. 2006). In contrast, I find no impact of Head Start on criminal activity.

The rest of the paper is organized as follows. Section I provides background on Head Start and the related literature. Section II describes the data. Section III outlines my empirical strategy, and discusses issues of multiple inference and selection bias. Section IV presents the results and some robustness checks. Section V discusses comparability and engages in a speculative benefit-cost calculation. Section VI concludes.

## I. Background

Head Start's mission is to promote school readiness "by enhancing the social and cognitive development of children through the provision of educational, health, nutritional, social, and other services to enrolled children and families" (Office of Head Start 2008). In practice, the program focuses on "whole child" development rather than academic preparation for kindergarten through content instruction, although there have been calls in recent years to make the program more academically oriented (Ron Haskins 2004). Funding guidelines require that 90 percent of participants be at or below the federal poverty level, on public assistance, or be foster children (Office of Head Start 2008). Thus, high-quality preschool education is beyond the means of most participating families. In addition to preschool education, Head Start provides services such as medical, dental, and mental health care (including nutrition), and child development assistance and education for parents. Head Start is a 9 month full- or part-day program, and it currently costs between $7,000 and $9,000 dollars per child, per year, or about 60 percent of model preschool programs to which it is often compared (Currie 2001).[1] Enrollment in the program is limited to a maximum of two years per child, although, in practice, the modal time of enrollment is one year (United States Department of Health and Human Services (HHS) 2005).

Head Start programs are administered locally, but quality is regulated by a set of federal guidelines (Office of Head Start 2008). Still, there may be considerable heterogeneity in implementation and program features across geographic areas and over time. Since overall preschool enrollment has increased greatly over the past 40 years, there is a much wider variety of alternatives for parents today than for earlier cohorts. If these alternatives are of increasingly higher quality, then, holding program quality constant, the impact of Head Start would fall over time. Similarly, since the measured impact of the program is implicitly a comparison with the child's counterfactual environment, children from more disadvantaged backgrounds may experience larger gains from Head Start (HHS 2001; GTC 2002; William T. Gormley, Jr. and Ted Gayer 2005). On the other hand, some studies find evidence of fade-out for African American participants compared to their more advantaged white peers (CT 1995; HHS 2005). A possible explanation is differences in school quality by race or

[1] The lower bound estimate comes from Head Start program Fact Sheet FY 2007 (http://www.acf.hhs.gov/programs/ohs/about/fy2007.html)(accessed May 22, 2009). The upper bound includes the estimated effect of state and local matching grants in addition to the federal funds reported on the HHS Web site. I thank Jens Ludwig for providing me with this data.

socioeconomic status (CT 2000). This implies that without follow-up, gains from an intervention are quickly lost.

Given that fade-out is an empirical regularity in educational settings in the United States (CT 1995; Alan B. Krueger and Diane M. Whitmore 2001; Anderson 2008) and internationally (Michael Kremer, Edward Miguel, and Rebecca Thornton 2004; Abhijit V. Banerjee et al. 2007), the use of test scores as a proxy for long-term measures of success is questionable. More concretely, if fade-out generalizes to all long-term impacts, the benefits of many of these interventions have been overstated. However, studies of model preschool interventions find dramatic improvements in long-term outcomes among program participants, despite rapid fade-out of test score gains (Frances A. Campbell et al. 2002; Lawrence Schweinhart et al. 2005; Anderson 2008).

The best evidence for the long-term impact of Head Start comes from two recent studies. GTC (2002) use the Panel Study of Income Dynamics to compare siblings in the same family who differ in their participation in Head Start. Ludwig and Douglas L. Miller (2007) use a discontinuity in Head Start funding across counties to identify the impact of additional funding on child outcomes. Using different data sources and identification strategies, each finds long-term impacts of Head Start on outcomes such as educational attainment, crime, and mortality, with some heterogeneity in subgroup impacts.[2] Both studies evaluate the effect of Head Start on cohorts enrolled in the program between 1965 and 1980. In neither case were short-term test score measures available, either because information on Head Start participation was based on retrospective reporting or because the identification came from county-level aggregates.[3]

## II. Data

The original NLSY began in 1979 with 12,686 youths between the ages of 14 and 22. In 1986, the National Longitudinal Survey (NLS) began a separate survey of the children of the 6,283 women in the NLSY. As of 2004, these women had given birth to 11,428 children, mostly in the early years of the survey, since by 2004 many were beyond childbearing age. The CNLSY tracks every child born to an NLSY respondent, enabling a comparison of siblings within the same family. Furthermore, mothers are surveyed extensively prior to the birth of their children, which allows for a rich set of controls for early life circumstances. In every survey year beginning in 1988, mothers were asked if their children had ever participated (or were currently enrolled) in Head Start, and if they were enrolled in any other preschool. The NLSY included an oversample of the poor, so the children in the survey are more disadvantaged than average (US Department of Labor 2008).

I first restrict the sample to children who were over four years old by 1990. This ensures that all children in the sample are properly categorized (that is, they will

[2] GTC find impacts on educational attainment for whites only, and on crime for blacks only. Ludwig and Miller find roughly equal impacts for whites and blacks on educational attainment and age five to nine mortality.

[3] Ludwig and Miller link their data to the National Educational Longitudinal Survey of 1988 (NELS 1988) and the 2000 follow up, but find no evidence of test score gains for children in the treated counties.

not subsequently enroll in Head Start because they are no longer eligible). By 2004, these children are age 19 or older. The original NLSY included an oversample of low-income whites, but it was dropped in 1990 for budgetary reasons. Although this sample was included in CT (1995), I exclude it here. Finally, I restrict the sample to families with at least two age-eligible children. Together, these restrictions produce a sample size of 3,698.

Table 1 presents selected characteristics of the sample, separately for white/Hispanic children and for African Americans. The first row of means for each variable is for the age-eligible sample discussed above. Head Start participants of all races come from relatively disadvantaged backgrounds. They have lower permanent incomes, lower maternal Armed Forced Qualification Test (AFQT) scores, and lower levels of education.[4] The degree of negative selection is much greater for the white/Hispanic sample, however. Permanent income is 0.39 standard deviations lower for whites and Hispanics, but only 0.11 standard deviations lower for African Americans, relative to the "no preschool" sample.[5] This pattern is similar for maternal AFQT score, and is even stronger when comparing Head Start participants to children in other preschools.

The second row for each variable in Table 1 presents results for children in families where siblings differentially participate in Head Start, other preschools, or no preschool. In this paper, the impact of Head Start is identified by comparing siblings in the same family who vary in their participation in preschool programs. Thus, if all three of a mother's children were enrolled in Head Start, I cannot say anything about the effectiveness of the program for them. A comparison of the first and second rows for each variable gives a sense of the representativeness of this subsample. Not surprisingly, family differences across the three options narrow slightly. Again, however, whites and Hispanics are much more negatively selected into Head Start than African Americans, who are roughly equal to those who did not attend preschool in terms of income, maternal education, and AFQT score.

The generalizability of this sample to the population eligibile for Head Start is an important question. Using administrative data matched to the CNLSY, Currie and Matthew Neidell (2007) examine the characteristics of Head Start programs in the counties where surveyed children reside and find that they are generally representative of nationwide programs, although they are slightly larger, more urban, and have a higher percentage of nonwhite children. One thing to note is that children who are old enough for an examination of long-term impacts were often born to the younger mothers in the NLSY cohort. Younger mothers may benefit disproportionately from Head Start, since the program makes an active effort to involve and educate parents (Currie and Neidell 2007).

*Outcomes.*—First, I examine test score outcomes for children ages five and six, immediately following their enrollment in Head Start. Ideally, I would look at age

[4] Permanent income is constructed as the average of net family income from 1979 to 2004 in constant 2004 dollars. Maternal AFQT is a standardized test administered to NLSY respondents in 1981. To account for differences in the age at which the test was taken, I scale the score by the empirical age distribution in the full NLSY sample and normalize it to have a mean of zero and a standard deviation of one.

[5] Standard deviations are calculated separately for the white/Hispanic and black samples.

TABLE 1—SELECTED FAMILY AND MATERNAL CHARACTERISTICS, BY RACE AND PRESCHOOL STATUS

| | White / Hispanic | | | Black | | | Head start—none diff. (in SD units) | |
|---|---|---|---|---|---|---|---|---|
| | Head Start (1) | Preschool (2) | None (3) | Head Start (4) | Preschool (5) | None (6) | White/ Hispanic (7) | Black (8) |
| *Permanent income* | 26,553 [19,555] | 52,130 [34,577] | 35,592 [23,460] | 24,005 [16,103] | 32,470 [21,939] | 25,980 [18,496] | –0.39 | –0.11 |
| Fixed effects subsample | 27,560 [22,902] | 41,882 [22,403] | 35,901 [23,600] | 26,010 [19,559] | 28,940 [22,853] | 24,164 [16,314] | –0.35 | 0.11 |
| *Mother < high school* | 0.51 [0.50] | 0.18 [0.38] | 0.42 [0.49] | 0.33 [0.47] | 0.20 [0.40] | 0.38 [0.49] | 0.18 | –0.10 |
| Fixed effects subsample | 0.53 [0.50] | 0.25 [0.43] | 0.41 [0.49] | 0.39 [0.49] | 0.27 [0.45] | 0.37 [0.48] | 0.24 | 0.04 |
| *Mother some college* | 0.22 [0.41] | 0.41 [0.49] | 0.23 [0.42] | 0.31 [0.46] | 0.50 [0.50] | 0.28 [0.45] | –0.02 | 0.07 |
| Fixed effects subsample | 0.16 [0.37] | 0.31 [0.46] | 0.22 [0.41] | 0.32 [0.47] | 0.42 [0.50] | 0.30 [0.46] | –0.15 | 0.04 |
| *Maternal AFQT* | –0.44 [0.73] | 0.23 [0.85] | –0.21 [0.86] | –0.75 [0.49] | –0.51 [0.72] | –0.68 [0.60] | –0.27 | –0.12 |
| Fixed effects subsample | –0.48 [0.70] | 0.02 [0.83] | –0.20 [0.82] | –0.77 [0.48] | –0.63 [0.66] | –0.76 [0.56] | –0.34 | –0.02 |
| *Grandmother's education* | 8.53 [3.50] | 10.62 [2.92] | 9.34 [3.36] | 9.71 [2.56] | 10.88 [2.68] | 9.70 [2.87] | –0.24 | 0.00 |
| Fixed effects subsample | 8.51 [3.42] | 10.09 [3.19] | 9.54 [3.34] | 9.82 [2.59] | 10.13 [2.76] | 9.98 [2.67] | –0.31 | –0.06 |
| Sample size | 364 | 745 | 1,374 | 415 | 249 | 551 | | |
| Sample size — FE | 229 | 315 | 510 | 206 | 144 | 259 | | |

*Notes:* Means and standard deviations are presented separately for the full and fixed effects sample, which consists of families where at least one sibling (but not all) participated in Head Start or other preschools. Permanent income is obtained by averaging reported family income (scaled to 2004 dollars) over the years for which data were available. AFQT scores are age normed according to the empirical age distribution of scores in the full NLSY sample, and then standardized to have a mean of zero and a standard deviation of one.

five test scores only, but the biannual survey design of the CNLSY means that around half of the children take tests at odd-numbered ages and the other half at even-numbered ages. So pooling five and six year olds ensures that I obtain the first post-program score for every child in the sample. The three tests analyzed are the Peabody Picture Vocabulary Test (PPVT), the Peabody Individual Achievement Math (PIATMT) subtest, and Reading Recognition (PIATRR) subtest.[6] All three are widely used and validated tests of cognitive function and/or academic achievement of children.[7] The PIAT subtests were administered every survey year for those

[6] There is also a PIAT Reading Comprehension (PIATRC) subtest. Administration of the test was conditional on a minimum score on the PIATRR, however, so I do not use this test.

[7] The score is reported as a nationally normed percentile score (from 0–99) that is age-specific, and so increases in the test scores are relative to the national out-of-sample average for children of the same age. The tests are scored and administered using Item Response Theory, and they are designed for children of varying ages.

age 5–14. Thus, by 2004, children had taken the PIATMT and PIATRR as many as five times each.[8] CT found a significant and persistent increase on the PPVT for white and Hispanic children, but found test score gains for African American children faded out by about age ten (CT 1995). In results not reported here, I replicate their specification successfully.

I also report results for two additional school-age outcomes: grade retention and the diagnosis of a learning disability. In each survey year, parents were asked if their child had been retained in any grade in school. The question was asked every year from 1988 to 2004, and so I construct an indicator variable that is equal to one if the child's parents answered "yes" in any survey year.[9] The second outcome is the diagnosis of a learning disability. Unfortunately, more information on the specific nature of the child's learning disability was unavailable. However, there is a separate category of health condition called "hyperactivity/hyperkinesis," which may rule out attention deficit hyperactivity disorder (ADHD) and related behavioral problems.[10] Although some parents and educators think of learning disabilities as genetic (or at least determined prior to school entry), diagnosis has increased significantly in the past 30 years, too fast for genes to be the sole factor (G. Reid Lyon 1996). The existence of a learning disability for a given child may be partly predetermined, but it could be diagnosed more readily if a child is unprepared for school (or is in a lower-quality school) and struggles with basic skills.

I examine the impact of Head Start on six different young adult outcomes: high school graduation, college attendance, "idleness," crime, teen parenthood, and health status. They were chosen to represent different outcome domains based on a priori notions of importance and in concordance with other studies of the long-term impact of early childhood intervention (Campbell et al. 2002; Schweinhart et al. 2005; Anderson 2008). Since there is some evidence that the General Educational Development (GED) certification is not rewarded equivalently to a high school diploma in the labor market (Heckman and Yona Rubenstein 2001), I also look at non-GED high school graduation. Respondents are considered idle if they are not enrolled in school and report zero wages in 2004. Crime is a composite measure of self-reported contact with the criminal justice system.[11] Teen parenthood applies to respondents of either gender, and excludes the small number of respondents who indicate that they were married at the time of childbirth. Finally, I measure self-reported health status by averaging responses to a Likert scale item on self-reported health status. Self-reported health status is a powerful predictor of mortality and other negative health outcomes even when controlling for doctor reports and other

[8] Unlike the PIAT, the PPVT was generally administered once between the ages of three and five, and once again after age ten, although there was considerable variation in the age at administration over time (US Department of Labor 2008). As a result, there are many less observations for the PPVT, and the panel of test scores by age is not balanced.

[9] Unfortunately, the grade in which the child was retained is not available in every survey year. Since the survey was administered every two years, it is difficult to determine when retention occurred. Evidence from CT (1995), and confirmed in analyses not reported here, however, suggests that almost all of the effect of Head Start on grade retention occurred by age ten.

[10] There was no effect of Head Start on this outcome, nor was there an effect on the Behavior Problems Index (BPI), a commonly used measure of age-appropriate behavior problems.

[11] Specifically, it is an indicator variable equal to one if the respondent reports ever having been convicted of a crime, been on probation, sentenced by a judge, or is in prison at the time of the interview.

behaviors (Anne Case, Darren Lubotsky, and Christina Paxson 2002). I generate an indicator variable that is equal to one if the average response is less than three out of five, or "fair health."

## III. Empirical Strategy

### A. *Multiple Inference*

I assess the impact of Head Start on three different test scores that are administered over multiple years, and two school-age and six young adult outcomes. Furthermore, because past research has found large and important differences in the effect of early childhood intervention by race (CT 1995), gender (Anderson 2008), and socioeconomic status (HHS 2001; Gormley and Gayer 2005), I would ideally look at the effect of Head Start for these groups separately. With this many outcomes and subgroups, and a relatively small sample size, multiple inference can be an important issue. To address this, I construct summary indices that are robust to multiple inference. That is, the probability of a false rejection (Type I error) does not increase as additional outcomes are added. Additionally, combining multiple outcomes into a single index reduces measurement error by averaging across outcomes. Following Peter C. O'Brien (1984) and Jeffrey R. Kling, Jeffrey B. Liebman, and Lawrence F. Katz (2007), I normalize each outcome to have a mean of zero and a standard deviation of one. Next, I equalize signs across outcomes, so that positive values of the index represent "good" outcomes. Finally, I create a new summary index variable that is the simple average of all outcomes.[12]

I construct summary indices for the three test scores, an index of the nontest score school-age outcomes (grade retention and learning disability diagnosis), and an index of the six long-term outcomes. Later, the test score index is separated further into age categories to look at the initial effect of Head Start and fade-out over time.

### B. *Selection Bias*

Because children in Head Start come from very disadvantaged families, a simple comparison to children in other preschools or no preschool on outcomes such as test scores or educational attainment will be biased downward. In the absence of a randomized experiment, the challenge is to counteract this downward bias using nonexperimental methods. This motivates the use of family fixed effects. Equation (1) captures the basic identification strategy employed in the remainder of the paper, and in previous analyses of Head Start (CT 1995; GTC 2002). The regression includes a set of pre-treatment covariates and a family fixed effect, which ensures that differences in important covariates such as permanent income and maternal AFQT, indeed any time-invariant factor, are differenced out of the regression. The identifying assumption is that selection into Head Start *among members of the same family*

[12] O'Brien (1984) recommends weighting by the inverse of the sample covariance matrix to account for dependence across outcomes. I do this in specifications not reported here, but it makes little difference, so I use the simple average instead, again following Kling, Liebman, and Katz (2007).

is uncorrelated with the unobservable determinants of outcomes. The estimating equation is

$$Y_{ij} = \alpha + \beta_1 HS_{ij} + \beta_2 PRE_{ij} + \delta \mathbf{X}_{ij} + \gamma_j + \varepsilon_i, \quad (1)$$

where $i$ indexes individuals and $j$ indexes the family, $\mathbf{X}$ is a vector of family-varying controls, and $\gamma_j$ is the family fixed effect. $HS_{ij}$ and $PRE_{ij}$ are the estimated effect of Head Start and other preschools, respectively, on the outcomes $Y_{ij.}$ Threats to validity emerge from the child-specific error term $\varepsilon_i$; more specifically, if $E(\varepsilon_i | \mathbf{X}_{ij}, HS_{ij}, PRE_{ij}, \gamma_j) \neq 0$. In principle, nonrandom assignment of siblings to preschool status could bias the results in either direction. If, for example, parents could only send one child to preschool, they might compensate for existing disparities by sending the child of lower ability. This would bias the estimates downward by attenuating sibling differences in test score performance and later outcomes. Alternatively, the parent may engage in favoritism, and if that favoritism extends to unobserved child-specific investments, program estimates will be biased upward. Although assignment to Head Start clearly is not random in an experimental sense, if the variation is uncorrelated with the outcomes of interest, then estimates of the Head Start treatment effect will be unbiased.

Still, *something* is driving differences in participation among siblings. One optimistic possibility is that it is idiosyncratic availability around the age of eligibility. Head Start is perennially underfunded and oversubscribed, and administrative guidelines require that all Head Start centers keep a waiting list (Office of Head Start 2008). Furthermore, since Head Start is fully subsidized for eligible families, there is no direct budget constraint for intra-household enrollment decisions. Although enrollment data from this period is unavailable, I can examine rates of enrollment in the centers that participated in the Head Start National Impact Study (HSNIS) in 2002. The experimental design of the HSNIS was based on the principle that no eligible child could be denied coverage. Since the randomization was performed at the level of the center, only centers with more eligible children living in the area than they could serve were included in the study (HHS 2005). These areas, forced to deny service to eligible children, comprised 85 percent of the population of Head Start centers (HHS 2005). Furthermore, this percentage was higher in urban areas, which are disproportionately represented in the CNLSY data (Currie and Neidell 2007). Ideally, enrollment was based on idiosyncratic factors such as area cohort size. Unfortunately, I have no direct evidence of the reasons for differences in enrollment between siblings.

In many other nonexperimental analyses, selection bias is driven by decisions made by program participants. However, children were enrolled in Head Start by age three or four, and so any nonrandom assignment must be driven by parental decisions that were made prior to, or at the age of, eligibility.[13] I address nonrandom assignment by assembling a series of pre-treatment covariates that do vary between siblings. I compare Head Start participants to their siblings who were not in the

[13] Furthermore, because parents were asked about Head Start participation contemporaneously rather than retrospectively, there is little possibility for biased recall of program participation.

program across all these covariates, looking for a pattern that explains differential participation. I also control for these covariates directly in the estimation of the effect of the program.

Table 2 examines differences in pre-treatment covariates by preschool status for a wide array of covariates, including age, birth order, maternal work history, child-care arrangements, family structure, infant health, and income around the age of eligibility. Each row represents a separate regression of each covariate on Head Start and other preschool indicators, and a family fixed effect, with no other controls. Standard errors are in parentheses (clustered at the family level). I also report the control mean and standard deviation in the third column of each panel, and the last column reports the sample size for that particular covariate. Since the CNLSY started in 1986, some of the children of the NLSY women were already older than three when the survey began. Although some covariates are available dating back to 1979 through the regular NLSY, others begin in 1986 and are missing for older respondents. I account for missing data by imputing the mean value for the estimation sample, and I include a dummy variable for imputed responses in the outcome regressions in Section IV. The attrition rate in this sample was only about 4 percent, with no significant difference by preschool status. For the analyses that follow, in the remainder of the paper, the final sample size is 1,251.

Overall, there are no more differences in preschool status than what might be expected by chance variation. To provide a more formalized test of overall differences, I construct a summary index of pre-treament covariates according to the process outlined in Section IIIA. Where the appropriate "sign" of the outcome is unclear (such as whether it is "good" to be first-born, or to have a mother that works), I follow the gradient in the long-term summary index of outcomes. There is no significant difference between children in Head Start and children in no preschool or other preschools on this index, which is reported in the last row of Table 2. Although one possible reason is that these covariates are noisy and not predictive of future outcomes, I show that their inclusion in a regression of outcomes on preschool status increases the explanatory power of the regression substantially across families, but only modestly within them, and that it does so without changing the estimated effect of the program.

In the second row of Table 2, I exploit the timing of test administration in the CNLSY to construct a "pretest" for a subset of age-eligible children. Specifically, I examine the age three test scores of children, excluding those who were already enrolled in Head Start at age three. The PPVT, unlike the PIAT tests, is administered for the first time when the child is three years old. However, because the CNLSY is administered every two years, many children are age four or five when they take the test for the first time. Thus, the "pretest" sample is relatively small, and, to improve precision, I include controls for age (in months) and gender. Although the test has low power, there is no significant difference in age three test scores between subsequent Head Start enrollees and other children.

In the third and fourth rows of Table 2, I present results for the log of birth weight and an indicator for very low birth weight (less than 3.31 lbs). Head Start participants weigh about 4.8 percent more than their siblings who are not enrolled in preschool, and they are about 2 percentage points less likely to be very low birth weight. Given

Table 2—Sibling Differences in Pre-Treatment Covariates, by Preschool Status

| | Head Start (1) | Other preschool (2) | Control mean (3) | Sample size (4) |
|---|---|---|---|---|
| Attrited | 0.022<br>(0.013) | –0.008<br>(0.016) | 0.038<br>[0.192] | 1,314 |
| PPVT score, age 3 | 2.24<br>(4.82) | –7.16*<br>(4.12) | 19.90<br>[11.10] | 195 |
| ln (birth weight) | 0.048**<br>(0.020) | –0.006<br>(0.017) | 4.702<br>[0.248] | 1,226 |
| Very low BW (<3.31 lbs) | –0.022*<br>(0.012) | –0.004<br>(0.008) | 0.021<br>[0.145] | 1,226 |
| In mother's HH, 0–3 | 0.002<br>(0.029) | –0.028<br>(0.027) | 0.899<br>[0.302] | 1,187 |
| Pre-existing health limitation | –0.001<br>(0.014) | –0.041**<br>(0.018) | 0.040<br>[0.197] | 1,187 |
| Firstborn | 0.016<br>(0.055) | –0.124**<br>(0.055) | 0.419<br>[0.494] | 1,251 |
| Male | 0.000<br>(0.046) | –0.003<br>(0.046) | 0.503<br>[0.500] | 1,251 |
| Age in 2004 (in years) | 0.182<br>(0.298) | –0.433*<br>(0.249) | 23.20<br>[2.88] | 1,251 |
| HOME score, age 3 | 1.98<br>(3.24) | 3.07<br>(4.10) | 38.05<br>[26.25] | 427 |
| Father in HH, 0–3 | 0.009<br>(0.034) | –0.003<br>(0.023) | 0.624<br>[0.450] | 739 |
| Grandmother in HH, 0–3 | –0.003<br>(0.024) | –0.049***<br>(0.019) | 0.215<br>[0.325] | 1,190 |
| Maternal care, age 0–3 | 0.019<br>(0.019) | –0.015<br>(0.022) | 0.689<br>[0.405] | 1,244 |
| Relative care, age 0–3 | –0.007<br>(0.019) | 0.022<br>(0.019) | 0.180<br>[0.335] | 1,244 |
| Nonrelative care, age 0–3 | –0.012<br>(0.017) | –0.006<br>(0.016) | 0.131<br>[0.283] | 1,244 |
| Breastfed | –0.053**<br>(0.027) | –0.010<br>(0.024) | 0.333<br>[0.472] | 1,234 |
| Regular doctor's visits, age 0–3 | 0.043<br>(0.102) | –0.055<br>(0.110) | 0.383<br>[0.488] | 430 |
| Ever been to dentist, age 0–3 | 0.033<br>(0.137) | 0.008<br>(0.137) | 0.303<br>[0.461] | 401 |
| Weight change during pregnancy | 0.056<br>(1.181) | –0.168<br>(1.139) | 29.71<br>[15.34] | 1,146 |
| Child illness, age 0–1 | 0.016<br>(0.042) | –0.061<br>(0.041) | 0.520<br>[0.500] | 1,175 |
| Premature birth | –0.048<br>(0.034) | 0.007<br>(0.034) | 0.218<br>[0.413] | 1,175 |
| Private health insurance, age 0–3 | 0.093<br>(0.069) | 0.032<br>(0.049) | 0.447<br>[0.481] | 431 |
| Medicaid, age 0–3 | 0.048<br>(0.060) | –0.006<br>(0.043) | 0.376<br>[0.456] | 431 |
| ln (income), age 0–3 | –0.012<br>(0.043) | 0.043<br>(0.033) | 9.99<br>[0.72] | 1,186 |
| ln (income), age 3 | 0.011<br>(0.085) | 0.054<br>(0.064) | 9.98<br>[0.83] | 993 |
| Mom average hours worked, year before birth | –1.11<br>(3.14) | 2.06<br>(1.87) | 26.03<br>[12.15] | 377 |
| Mom average hours worked, age 0–1 | –1.08<br>(3.16) | 1.77<br>(1.72) | 32.52<br>[11.07] | 379 |
| Mom smoked before birth | –0.012<br>(0.030) | –0.005<br>(0.023) | 0.392<br>[0.489] | 1,186 |
| Mom drank before birth | 0.004<br>(0.021) | 0.010<br>(0.021) | 0.080<br>[0.272] | 1,251 |
| Pre-treatment index | 0.014<br>(0.061) | 0.047<br>(0.055) | –0.063<br>[0.987] | 1,251 |

*Notes:* The first and second rows in each column heading of the table are the coefficients on Head Start and other preschools, respectively, from a regression with each pre-treatment variable as the outcome, and a family fixed effect. Standard errors are in parentheses and are clustered at the family level. The third row contains the control mean for each covariate with the standard deviation in brackets, and the fourth row is the sample size for that covariate. Responses are missing for some mothers that already had children age three and above by the first survey year. Other variables are present only in the Mother-Child supplement, which began in 1986.

***Significant at the 1 percent level. **Significant at the 5 percent level. *Significant at the 10 percent level.

the emerging literature on the connection between birth weight and later outcomes (e.g., Sandra E. Black, Paul J. Devereux, and Kjell G. Salvanes 2007), this is a serious threat to the validity of the estimates. There are a few reasons to believe that birth weight differences are not a serious source of bias, however. First, it appears that the difference is caused by a disproportionate number of low-birth-weight children, rather than by a uniform rightward shift in the distribution of birth weight for Head Start children. For example, there are no significant differences in birth weight once low-birth-weight children (who represent less than 10 percent of the sample) are excluded.

Second, there is an important interaction between birth order and birth weight in this sample. Most of the difference in mean birth weight comes from children who are born third, fourth, or later. Later-birth-order children who subsequently enroll in Head Start are much less likely to be low birth weight than their older siblings who did not enroll in preschool. When I restrict the analysis to sibling pairs only, birth weight differences are much smaller and no longer significant, and the main results are unaffected. Finally, I estimate all the models in Section V with low-birth-weight children excluded, and, again, the main results are unchanged.

Still, to get a sense of the magnitude of any possible positive bias, I back out a correction using the long-run effect of birth weight on outcomes estimated by Black, Devereux, and Salvanes (2007). Specifically, they find that 10 percent higher birth weight leads to an increase in the probability of high school graduation of 0.9 percentage points for twins and 0.4 percentage points for siblings.[14] If that reduced form relationship holds here, a simple correction suggests that the effect of Head Start on high school graduation (and by extension, other outcomes) could be biased upward by between 0.2 and 0.4 percentage points, or about 2–5 percent of the total effect.

## IV. Results

In Section III, I show that Head Start participants are negatively selected across families. If this is true, inclusion of covariates that are positively correlated with the outcomes of interest will increase the estimated effect of Head Start. I also assert that within-family differences in sibling participation are uncorrelated with long-term outcomes. To show these patterns directly, Table 3 presents results for the effect of Head Start on test scores, with an increasing number of covariates added to the regression. Each column estimates a form of equation (1), and includes controls-for gender and first born status, plus age-at-test and year fixed effects. Rather than allowing the treatment effect to vary each year, I create three age categories—initial (age 5–6), primary school (age 7–10), and adolescent (age 11–14)—and I interact them with indicators for Head Start and other preschool programs.

Without any additional controls (column 1), Head Start participants score about 0.02 standard deviations lower at ages 5–6 than children who are not in preschool.

[14] These figures are taken from table III of Black, Devereux, and Salvanes (2007). Of course, the institutional context is different in their case (population data from Norway), and one could argue the effect of low birth weight may be greater for low-income children.

TABLE 3—THE EFFECT OF HEAD START ON COGNITIVE TEST SCORES

| | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|
| Head Start | | | | | |
| Ages 5–6 | –0.025 | 0.081 | 0.093 | 0.131 | 0.145* |
| | (0.091) | (0.083) | (0.079) | (0.087) | (0.085) |
| Ages 7–10 | –0.116 | 0.040 | 0.067 | 0.116* | 0.133** |
| | (0.072) | (0.065) | (0.061) | (0.060) | (0.060) |
| Ages 11–14 | –0.201*** | –0.053 | –0.017 | 0.029 | 0.055 |
| | (0.070) | (0.065) | (0.061) | (0.061) | (0.062) |
| Other preschools | | | | | |
| Ages 5–6 | 0.167** | 0.022 | –0.019 | –0.102 | –0.079 |
| | (0.083) | (0.082) | (0.078) | (0.084) | (0.085) |
| Ages 7–10 | 0.230*** | 0.111* | 0.087 | 0.031 | 0.048 |
| | (0.070) | (0.064) | (0.061) | (0.061) | (0.065) |
| Ages 11–14 | 0.182** | 0.076 | 0.037 | –0.040 | –0.022 |
| | (0.072) | (0.068) | (0.065) | (0.066) | (0.069) |
| Permanent income (standardized) mean (0), SD (1) | | | 0.112* | | |
| | | | (0.064) | | |
| Maternal AFQT (standardized) mean (0), SD (1) | | | 0.353*** | | |
| | | | (0.057) | | |
| Mom high school | | | 0.141** | | |
| | | | (0.071) | | |
| Mom some college | | | 0.280*** | | |
| | | | (0.080) | | |
| *p* (all age effects equal—Head Start) | 0.074 | 0.096 | 0.161 | 0.092 | 0.151 |
| Pre-treatment covariates | N | Y | Y | N | Y |
| Sibling fixed effects | N | N | N | Y | Y |
| Total number of tests | 4,687 | 4,687 | 4,687 | 4,687 | 4,687 |
| $R^2$ | 0.028 | 0.194 | 0.268 | 0.608 | 0.619 |
| Sample size | 1,251 | 1,251 | 1,251 | 1,251 | 1,251 |

*Notes:* The outcome variable is a summary index of test scores that includes the child's standardized PPVT and PIAT math and reading scores at each age. Head Start and other preschool indicators are interacted with the three age groups (5–6, 7–10, and 11–14) listed above. Each column includes controls for gender, first born status, and age-at-test and year fixed effects, plus the covariates indicated in the bottom rows. The unit of observation is child-by-age. Standard errors are clustered at the family level.

*** Significant at the 1 percent level.
** Significant at the 5 percent level.
* Significant at the 10 percent level.

The point estimate decreases, over time, to about −0.20 standard deviations by ages 11–14. Children in other preschool programs score between 0.16 and 0.23 standard deviations higher without any additional controls. Column 2 includes all of the pre-treatment covariates in Table 2. The estimated effect of Head Start is now slightly positive initially (though not significant), but it becomes negative again by ages 11–14. The effect of other preschools is lower at each age group and no longer significant. Column 3 adds controls for three powerful indicators of socioeconomic status (SES): permanent income, maternal AFQT, and maternal education; and the estimated effect of Head Start continues to rise.

Column 4 includes a family fixed effect only, while column 5 adds all available covariates. If Head Start participants were positively selected within families, we

might expect the inclusion of pre-treatment covariates to reduce the estimated effect of Head Start. Instead, including them in the regression increases the coefficients slightly. Because these covariates are predictive of test scores even within families (the $R^2$ increases slightly from 0.608 to 0.619), the estimated effect of Head Start might be a bit higher if selection on unobservables were similar to selection on observables (Joseph G. Altonji, Todd E. Elder, and Christopher R. Taber 2005). Overall, the effect of Head Start on test scores in column 5 (the preferred specification) is 0.145 standard deviations at ages 5–6. This is roughly consistent with the results in CT (1995) and the Head Start National Impact Study (HHS 2005; Ludwig and Phillips 2008). I find some evidence of test score fade-out. The effect is 0.133 standard deviations for ages 7–10, and 0.055 standard deviations for ages 11–14. This fade out pattern is consistent with the results of many other interventions (CT 1995; Krueger and Whitmore 2001; Banerjee et al. 2007; Anderson 2008), but still I cannot reject the hypothesis that test score effects are equal across all age groups ($p = 0.151$). In general, the coefficient on Head Start increases and the coefficient on other preschools decreases as covariates are added to the regression. This pattern holds for other outcomes as well.

Panel A of Table 4 contains the main results of the paper. Each coefficient is from an estimation of equation (1) with all pre-treatment covariates, as in column 5 of Table 3. The first three columns come from the same regression as Table 3, with Head Start and other preschool treatment effects interacted with age groups. The fourth column combines them all into one age group, but the results are otherwise identical to column 5 of Table 3. The fifth column contains results for the school age nontest score outcomes: grade retention and learning disability diagnosis. Head Start participants score 0.265 standard deviations higher than their siblings who do not attend preschool. Other preschools also have an effect that is nearly as large (0.172 standard deviations). Column 6 contains results for the six-item index of young adult outcomes: high school graduation, college attendance, idleness, crime, teen parenthood, and health status. I estimate that participation in Head Start leads to a statistically significant impact of 0.228 standard deviations, relative to children who are not enrolled in preschool. This is a very large effect, equal to about a third of the difference in outcomes between the bottom quartile and the median permanent income, and about 75 percent of the black-white outcome gap in this sample. By contrast, an initial test score gain of 0.145 standard deviations closes about 25 percent of the permanent income gap and about 20 percent of the black-white gap. Taken together, the results suggest that the long-term impact of Head Start is larger than what would be predicted even by initial test score gains. If, instead, we consider "final" age 11–14 test score gains, then the long-term impact is much larger.

Panels B–D of Table 4 contain Head Start treatment effects for race, gender, and maternal AFQT subgroups. Like panel A, each regression coefficient comes from an estimation of equation (1) using the covariates in column 5 of Table 3, the preferred specification. Panel B shows results separately for black and white or Hispanic children. Initial test score gains are very large for African Americans (0.287 standard deviations), but they fade out to near 0 by ages 11–14. We can strongly reject the hypothesis that test scores are equal across age groups for

TABLE 4—THE EFFECT OF HEAD START OVERALL AND BY SUBGROUP

| | Test scores | | | | Nontest score | Long term |
|---|---|---|---|---|---|---|
| | 5–6<br>(1) | 7–10<br>(2) | 11–14<br>(3) | 5–14<br>(4) | 7–14<br>(5) | 19+<br>(6) |
| *Panel A: Overall* | | | | | | |
| Head Start | 0.145*<br>(0.085) | 0.133**<br>(0.060) | 0.055<br>(0.062) | 0.101<br>(0.057) | 0.265***<br>(0.082) | 0.228***<br>(0.072) |
| Other preschools | –0.079<br>(0.085) | 0.048<br>(0.065) | –0.022<br>(0.069) | –0.012<br>(0.062) | 0.172*<br>(0.088) | 0.069<br>(0.072) |
| $p$ (HS = preschool) | 0.021 | 0.254 | 0.315 | 0.118 | 0.372 | 0.080 |
| *Panel B: By race* | | | | | | |
| Head Start (black) | 0.287***<br>(0.095) | 0.127*<br>(0.075) | 0.031<br>(0.076) | 0.107<br>(0.072) | 0.351***<br>(0.120) | 0.237**<br>(0.103) |
| Head Start (white/Hispanic) | –0.057<br>(0.120) | 0.111<br>(0.092) | 0.156<br>(0.095) | 0.110<br>(0.090) | 0.177<br>(0.111) | 0.224**<br>(0.102) |
| $p$ (black = nonblack) | 0.024 | 0.895 | 0.308 | 0.982 | 0.282 | 0.924 |
| *Panel C: By gender* | | | | | | |
| Head Start (male) | 0.154<br>(0.107) | 0.181**<br>(0.079) | 0.141**<br>(0.081) | 0.159**<br>(0.076) | 0.390***<br>(0.123) | 0.182*<br>(0.103) |
| Head Start (female) | 0.128<br>(0.106) | 0.059<br>(0.083) | 0.033<br>(0.085) | 0.055<br>(0.081) | 0.146<br>(0.108) | 0.272**<br>(0.106) |
| $p$ (male = female) | 0.862 | 0.287 | 0.357 | 0.346 | 0.135 | 0.553 |
| *Panel D: By maternal AFQT score* | | | | | | |
| Head Start (AFQT ≤ –1)<br>($n$ = 361) | 0.171<br>(0.129) | 0.016<br>(0.095) | –0.023<br>(0.102) | 0.015<br>(0.094) | 0.529***<br>(0.156) | 0.279**<br>(0.114) |
| Head Start (AFQT > –1)<br>($n$ = 890) | 0.133<br>(0.094) | 0.172**<br>(0.073) | 0.144*<br>(0.074) | 0.154**<br>(0.071) | 0.124<br>(0.091) | 0.202**<br>(0.091) |
| $p$ (low = high AFQT) | 0.809 | 0.198 | 0.192 | 0.245 | 0.024 | 0.595 |
| *Panel E: P-values for equality of test scores by age group* | | | | | | |
| | Black | Nonblack | Male | Female | Low AFQT | High AFQT |
| $p$ (all effects equal) | 0.003 | 0.240 | 0.262 | 0.254 | 0.198 | 0.205 |

*Notes:* All results are reported using the specification in column 5 of Table 3, which includes a family fixed effect, all pre-treatment covariates, and controls for gender, age, and firstborn status. Race and gender subgroup estimates are obtained by interacting the Head Start treatment effect with a full set of dummy variables for each subgroup. Standard errors are in parentheses and are clustered at the family level. The test score indices include the PPVT and PIAT Math and Reading Recognition tests. The nontest score index includes indicator variables for grade retention and learning disability diagnosis. The long-term outcome index includes high school graduation, college attendance, idleness, crime, teen parenthood, and self-reported health status.

***Significant at the 1 percent level.
**Significant at the 5 percent level.
*Significant at the 10 percent level.

African Americans ($p$ = 0.003). By comparison, the test score gains for white and Hispanic children do not fade out, but are actually slightly negative initially and then increase to 0.156 standard deviations for ages 11–14. Pooled age 5–14 results by race are similar despite the different pattern by age group. Nontest score gains are larger for African Americans (0.351 versus 0.177 standard deviations) but long-term gains are similar by race.

Panel C presents results by gender, and here we see that test score improvements occur almost entirely among male children. The initial gain is similar (0.154 standard deviations for males versus 0.128 for females), but male children experience less test score fade-out. Finally, in panel D, I split the sample into children whose mothers have "low" (defined as one standard deviation below the mean for the full NLSY sample) and "high" AFQT scores. Initial test score gains are similar, but children with low AFQT mothers experience near complete fade out by ages 7–10 (0.016 standard deviations), whereas children of high AFQT mothers maintain their gains through ages 11–14 (0.144 standard deviations versus $-0.023$ for the low AFQT sample). Still, non-test score gains are significantly larger for the low AFQT sample (0.524 versus 0.124, $p = 0.024$), and long-term gains are modestly higher (0.279 versus 0.202) despite the absence of test score gains after age 6.

In no case can we reject the hypothesis that long-term gains are equal across subgroups. Still, the case for projections of long-term impacts based on initial or overall test score increases is weak. This is particularly true for the children of low AFQT mothers, for whom there is no test score gain despite a very large long-term impact. Finally, long-term gains are larger for African Americans despite test score fade out. This matches evidence from model preschool programs, which was based on entirely African American samples, and is consistent with the notion that test score gains are an incomplete measure of long-term benefits.

### A. *Individual Outcomes*

Table 5 presents results from regressions of the form in equation (1), where the outcomes are individual variables in the noncognitive and long-term summary indices. I report point estimates and standard errors for the overall sample and by race, gender, and maternal AFQT subgroups. Head Start participants are about 8.5 percentage points more likely to graduate from high school, 6 percentage points more likely to have attempted at least one year of college, 7 percentage points less likely to be idle, and 7 percentage points less likely to be in poor health. A few patterns are notable. First, excluding the GED from the high school graduation variable reduces the coefficient somewhat.[15] Second, the pattern of impacts is quite different by race and gender. The overall increase in college attendance and health status is driven largely by females, whereas the results for "idleness" and grade retention hold mostly among males. Gains in educational outcomes such as grade retention, learning disability diagnosis, high school graduation, and college attendance are much larger for African Americans. Finally, note the large increase in high school graduation (nearly 17 percentage points) for the children of low AFQT mothers. In contrast, only high maternal AFQT children are more likely to attend college (about 8 percentage points, compared to 1 percentage point for the low AFQT sample).

[15] All summary index calculations include GED recipients as graduates. Excluding GED recipients reduces the value of the index slightly, but it remains statistically significant.

Table 5—Point Estimates for Individual Outcomes

| | All | Black | Nonblack | Male | Female | Low AFQT | High AFQT |
|---|---|---|---|---|---|---|---|
| | (1) | (2) | (3) | (4) | (5) | (6) | (7) |
| Grade repetition | −0.069* | −0.107* | −0.027 | −0.204*** | 0.055 | −0.140** | −0.031 |
| | (0.040) | (0.056) | (0.059) | (0.058) | (0.057) | (0.069) | (0.050) |
| Learning disability | −0.059*** | −0.071** | −0.046 | −0.047 | −0.070*** | −0.109*** | −0.032 |
| | (0.021) | (0.028) | (0.030) | (0.030) | (0.026) | (0.042) | (0.021) |
| High school graduation | 0.086*** | 0.111*** | 0.055 | 0.114** | 0.058 | 0.167*** | 0.042 |
| | (0.031) | (0.041) | (0.048) | (0.048) | (0.044) | (0.056) | (0.036) |
| not including GED | 0.063* | 0.067 | 0.058 | 0.108** | 0.021 | 0.126** | 0.027 |
| | (0.034) | (0.044) | (0.051) | (0.052) | (0.047) | (0.063) | (0.038) |
| At least one year of college attempted | 0.057 | 0.136*** | −0.034 | 0.022 | 0.091* | 0.012 | 0.082* |
| | (0.036) | (0.049) | (0.050) | (0.045) | (0.054) | (0.051) | (0.047) |
| Idle | −0.071* | −0.030 | −0.123** | −0.100** | −0.043 | −0.070 | −0.072 |
| | (0.038) | (0.053) | (0.055) | (0.049) | (0.052) | (0.070) | (0.045) |
| Crime | 0.019 | 0.051 | −0.020 | 0.036 | 0.002 | 0.038 | 0.008 |
| | (0.040) | (0.050) | (0.062) | (0.058) | (0.057) | (0.072) | (0.047) |
| Teen parenthood | −0.019 | −0.040 | −0.001 | 0.011 | −0.047 | −0.038 | −0.008 |
| | (0.036) | (0.052) | (0.053) | (0.052) | (0.056) | (0.065) | (0.043) |
| Poor health | −0.070*** | −0.047 | −0.094** | −0.036 | −0.102** | −0.090* | −0.060* |
| | (0.026) | (0.035) | (0.043) | (0.037) | (0.042) | (0.047) | (0.033) |

*Notes:* Results for each outcome are reported using the specification in column 5 of Table 3, which includes a family fixed effect, all pre-treatment covariates, and controls for gender, age, and firstborn status. Race and gender subgroup estimates are obtained by interacting the Head Start treatment effect with a full set of dummy variables for each subgroup. Standard errors are in parentheses and are clustered at the family level.
*** Significant at the 1 percent level.
** Significant at the 5 percent level.
* Significant at the 10 percent level.

## B. *Robustness Checks*

I probe the robustness of the results in several ways. First, I experiment with alternative sample selection rules, such as eliminating children from the Head Start sample who reported participation inconsistently, or by eliminating the small number of children who indicated less than three months of participation in the program. The age restriction (age 19 or above by 2004) was designed to ensure that respondents were no longer in school while maximizing the size of the sample. Since some outcomes may be particularly sensitive to age, I reestimate the model using age 20 and above instead. A related concern is that the results are driven by differences between siblings that are very different in age, so I restrict the analysis to siblings who are no more than five years apart. I also cap the age of the sample at 28 years and then at 25 years, dropping respondents for whom there is no pre-treatment data and for whom participation in Head Start begins before the first CNLSY survey year, respectively. I also restrict the analysis to sibling pairs only. Finally, I reestimate the treatment effects in Tables 4 and 5 with the other preschool dummy variable excluded, to compare Head Start with what sample members would have received in expectation in

the absence of the program. Although individual point estimates are, at times, sensitive to these rules, none of them changes the qualitative nature of the findings or the statistical significance of the long-term summary index.

The nature of the identification strategy might also attenuate the estimated effect of Head Start if there are treatment spillovers between children. This is particularly likely given Head Start's focus on parenting practices (Office of Head Start 2008). GTC (2002) test for treatment spillovers by interacting the Head Start treatment effect with an indicator for first born status. If there are spillovers from the older sibling to the younger, then Head Start will appear to have a larger impact on non-first-born children. In results not reported here, I find very limited and inconsistent evidence of spillovers.

A final issue concerns the weighting of the sample. The NLSY contains year-specific weights that are intended to make the sample nationally representative. The restriction to families with multiple siblings with varying preschool participation makes the sample clearly nonrepresentative, however. In results not reported here, I reestimate all models using a family-specific weight that is the simple average of each sibling's sample weight when they were four years old. The results, which can be thought of as nationally representative conditional on sample restrictions, are nearly unchanged.[16]

## V. Comparability and Benefit-Cost Analysis

One way to benchmark the magnitude of the impact of Head Start is to compare it directly to "model" programs. Anderson (2008) performs a careful reanalysis of three early childhood interventions (Perry Preschool, Carolina Abecedarian, and the Early Training Project). His summary index of adult outcomes is similar in construction and variable usage, although he stratifies treatment effects by gender (and all of the children in the three studies were African American). If I simply compute an average of the treatment effects that is weighted by sample size, the overall impact of the three programs on adult outcomes is about 0.115 standard deviations, about half of the effect size here.[17] We might sensibly exclude the Early Training Project, however, which was the weakest intervention of the three and found essentially no long-term impact. In that case the average impact of Perry Preschool and Abecedarian was about 0.28 standard deviations for teenage outcomes and 0.26 standard deviations for adults, compared to the Head Start treatment effect of about 0.23 standard deviations that is estimated here.[18]

The summary index of long-term outcomes was constructed based on comparability to previous analyses and a priori notions of importance. I made no assumptions about the relative importance of different outcomes. But we might think, for example, that educational attainment is of particular value given the established

[16] The summary index value is 0.216 with a standard error of 0.082. Individual outcome results are available from the author upon request.

[17] This is taken from table 3 of Anderson (2008).

[18] The high estimated benefit-cost ratio for the Perry Preschool Project is based on large reductions in crime, however, and is an estimate of the marginal social benefit, whereas these results, as well as Anderson (2008), consider only the private return.

causal connection between education and outcomes such as earnings, crime, and health (Joshua D. Angrist and Alan B. Krueger 1991; Lance Lochner and Enrico Moretti 2004; David M. Cutler and Adriana Lleras-Muney 2006).

One approach to the accounting of the returns to Head Start might be to take increases in educational attainment as a proxy for other outcomes of interest, using benchmarks from the existing literature. Levin et al. (2007) estimate the social cost of high school dropout at about $256,000 using this methodology. One of the programs they evaluate is the Perry Preschool Project, which generated a 19 percentage point increase in high school graduation at a cost of $12,532 per student, for a per-graduate cost of $65,959. Using similar methodology, the per-graduate cost of Head Start is estimated to be $65,116.[19] Thus, according to this methodology the benefit-cost ratios for Head Start and Perry Preschool are quite similar. Finally, a speculative benefit-cost analysis based on a projection of adult wages from the NLSY-79 suggests that the "break-even" effect size for Head Start is only about 0.06 (0.12) standard deviations at a discount rate of 3 (5) percent. These projections are in the Appendix.

Belfield et al. (2006) find that two-thirds of the social return to investment in Perry Preschool comes from reductions in criminal activity. Since I find no impact of Head Start on crime here, this is potentially an important difference between the two programs. Even if the estimated overall effect size of Head Start is 80 percent of model programs, the translation to private or social benefits might not be one-to-one since outcomes such as criminal activity have an extraordinarily high social cost. It is worth pointing out, however, that the reduction in crime found in the Perry Preschool analysis was small at age 27 but much larger by age 40 (Barnett 1995; Belfield et al. 2006). Furthermore, previous research has found that self-reported crime data (unlike the arrest records used in the Perry Preschool study) are highly unreliable, both in the NLSY and in other data sources (Lochner and Moretti 2004; Kling, Ludwig, and Katz et al. 2005). In sum, we must exercise caution in comparing the benefit-cost ratios of programs that were evaluated differently.

## VI. Discussion and Conclusion

This paper provides evidence of the long-term benefits of Head Start for a recent birth cohort of children. While my results rely on nonexperimental comparisons between siblings who differ in their participation in the program, I find little evidence of systematic within-family bias in preschool assignment, and the results are robust to sensitivity checks and alternative specifications. I estimate that the long-term impact of Head Start is about 0.23 standard deviations on a summary index of young adult outcomes, with larger impacts for African Americans and relatively disadvantaged children. This gain is about one-third of the size of the outcome gap between the bottom

[19] The estimate in Levin et al. (2007) was calculated net of reductions in special education and grade retention, which deflated the cost estimates in Barnett et al. (2007) by approximately 20 percent. I applied the same discount factor here. The estimated increase in high school graduation of 8.6 percentage points yields (100/8.6) × ($7000 × 0.8) = $65,116. My thanks to an anonymous referee for suggesting this calculation.

quartile and the median permanent income in the CNLSY sample, and is about 80 percent as large as the gains from the Perry Preschool and Carolina Abecedarian model preschool programs (Carneiro and Heckman 2003; Anderson 2008).

I find an initial age 5–6 test score gain of about 0.15 standard deviations that fades out to about 0.05 by ages 11–14. Fade-out is particularly strong for African Americans and for very disadvantaged children, and yet they experience the largest long-term gains. This does not rule out, for example, an increase in latent cognitive skills that is more poorly measured by the same test as children age—but it does imply that a projection of future benefits for these children based on test score gains alone would greatly understate the impact of the program.

In 2002, the US Department of Health and Human Services commissioned a large-scale randomized trial of Head Start. The first-year follow-up found "small" gains in test scores of between 0.1 and 0.2 standard deviations, which some have suggested might be a reasonable proxy for the long-term benefits of Head Start (HHS 2005; Ludwig and Phillips 2008). The results presented here, while not conclusive, suggest that such a one-to-one projection may be a lower bound for the total effect of the program.

## Appendix: Benefit-Cost Analysis of Head Start Using the NLSY-79 Sample

A full accounting of the benefits of Head Start would measure (among other things) the increase in lifetime wages associated with participation in the program. While the participants in this survey are still too young for us to observe their adult wages, we can project future wage gains using the previous survey generation, the NLSY 1979. Since the NLSY was administered to youths aged 14–22, we can collect the same set of age 19 outcomes for this older cohort, and measure the relative contribution of each to adult wages. Intuitively, this projection exercise will be accurate only to the extent that the relative and absolute contributions of each outcome are constant across generations; and the marginal contribution of Head Start is equivalent to cross-sectional increases in each outcome. The true effect will eventually be known with additional years of data. Still, the results of this somewhat speculative exercise may be informative.

To project the impact of Head Start on wages, I first take all original members of the NLSY that are age 19 or less at the first date of the survey. For these individuals, I assemble a list of age 19 outcomes that is analogous to the outcomes in the long-term summary index.[20] Next, I assemble and average respondents' labor market wages, from age 20 until the last available survey year in 2004, when they are between 39 and 44 years old. I then estimate

$$(2) \qquad \ln(Wages^{20-44}{}_i) = \beta \mathbf{S}_i + \delta \mathbf{X}_i + \varepsilon_i,$$

[20] All variables are exactly the same as in the CNLSY, except for health status, which was unavailable in the NLSY. In its place, I use the existence of a self-reported "limiting health condition."

Table A1—The Projected Effect of Head Start on Adult Wages

| Log of average wages, age 20+ | (1) | (2) | (3) | (4) |
|---|---|---|---|---|
| Summary index | | | 0.524 | 0.423 |
| | | | (0.015) | (0.016) |
| High school grad | 0.273 | 0.167 | | |
| | (0.014) | (0.016) | | |
| Some college | 0.147 | 0.099 | | |
| | (0.011) | (0.012) | | |
| Idle | 0.303 | 0.292 | | |
| | (0.017) | (0.017) | | |
| Crime | 0.070 | 0.071 | | |
| | (0.014) | (0.014) | | |
| Teen pregnancy | 0.035 | 0.027 | | |
| | (0.014) | (0.014) | | |
| Health | 0.044 | 0.042 | | |
| | (0.014) | (0.014) | | |
| AFQT score | | 0.280 | | 0.263 |
| | | (0.018) | | (0.017) |
| AFQT squared | | −0.102 | | −0.099 |
| | | (0.012) | | (0.011) |
| $R^2$ | 0.260 | 0.284 | 0.260 | 0.283 |
| Sample size | 7,778 | 7,778 | 7,778 | 7,778 |

*Benefit-cost analysis based on projected wage gains*

| | All | Low AFQT | High AFQT | Black | Nonblack | Male | Female |
|---|---|---|---|---|---|---|---|
| Coefficient on Head Start (weighted) | 0.248 | 0.328 | 0.211 | 0.259 | 0.249 | 0.244 | 0.254 |
| Coefficient from wage regression | 0.423 | 0.607 | 0.351 | 0.442 | 0.405 | 0.327 | 0.487 |
| Predicted mean log wage | 9.52 | 8.81 | 9.71 | 9.29 | 9.57 | 9.84 | 9.19 |
| Yearly wage gain | $1,507 | $1,476 | $1,267 | $1,313 | $1,520 | $1,559 | $1,290 |
| Cost of program (in 2007 dollars) | $6,000 | | | | | | |
| Internal rate of return | 7.9% | 7.8% | 7.2% | 7.3% | 7.9% | 8.0% | 7.2% |

*Notes:* The dependent variable is the log of average wages for all years for which data are available in the NLSY 1979, starting at age 20 and ending in the last survey year (2004), which is between ages 39 and 44, depending on the respondent's initial age. Each of the independent variables is standardized to have a mean of zero and a standard deviation of one. The summary index variable is a composite of the six items listed below it, and the coefficients in column 2, and used as weights for the index in columns 3 and 4. The regression also includes age dummies, and standard errors are robust. The top row of the bottom panel is the coefficient on Head Start from a regression like column 6 of Table 7, except the summary index is weighted using the coefficients in column 2 of this table. The second row is the coefficient on the summary index in column 4 of this table. The third row calculates the mean log wage for NLSY 1979 respondents with the same average value of the summary index as Head Start participants in the CNLSY. The yearly wage gain is calculated by multiplying the coefficients in the first two rows together, adding that value to the predicted log wage, and subtracting the original prediction. For example, $0.248 \times 0.423 = 0.105$. $\exp(9.52 + 0.105) - \exp(9.52) = \$1{,}507$. The cost of the program (in adjusted 2007 dollars) is obtained from the HHS Web site, and is a weighted average for the years in which CNLSY respondents were enrolled. The internal rate of return is calculated assuming 1 year of enrollment at age 4, and that the yearly wage gain begins at age 20 and goes through age 65. This calculation does not include any social benefit or cost savings, and considers only private benefits that are directly capitalized into wages.

where the **X** vector contains race, gender, and age dummy variables and a quadratic in the respondents' standardized and age-normalized AFQT score, following Derek A. Neal and William R. Johnson (1996). The coefficients on each (standardized) outcome in the **S** vector give the marginal contribution of each to future wages, and

can be used as weights for the summary index. Using the estimated coefficients in this fashion, I generate a replica weighted summary index for the NLSY sample. This is a variant of the procedure for interpretation of regressions with multiple proxies outlined in Darren Lubotsky and Martin Wittenberg (2006). In column 4 of Appendix Table A1, we see that a one standard deviation increase in this summary index raises average yearly wages by 0.423 log points. To forecast the effect of Head Start on future wages, I reestimate the specification in column 6 of Table 4 with the weights obtained above, and I multiply this coefficient by the wage regression coefficient. For example, I estimate that Head Start improves outcomes by 0.248 standard deviations on this weighted index, and since a one standard deviation increase raises wages by 0.423 log points, the projected impact of Head Start on wages is $0.248 \times 0.423 = 0.105$ log points.

Finally, I apply this increase to the mean wage for NLSY respondents with the same average characteristics on the summary index as Head Start participants. This generates an estimated yearly wage gain that, appropriately discounted and compared to the cost of the program, yields a rough estimate of the net present value of investment in Head Start. Results of this calculation are in Appendix Table A1. I obtain cost estimates using a weighted average of the estimated (real) cost of the program for the years in which children were enrolled. The average cost of one year of the program in these years is about $6,000. Under these assumptions, the internal rate of return is 7.9 percent. Solving for a break-even effect size yields minimum effects of 0.06, 0.12, and 0.20 standard deviations for discount rates of 3, 5, and 7 percent, respectively. I make the same calculations for the subgroups of interest defined in Table 5. Returns are relatively stable across subgroups, primarily because groups whose participants experience bigger marginal gains from Head Start have lower mean wages.

## REFERENCES

**Altonji, Joseph G., Todd E. Elder, and Christopher R. Taber.** 2005. "Selection on Observed and Unobserved Variables: Assessing the Effectiveness of Catholic Schools." *Journal of Political Economy*, 113(1): 151–84.

**Anderson, Michael L.** 2008. "Multiple Inference and Gender Differences in the Effects of Early Intervention: A Reevaluation of the Abecedarian, Perry Preschool, and Early Training Projects." *Journal of the American Statistical Association*, 103(484): 1481–95.

**Angrist, Joshua D., and Alan B. Krueger.** 1991. "Does Compulsory School Attendance Affect Schooling and Earnings?" *Quarterly Journal of Economics*, 106(4): 979–1014.

**Banerjee, Abhijit V., Shawn Cole, Esther Duflo, and Leigh Linden.** 2007. "Remedying Education: Evidence from Two Randomized Experiments in India." *Quarterly Journal of Economics*, 122(3): 1235–64.

**Barnett, W. Steven.** 1992. "Benefits of Compensatory Preschool Education." *Journal of Human Resources,* 27(2): 279–312.

**Barnett, W. Steven, Jason T. Hustedt, Allison H. Friedman, Judi Stevenson Boyd, and Pat Ainsworth.** 2007. *The State of Preschool 2007: State Preschool Yearbook*. New Brunswick, NJ: National Institute for Early Education Research.

**Belfield, Clive R., Milagros Nores, Steven Barnett, and Lawrence Schweinhart.** 2006. "The High/Scope Perry Preschool Program: Cost-Benefit Analysis Using Data from the Age-40 Followup." *Journal of Human Resources*, 40(1): 162–90.

**Black, Sandra E., Paul J. Devereux, and Kjell G. Salvanes.** 2007. "From the Cradle to the Labor Market? The Effect of Birth Weight on Adult Outcomes." *Quarterly Journal of Economics*, 122(1): 409–39.

**Campbell, Frances A., Craig T. Ramey, Elizabeth Pungello, Joseph Sparling, and Shari Miller-Johnson.** 2002. "Early Childhood Education: Young Adult Outcomes From the Abecedarian Project." *Applied Developmental Science*, 6(1): 42–57.

**Carneiro, Pedro M., and James J. Heckman.** 2003. "Human Capital Policy." In *Inequality in America: What Role for Human Capital Policies?* ed. Benjamin Friedman, 77–240. Cambridge, MA: MIT Press.

**Case, Anne, Darren Lubotsky, and Christina Paxson.** 2002. "Economic Status and Health in Childhood: The Origins of the Gradient." *American Economic Review*, 92(5): 1308–34.

**Cunha, Flavio, and James J. Heckman.** 2007. "The Technology of Skill Formation." *American Economic Review*, 97(2): 31–47.

**Currie, Janet.** 2001. "Early Childhood Education Programs." *Journal of Economic Perspectives*, 15(2): 213–38.

**Currie, Janet, and Matthew Neidell.** 2007. "Getting inside the 'Black Box' of Head Start Quality: What Matters and What Doesn't." *Economics of Education Review*, 26(1): 83–99.

**Currie, Janet, and Duncan Thomas.** 1995. "Does Head Start Make a Difference?" *American Economic Review*, 85(3): 341–64.

**Currie, Janet, and Duncan Thomas.** 2000. "School Quality and the Longer-Term Effects of Head Start." *Journal of Human Resources*, 35(4): 755–74.

**Cutler, David M., and Adriana Lleras-Muney.** 2006. "Education and Health: Evaluating Theories and Evidence." National Bureau of Economic Research Working Paper 12352.

**Garces, Eliana, Duncan Thomas, and Janet Currie.** 2002. "Longer-Term Effects of Head Start." *American Economic Review*, 92(4): 999–1012.

**Gormley, William T., Jr., and Ted Gayer.** 2005. "Promoting School Readiness in Oklahoma: An Evaluation of Tulsa's Pre-K Program." *Journal of Human Resources*, 40(3): 533–58.

**Haskins, Ron.** 2004. "Competing Visions." *Education Next*, 4(1): 26–33.

**Heckman, James J.** 2006. "Skill Formation and the Economics of Investing in Disadvantaged Children." *Science*, 312(5782): 1900–1902.

**Heckman, James J., and Yona Rubinstein.** 2001. "The Importance of Noncognitive Skills: Lessons from the GED Testing Program." *American Economic Review*, 91(2):145–49.

**Heckman, James J., Jora Stixrud, and Sergio Urzua.** 2006. "The Effects of Cognitive and Noncognitive Abilities on Labor Market Outcomes and Social Behavior." *Journal of Labor Economics*, 24(3): 411–82.

**Kling, Jeffrey R., Jeffrey B. Liebman, and Lawrence F. Katz.** 2007. "Experimental Analysis of Neighborhood Effects." *Econometrica*, 75(1): 83–119.

**Kling, Jeffrey R., Jens Ludwig, and Lawrence F. Katz.** 2005. "Neighborhood Effects on Crime for Female and Male Youth: Evidence from a Randomized Housing Voucher Experiment." *Quarterly Journal of Economics*, 120(1): 87–130.

**Kremer, Michael, Edward Miguel, and Rebecca Thornton.** 2004. "Incentives to Learn." National Bureau of Economic Research Working Paper 10971.

**Krueger, Alan B.** 2003. "Inequality: Too Much of a Good Thing" In *Inequality in America: What Role for Human Capital Policies?* ed. Benjamin Friedman, 1–77. Cambridge, MA: MIT Press.

**Krueger, Alan B., and Diane M. Whitmore.** 2001. "The Effect of Attending a Small Class in the Early Grades on College-Test Taking and Middle School Tests Results: Evidence from Project STAR." *Economic Journal*, 111(468): 1–28.

**Levin, Henry M., Clive Belfield, Peter Muennig, and Cecilia Rouse.** 2007. "The Public Returns to Public Educational Investments in African-American Males." *Economics of Education Review*, 26(6): 699–708.

**Lochner, Lance, and Enrico Moretti.** 2004. "The Effect of Education on Crime: Evidence from Prison Inmates, Arrests, and Self-Reports." *American Economic Review*, 94(1): 155–89.

**Lubotsky, Darren, and Martin Wittenberg.** 2006. "Interpretation of Regressions with Multiple Proxies." *Review of Economics and Statistics*, 88(3): 549–62.

**Ludwig, Jens, and Douglas L. Miller.** 2007. "Does Head Start Improve Children's Life Chances? Evidence from a Regression Discontinuity Design." *Quarterly Journal of Economics*, 122(1): 159–208.

**Ludwig, Jens, and Deborah A. Phillips.** 2007. "The Benefits and Costs of Head Start." National Bureau of Economic Research Working Paper 12973.

**Ludwig, Jens, and Deborah A. Phillips.** 2008. "Long-Term Effects of Head Start on Low-Income Children." *Annals of the New York Academy of Sciences*, 1136: 257–68.

**Lyon, G. Reid.** 1996. "Learning Disabilities." *The Future of Children*, 6(1): 54–76.

**Neal, Derek A., and William R. Johnson.** 1996. "The Role of Premarket Factors in Black-White Wage Differences." *Journal of Political Economy*, 104(5): 869–95.

**O'Brien, Peter C.** 1984. "Procedures for Comparing Samples with Multiple Endpoints." *Biometrics*, 40(4): 1079–87.

**Office of Head Start.** 2008. United States Department of Health and Human Services. http://www.acf.hhs.gov/programs/ohs/about/fy2008.html. (accessed November 17, 2008).

**Schweinhart, Lawrence, Jeanne Montie, Zongping Xiang, W. Steven Barnett, Clive R. Belfield, and Milagros Nores.** 2005. *Lifetime Effects: The High/Scope Perry Preschool Study Through Age 40*. Ypsilanti, MI: High/Scope Press.

**United States Department of Health and Human Services.** 2001. *Head Start FACES: Longitudinal Findings on Program Performance, Third Progress Report*. Administration for Children and Families. Washington, DC, January.

**United States Department of Health and Human Services.** 2005. *Head Start Impact Study: First Year Findings*. Administration for Children and Families. Washington, DC, May.

**United States Department of Labor.** 2008. Bureau of Labor Statistics National Longitudinal Survey of Youth User Guide. http://www.nlsinfo.org/nlsy79/docs/79html/79text/front.htm. (accessed May 22, 2009).

*Journal of Economic Perspectives—Volume 27, Number 2—Spring 2013—Pages 109–132*

# Investing in Preschool Programs†

Greg J. Duncan and Katherine Magnuson

At the beginning of kindergarten, the math and reading achievement gaps between children in the bottom and top income quintiles amount to more than a full standard deviation. Early childhood education programs provide child care services and may facilitate the labor market careers of parents, but their greatest potential value is as a human capital investment in young children, particularly children from economically disadvantaged families (Heckman 2006). After all, both human and animal studies highlight the critical importance of experiences in the earliest years of life for establishing the brain architecture that will shape future cognitive, social, and emotional development, as well as physical and mental health (Sapolsky 2004; Knudsen, Heckman, Cameron, and Shonkoff 2006). Moreover, research on the malleability (plasticity) of cognitive abilities finds these skills to be highly responsive to environmental enrichment during the early childhood period (Nelson and Sheridan 2011). Perhaps early childhood education programs can be designed to provide the kinds of enrichment that low-income children most need to do well in school and succeed in the labor market.

We summarize the available evidence on the extent to which expenditures on early childhood education programs constitute worthy social investments in the human capital of children. We begin with a short overview of existing early childhood education programs, and then summarize results from a substantial body of methodologically sound evaluations of the impacts of early childhood education. We find that the evidence supports few unqualified conclusions. Many early childhood

■ *Greg J. Duncan is Distinguished Professor in the School of Education, University of California, Irvine. Katherine Magnuson is Associate Professor of Social Work, University of Wisconsin—Madison. Their email addresses are gduncan@uci.edu and kmagnuson@wisc.edu.*

† To access the Appendix and disclosure statements, visit http://dx.doi.org/10.1257/jep.27.2.109. doi=10.1257/jep.27.2.109

education programs appear to boost cognitive ability and early school achievement in the short run. However, most of them show smaller impacts than those generated by the best-known programs, and their cognitive impacts largely disappear within a few years. Despite this fade-out, long-run follow-ups from a handful of well-known programs show lasting positive effects on such outcomes as greater educational attainment, higher earnings, and lower rates of crime. Since findings regarding short and longer-run impacts on "noncognitive" outcomes are mixed, it is uncertain what skills, behaviors, or developmental processes are particularly important in producing these longer-run impacts.

Our review also describes different models of human development used by social scientists, examines heterogeneous results across groups, and tries to identify the ingredients of early childhood education programs that are most likely to improve the performance of these programs. We use the terms "early childhood education" and "preschool" interchangeably to denote the subset of programs that provide group-based care in a center setting and offer some kind of developmental and educational focus. This definition is intentionally broad, as historical distinctions between early education and other kinds of center-based child care programs have blurred. Many early education programs now claim the dual goals of supporting working families and providing enriched learning environments to children, while many child care centers also foster early learning and development (Adams and Rohacek 2002).

## Existing Preschool Programs

Most children enrolled in early childhood education attend private programs, some nonprofit and others for-profit. In 2011, the average cost of full-time, center-based care for a four-year old ranged from $3,900 in Mississippi to just over $14,000 in the District of Columbia (National Association of Child Care Resource and Referral Agencies 2012). Given the high cost of care, it is unsurprising that enrollment rates of children residing in families with incomes in the bottom half of the income distribution are persistently 10–20 percentage points lower than for children in the highest quarter. Figure 1, based on the data from the October Supplement to the Current Population Survey, shows this enrollment gap by income level. The figure also shows a steady rise in enrollment in early childhood education programs among three- and four-year-olds over the past 40-some years. This increase is broad-based, across income groups and for the children of both employed and nonemployed mothers.

States and the federal government have sought to increase the participation of low-income children in early childhood education programs in a number of ways: through Head Start, pre-kindergarten programs, and means-tested child care assistance programs that can be used to pay for center-based care.[1] Overall, both federal and state investments in these programs increased substantially in real terms

[1] The federal government also provides some financial assistance to families seeking child care via the Child and Dependent Care Tax Credit as well as exclusions from income for benefits under dependent

*Figure 1*
**Percent of Three- and Four-year-olds Enrolled in Preschool by Family Income Quartile**




*Source:* Authors using data from the October Current Population Survey.
*Notes:* Data represent three-year moving averages. Parents report on whether the child attends "regular school." The line break in 1994 corresponds to the addition of a question prompt, which defined regular school as including "nursery school, kindergarten or elementary school . . ." See Magnuson, Meyers, and Waldfogel (2007) for further discussion of how the Current Population Survey compares with other sources of data on preschool enrollment.

through the early 2000s, but in more recent years funding has not grown substantially (Barnett, Carolan, Fitzgerald, and Squires 2011; Magnuson and Shager 2010; Schulman and Blank 2012).

*Head Start*, the federal government's largest compensatory preschool program, is designed to enhance children's social and cognitive development by providing a comprehensive set of educational, health, nutritional, and other social services. In 2005, virtually all Head Start programs were center-based and half offered full-day (six hours or more) services, five days a week (Hamm 2006). Most children enrolled in Head Start in 2009 were three (36 percent) or four years old (51 percent). In 2010, the federal Head Start appropriation of about $7.2 billion was distributed to 1,591 local private and public nonprofit grantees serving 904,153 children. Some states supplement federal funds to increase access to Head Start programs; for details, see the Head Start website at http://eclkc.ohs.acf.hhs.gov/hslc/mr

care assistance programs; however, few low-income families benefit from these programs (Forry and Sorenson 2006; Magnuson, Meyers, and Waldfogel 2007).

/factsheets/fHeadStartProgr.htm. Local grantees are required to provide at least 20 percent matching funds. All this brings program costs to around $9,000 per child per year (Ludwig and Phillips 2007).

*Pre-kindergarten programs* are funded primarily by states or local school districts. In 2011, 39 states and the District of Columbia spent about $5.5 billion on pre-kindergarten initiatives that collectively served approximately 28 percent of the nation's four-year-olds and 4 percent of three-year-olds (for details, see Barnett, Carolan, Fitzgerald, and Squires 2011). Most pre-kindergarten programs target low-income children (31 state programs have income eligibility requirements), and most offer health, vision, and hearing screenings as well as at least one other form of support service. One-half of state pre-kindergarten programs require teachers to have training in early child development and nearly one-third require BA degrees. Typically, states use a mixed service delivery system that provides programming in local elementary schools as well as community-based settings.

With expenditures in 2010 amounting to approximately $9.5 billion, federal and state-funded *means-tested child care subsidies* can be used for various types of child care, including center-based care, family day care, and other forms of informal care, and they cover a wide age range of children (birth through age 12). Their primary goal has continued to be supporting working families rather than educating young children, although increased spending on subsidies has been linked to higher rates of preschool attendance among young children (Magnuson, Meyers, and Waldfogel 2007). Because parents' preferences and needs for child care may not always align well with what is provided by preschool programs, and because child care subsidy spells are often quite short (Ha, Magnuson, and Ybarra 2012), these subsidies are best viewed as an indirect way to promote early childhood education for three- and four-year-olds.

## Empirical Studies of the Effectiveness of Early Childhood Education

Empirical studies of the effects of investments in early childhood education on children's human capital encompass a range of methodologies and a wide variety of programs. We focus on evaluations of preschool programs conducted over the course of the last half-century that are based on strong experimental or quasi-experimental methods and provide impact estimates for cognitive or achievement-related outcomes.[2] Despite the hundreds of evaluation studies of early childhood education programs that have been published over the past 50 years,

[2] A full list of these studies appears in the online appendix available with this paper at http://ejep.org. As described there, programs selected for our analysis had both treatment and control/comparison groups, included at least 10 participants in each condition, incurred less than 50 percent attrition, and measured children's cognitive development close to the end of their "treatment" programs. Studies had to have used random assignment or one of the following quasi-experimental designs: change models, fixed effects modes, regression discontinuity, difference in difference, propensity score matching, interrupted time series, instrumental variables, and some other types of matching. Studies that used

*Figure 2*
**Average Impact of Early Child Care Programs at End of Treatment**
*(standard deviation units)*




*Source:* Authors.
*Notes:* Figure 2 shows the distribution of 84 program-average treatment effect sizes for cognitive and achievement outcomes, measured at the end of each program's treatment period, by the calendar year in which the program began. Reflecting their approximate contributions to weighted results, "bubble" sizes are proportional to the inverse of the squared standard error of the estimated program impact. There is a weighted regression line of effect size by calendar year.

a handful of programs have figured especially prominently in policy discussions: in particular, Perry Preschool, the Abecedarian[3] program, Head Start, and more recently some state and local pre-kindergarten programs.

**Meta-Analysis**

Figure 2 shows the distribution of 84 program-average treatment effect sizes for cognitive and achievement outcomes, measured at the end of each program's treatment period, by the calendar year in which the program began. Reflecting their approximate contributions to weighted results, "bubble" sizes are proportional to the inverse of the squared standard error of the estimated program impact. The figure differentiates between evaluations of Head Start and other early childhood

quasi-experimental designs must have had pre- and post-test information on the outcome or established baseline equivalence of groups on demographic characteristics determined by a joint test.
[3] "Abecedarian" can mean one who is learning the alphabet.

education programs and also includes a weighted regression line of effect size by calendar year.

Taken as a whole, the simple average effects size for early childhood education on cognitive and achievement scores was .35 standard deviations at the end of the treatment periods, an amount equal to nearly half of race differences in the kindergarten achievement gap (Duncan and Magnuson 2011). However, as can be seen from Figure 2, average effect sizes vary substantially and studies with the largest effect sizes tended to have the fewest subjects. When weighted by the inverse of the squared standard errors of the estimates, the average drops to .21 standard deviations.

All of the 84 programs that generated the effect size data shown in Figure 2 met minimum standards for quality of research methods. However, some of the programs lasted for only a couple of summer months, while others ran for as long as five years. Some of the evaluations used random assignment while others relied on less-rigorous quasi-experimental methods. Almost all focused on children from low-income families, but they varied in the racial and ethnic composition of treatment groups.

One might assume that these differences would account for much of the effect-size variability observed in Figure 2. However, that is not always the case. Weighted average effect sizes were insignificantly different between evaluations that did (.25 standard deviations) and did not (.19 standard deviations) use random assignment; and between those that were (.31 standard deviations) and were not (.18 standard deviations) published in peer-review journals. The effect sizes of programs designed by researchers (.39 standard deviations) were significantly larger than programs not designed by researchers (.18 standard deviations).

Programs beginning before 1980 produced significantly larger effect sizes (.33 standard deviations) than those that began later (.16 standard deviations). Declining effect sizes over time are disappointing, as we might hope that lessons from prior evaluations and advances in the science of child development would have led to an increase in program effects over time. However, the likely reason for the decline is that counterfactual conditions for children in the control groups in these studies have improved substantially. We have already seen in Figure 1 how much more likely low-income children are to be attending some form of center-based care now relative to 40 years ago. This matters because, though center-based care programs have varying degrees of educational focus, most research suggests that center-based care is associated with better cognitive and achievement outcomes for preschool age children (NICHD Early Childcare Research Network and Duncan 2003).

Even more impressive are gains in the likely quality of the home environment provided by low-income mothers, as indexed by their completed schooling. In 1970, some 71 percent of preschool age children in the bottom 20 percent of the income distribution had mothers who lacked a high school degree, while only 5 percent of the mothers had attended at least some postsecondary schooling (based on authors' calculation of the October Current Population Survey data). By 2000, the corresponding percentage of children with mothers who did not have a high school degree had dropped by nearly half (to 37 percent), while the percentage

with mothers who had completed some postsecondary schooling increased five-fold (to just over 25 percent). Today, therefore, children from low-income households are likely to be benefiting from much higher-quality home environments than their counterparts four decades ago. Both higher-quality home environments and increases in other forms of center-based child care raise the bar for impact estimates coming from early childhood education programs.

Two particularly salient features of early childhood education programs are duration and starting age. Abundant literature suggests that the number of years spent in K–12 or postsecondary education is linked to labor market success (Card 1999). Thus, it seems plausible to expect that longer exposure to early childhood education environments before school entry should boost later academic achievement as well. But while simple associations indicate that longer participation in a preschool program generates larger treatment effects, models with a full set of controls for program and evaluation quality yield only small and statistically insignificant associations (+.04 standard deviations per additional year) between program duration and magnitudes of impacts (Leak, Duncan, Li, Magnuson, Schindler, and Yoshikawa 2012). The absence of larger effects for longer-duration programs may be due to the failure of such programs to use curricula and activities that capitalize fully on the skills gained in the early years of program participation.

As for starting age, neuroscience evidence on the plasticity of cognitive and language abilities suggests that these skills are highly amenable to environmental enrichment during the early childhood period. Starting in infancy, responsive caregiving and language-rich interactions are associated with better developmental outcomes, and more specifically stronger early language development (Tamis-LeMonda, Bornstein, and Baumwell 2001). Based on such findings, we might expect to find an "earlier is better" pattern of effects for early childhood education programs that provide such high-quality interactions for children. Evidence from the best-known early-life preschool programs is mixed: programs such as Early Head Start produce very small impacts on cognitive development (Love et al. 2003), whereas others, like the Abecedarian program, show much larger impacts (Ramey and Campbell 1984). Analysis of the meta-analytic database shows that, taken as a whole, effect sizes were neither larger nor smaller for children who started programs at younger ages (Leak, Duncan, Li, Magnuson, Schindler, and Yoshikawa 2012). This suggests that other modes of early childhood investments—for example, home visitation for high-risk, first-time mothers (Olds, Sadler, and Kitzman 2007) or developmental screenings and interventions for children living in families with documented domestic violence—may be more-effective ways of building children's capacities during the very early years of life.

**Model Program Impacts: Perry Preschool and Abecedarian**

As shown in Figure 2, average end-of-treatment effect sizes for the Perry Preschool and Abecedarian programs are several times larger than the weighted mean effect size for all studies in the meta-analytic database that met our inclusion criteria. A key reason for the prominence of these two studies and a few others is

that long-term follow-ups show strikingly positive impacts in adulthood and impressive benefit–cost ratios.

Perry provided one or two years of part-day educational services and weekly home visits to 58 low-income, low-IQ, African American children aged three and four in Ypsilanti, Michigan, during the 1960s. The curriculum was geared to the children's age and capabilities, emphasizing child-initiated learning activities. Staff encouraged children to engage in play activities that would promote their problem-solving skills as well as their intellectual, social, and physical development. Program staff made weekly one- to two-hour afternoon visits to each family. The center's child-to-teacher ratio was low; each of four teachers served only 20–25 children every year. Per-pupil costs amounted to about $20,000 per child (in 2011 dollars). While Perry's large impacts on IQ at the point of school entry had all but disappeared by third grade (Schweinhart, Montie, Xiang, Barnett, Belfield, and Nores 2005), the program produced lasting improvements through age 40 on employment rates and substantially reduced the likelihood that participants had been arrested. Heckman, Moon, Pinto, Savelyev, and Yavitz (2010) estimate that the program generated about $152,000 in benefits over the life course, boosting individuals' earnings, reducing use of welfare programs, and, most importantly for the benefit calculation, reducing criminal activity. These financial benefits produced a social rate of return between 7 and 10 percent.

The Abecedarian program, which served 57 low-income, mostly African American families from Chapel Hill, North Carolina, provided even more-intensive services than Perry Preschool. Beginning in 1972, children assigned to the Abecedarian "treatment" received year-round, full-time center-based care for five years, starting in the child's first year of life. The Abecedarian preschool program included transportation, individualized educational activities that changed as the children grew older, and low child–teacher ratios of 3:1 for the youngest children and up to 6:1 for older children. Abecedarian teachers followed a curriculum that focused on language development and explained to teachers the importance of each task as well as how to teach it. High-quality health care, additional social services, and nutritional supplements were also provided to participating families (Ramey and Campbell 1979; Campbell, Ramey, Pungello, Sparkling, and Miller-Johnson 2002).

At two years of age, the control-group children in the Abecedarian program had IQ scores that averaged about one standard deviation below the mean, as would be expected for children from very economically disadvantaged backgrounds (Ramey, Campbell, Burchinal, Skinner, Gardner, and Ramey 2000). By the time the children reached age five, however, their IQ scores were close to the national average, and 10 points higher than scores of comparable children who did not participate in the program. Similarly large effects were observed for achievement on verbal and quantitative tests (Ramey and Campbell 1984). Nearly 15 years later, the program's effect on IQ scores at age 21 (.38 standard deviations) was still substantial but smaller than at age five. Children in the Abecedarian program entered college at 2.5 times the rate of children in the control group, and the intervention also reduced rates of

teen parenthood and marijuana use by nearly half, although it did not lead to statistically significant reductions in criminal activity. Expressed in 2011 dollars, the costs associated with Abecedarian's five-year duration totaled about $80,000 per child, and the program is estimated to have produced $160,000 in net present benefits for its participants and their parents (Barnett and Masse 2007; Currie 2001).

It is difficult to extract policy lessons from these two initiatives for early childhood education programs that states or the federal government might offer today. Both programs were designed and evaluated by researchers and each served only several dozen children—conditions that scaled-up programs cannot match. Moreover, as we have pointed out above, counterfactual conditions three decades ago were likely of a comparatively low quality. The average number of years of maternal education completed was about 10 years for both the Perry and Abecedarian preschool treatment groups, reflecting the low levels of parental education among low-income families at that time.

**Head Start Impacts**

Large-scale policy lessons might be gleaned more reliably from studies of Head Start, since that program now provides services to almost a million three- and four-year-olds. Early quasi-experimental evaluations of Head Start found significant short-term gains in participants' achievement test scores, but as with Perry and Abecedarian, these achievement gains appeared to fade over time (Cicirelli 1969; McKey, Condelli, Ganson, Barrett, McConkey, and Plantz 1985). Despite methodological critiques of these early studies (McGroder 1990), a random-assignment national study of Head Start was not undertaken for another 30 years.

Begun in 2002, the Head Start Impact Study (HSIS) used wait-list lotteries to assign children to the opportunity to enroll in a Head Start program. Results indicated that after one academic year in the program, four-year-olds who had the opportunity to enroll in Head Start gained significantly more in six language and literacy areas than control-group children who lost the enrollment lotteries, with these intent-to-treat effects (effects for the group of children who had the opportunity to enroll) ranging from .09 to .31 standard deviations (US Department of Health and Human Services 2005). In contrast, there were few program impacts on math skills or on children's attention, anti-social, or mental health problems. The official report of the Head Start Impact Study (US Department of Health and Human Services 2005) provides estimates of differences between (parents of) children offered and children not offered a chance to get into the Head Start center with the waitlist lottery. Some children offered the chance didn't take it, and some children not offered a slot ended up in other Head Start centers. Ludwig and Phillips (2007) make the proper "treatment on the treated" estimate in light of this noncompliance, and the resulting effect sizes were roughly 50 percent larger than intent-to-treat effect sizes. By the end of first grade, both achievement levels and behavioral ratings of treatment group children were essentially similar to achievement levels of control-group children (US Department of Health and Human Services 2010).

Why might Head Start's initial achievement impacts disappear so quickly? All children learn, but they learn at different rates. If the test scores of Head Start and comparison-group children converge during elementary school, then the treatment group's preschool gains must be offset later by larger gains in the control group. Why this happens is not entirely clear; most arguments focus on the quality of subsequent schools that children attend. If little learning occurs in low-quality schools, then early advantages imparted by programs such as Head Start might be lost. In this case, preschool does not "immunize" against the adverse effects of subsequent low-quality schooling (Currie and Thomas 2000; Lee and Loeb 1995).

Currie and Thomas (2000) showed that Head Start impacts fade out more rapidly for African-American children than for white children; in examining why, they show that African-American children in Head Start attend lower-quality schools, as measured by students' average test scores, relative to the schools attended by African-American children who did not attend Head Start. In contrast, for white children, average school quality did not differ by Head Start participation status. Similarly, Zhai, Raver, and Jones (2012) find that the benefits to children of an intervention designed to enhance the developmental quality of Head Start programs persisted into kindergarten only for those children who attended relatively higher-quality elementary schools, again measured by student test scores.

An alternative explanation of achievement-impact fadeout is that kindergarten teachers might be particularly effective at teaching children with low levels of skills. In this case, it may be that the classroom is not of generally low quality, but instructional efforts may favor children at the lower end of the skill distribution, which would include larger concentrations of children who had not participated in early childhood education. Indirect evidence supporting this hypothesis is provided in the work of Engel, Claessens, and Finch (forthcoming), who find that kindergarten teachers spend the most time on very basic math instruction (like learning numbers) despite the fact that the vast majority of kindergarteners have already acquired such skills. If this explanation holds, the effects of early childhood education programs are most likely to persist in subsequent schooling environments in which learning gains are equally distributed across children with high and low levels of initial skills.[4]

As with Perry and Abecedarian program findings, quickly declining test score impacts for recent cohorts of Head Start children appear to be at odds with the long-term impacts on important young adult outcomes found in analyses of older Head Start cohorts. Some of the older-cohort studies use strong quasi-experimental methods and find quite striking long-run program impacts. One of the most recent and comprehensive is Deming's (2009) sibling-based fixed-effect analysis, which found that, compared with siblings who did not attend Head Start or other preschool programs, children who attended Head Start in the 1980s and early 1990s

[4] A third explanation would be that program impacts do not persist because early elementary instruction is most beneficial to children who enter school with high levels of initial skills and that Head Start program impacts are not sufficiently large to get children to a point at which they will benefit from such instruction. There does not seem to be good evidence to support this conjecture.

were over 8 percentage points more likely to graduate from high school. Deming's more-general composite of positive early adult outcomes—including high school graduation, college attendance, idleness, crime, teen parenthood, and health status—shows an estimated impact of .23 standard deviations.

Ludwig and Miller's (2007) regression discontinuity study of Head Start attendees in the late 1960s found that successful efforts to increase the likelihood that poor counties would establish Head Start programs by providing federal grant-writing assistance led to gains of 3–4 percentage points in high school graduation rates and postsecondary schooling in the 1990 census data relative to counties with very similar levels of poverty that were not offered such assistance, although such effects were attenuated by 2000. Taken together, these studies suggest that despite the decline in program impacts on achievement test scores as children progress through elementary school, there may be measurable and important effects of Head Start on children's life chances.

**Pre-Kindergarten Programs**

Some rigorous evaluations of pre-kindergarten programs were completed too recently to have been included in the database used to produce Figure 2. Most of these studies use regression discontinuity designs based on strict birthday cutoffs. Test-based assessments are given to children who just started attending pre-kindergarten and those who just completed it. The tests of children who just completed the program are compared with those about to attend. Children whose parents are not interested in enrolling them in the program are not part of either group. For this reason (and a few others), these designs are not directly comparable to either intent-to-treat or treatment-on-the-treated estimates from experimental studies (Lipsey, Weiland, Yoshikawa, Wilson, and Hofer 2011; Gibbs, Ludwig, and Miller 2011). The most comprehensive overview is Wong, Cook, Barnett, and Jung (2008), which examines five state pre-kindergarten programs and finds short-run effects on achievement test scores that are somewhat larger than those estimated in the National Head Start Impact Study, although the size of the impacts varies considerably across states and types of test (weighted average intent-to-treat impacts range from .17 for vocabulary to .68 for "print awareness").

The highly regarded Tulsa pre-kindergarten program has also been carefully evaluated. A birthday cutoff-based regression discontinuity evaluation of the program found large and significant effects on children's achievement, with effect sizes ranging from .38 to .79 (Gormley, Gayer, Phillips, and Dawson 2005). Adjusting for differences in children's backgrounds (using propensity score matching methods), the researchers found that the Tulsa pre-kindergarten program reduced attendees' timidity and improved their attentiveness. The program did not appear to affect disobedience, apathy, aggression, learning task problems, or problems interacting with peers or teachers (Gormley, Phillips, Newmark, Welti, and Adelstein 2011).

The only longer-run follow-up study conducted to date of pre-kindergarten program uses propensity matching and administrative data on third grade test scores. Hill, Gormley, and Adelstein (2012) estimating program impacts for

two cohorts. They find no lasting discernible achievement impacts for the first cohort by third grade. For the second cohort there is evidence of persisting math impacts (.18 standard deviations), perhaps reflecting an increased emphasis on math instruction, including the introduction of new curricula, during elementary school. The lack of longer-run evaluations of pre-kindergarten programs suggests that drawing strong policy conclusions about their effectiveness is unwarranted, as other programs have likewise demonstrated early promising results that faded over the first few years of school.

## The Puzzle: Academic Fade-Out, but Long-Term Benefits

Most early childhood education studies that have tracked children beyond the end of the program treatment find that effects on test scores fade over time. An analysis of cognitive and achievement outcomes in our meta-analytic database, which includes model programs such as Perry Preschool as well as Head Start and many other programs, shows an estimated decrease in program impact effect sizes of about .03 standard deviations per year. With end-of-treatment effect sizes averaging around .30 standard deviations, this implies that positive effects persist for roughly 10 years (Leak et al. 2011; see also Aos, Lieb, Mayfield, Miller, and Pennucci 2004; Camilli, Vargas, Ryan, and Barnett 2010). This finding raises a puzzle: How do we reconcile the fade-out of preschool program impacts on test scores during elementary school with the evidence showing that such programs nonetheless have beneficial impacts on a broad set of later-life outcomes like high school graduation rates, teen parenthood, and criminality?

One obvious possible explanation is that preschool programs may affect something other than basic achievement and cognitive test scores, and perhaps these other program impacts, unlike achievement and cognitive impacts, persist over time. In turn, this raises the question of exactly how early childhood education programs affect various aspects of development, including cognitive skills, personality traits like conscientiousness, and the behavior categories like attentiveness or antisocial behavior that are often emphasized by development psychologists. The literature on the effects of preschool has drawn on several different models of human development.

In one prominent example, Cunha and Heckman (2007) posit a cumulative model of the production of human capital that allows for the possibility of differing childhood investment stages as well as roles for the past effects and future development of both cognitive and socio-emotional skills. In this model, children have endowments at birth of cognitive potential and temperament that reflect a combination of genetic and prenatal environmental influences. The Cunha and Heckman model highlights the interactive nature of skill building and investments from families, preschools and schools, and other agents. It suggests that human capital accumulation results from "self-productivity"—skills developed in earlier stages bolster the development of skills in later stages—as well as the dynamic

complementary that results when skills acquired prior to a given investment increase the productivity of that investment. These two principles are combined in the hypothesis that "skill begets skill."

Several aspects of this model are relevant for preschool investment policy. If focused on the preschool period, the Cunha and Heckman (2007) model implies that school readiness is a product of the child's cognitive and socio-emotional skills upon entry into the preschool period, plus preschool-period investments from parents and possibly from an early childhood education program. The hypothesis of dynamic complementarity implies that the effects of parental and early childhood education investments on child outcomes will be largest for children who enter the preschool period with the highest levels of cognitive and socio-emotional skills.

Predictions emerging from the models of human capital development proposed in the developmental psychology literature are different. These models, too, focus on how individuals' endowments interact with environmental experiences, and suggest that both individual capacities and experience shape development (Blair and Raver 2012). However, they diverge from the Cunha and Heckman (2007) model by distinguishing how environments and different types of investments (for example, parent and early-childhood-education investments) interact to shape development. Developmental models say that certain kinds of programs may be most productive for higher-skilled children while others are geared towards helping bring up the skills of low-skill children and don't match well to the needs of higher-skill children. For example, Ramey and Ramey's "compensatory model" (1998) posits that preschool investments can function as a substitute for enriched home environments. Thus, children whose skill development may be compromised by economic disadvantage or low-quality home environments are predicted to benefit more from early childhood education programs than more-advantaged children. This hypothesis provided the rationale for the initial and continued funding for programs such as Head Start and Early Head Start, which target children from disadvantaged backgrounds.

If early childhood education programs seek to build children's early skills to generate lasting changes in adults' human capital, which skills should they target? Economists tend to lump IQ and achievement into a "cognitive" category and everything else into a "noncognitive" category, but this distinction is unhelpful for a variety of reasons. First, "cognitive" skills are a heterogeneous mixture of "achievement" and more-basic cognitive capacities. Although scores on tests of cognitive ability and achievement tend to be highly correlated, there is an important conceptual difference between them. "Achievement" commonly refers to concrete academic skills such as literacy and numeracy that develop in response to parenting, schooling, and other human capital investments, including early childhood education, whereas IQ or general cognitive ability is considered to be a relatively more-stable trait. Second, learning skills such as the ability to sustain attention when performing tasks, plan ahead, and control emotions in the face of provocation involve many of the same elements of brain circuitry as learning concrete skills, and are therefore inherently "cognitive." Third and most important, different branches of psychology

typically categorized noncognitive skills in very different ways. Conceptualizing and measuring distinct components of "noncognitive" skills is a vital first step in understanding why early childhood education and other human capital inventions have an effect.

Most personality psychologists have centered their work on the "big five" personality traits, which are derived from factor analyses of observer- and self-reports of behaviors and include conscientiousness, openness, agreeableness, emotional stability, and extraversion—plus general cognitive ability. Education research consistently shows that conscientiousness best correlates with overall attainment and achievement (Almlund, Duckworth, Heckman, and Kautz 2011). Although these traits have traditionally been viewed as relatively stable across the lifespan, some evidence indicates that they can change in response to life experiences and interventions (for example, Roberts, Walton, and Viechtbauer 2006; Almlund et al. 2011).

Developmental psychologists view children's skills and behaviors as determined by the interplay between their innate abilities, their dispositions, and the quality of their early experiences—which may include early childhood education (Committee on Integrating the Science of Early Childhood Development, 2000). They classify skills and behaviors in a number of ways, and some of their categories correspond to the "big five" personality traits. For example, our own recent review classified important competencies into four groups: achievement, attention, "externalizing behavior" problems, and mental health (Duncan and Magnuson 2011). Attention refers to the ability to control impulses and focus on tasks (for example, Raver 2004). "Externalizing behavior" refers to a cluster of related behaviors including antisocial behavior, conduct disorders, and more-general aggression (Campbell, Shaw, and Gilliom 2000). Mental health constructs include anxiety and depression as well as somatic complaints and withdrawn behavior (Bongers, Koot, van der Ende, and Verhulst 2003). All of these skills and behaviors might respond to investments in early childhood education.

Testing and comparing how these theories of human development apply in the context of early childhood education is difficult, because despite arguments that early childhood education programs are likely to generate broad impacts on children's behavior and social competence (Zigler and Trickett 1978), most preschool studies do not measure many of these kinds of outcomes at program completion. Some studies have included measures of problem behavior, typically ratings of children's antisocial or aggressive behaviors, with mixed results. Perry significantly reduced problem behavior, especially among boys, and the examination by Heckman, Moon, Pinto, Savelyev, and Yavitz (2010) of Perry's long-run effects finds that these behavior impacts explain a substantial proportion of the program's effects on boys' crime and employment outcomes. However, both early cognitive and behavioral impacts explain program impacts on girls' later outcomes. Moreover, for both genders a substantial share of the program impacts on adult outcomes is not explained by any of the observed early program impacts.

Other programs provide little evidence of program impacts on children's behavior. Deming's (2009) analysis of Head Start found no short-run effects of Head

Start on parental reports of children's behavior problems. Haskins (1985) reported that the Abecedarian program had the unexpected effect of increasing teacher reports of children's aggressiveness in the early school years, although these effects appeared to fade with time. Of course, these studies are vulnerable to the criticism that they did not measure a broader set of relevant skills, including student's attention or other aspects of their behavior and mental health.

Overall, reconciling disparate patterns of impacts in the short and longer term is a key challenge for anyone hoping to extract policy lessons about the effectiveness of early childhood education programs. Accomplishing this task will require a proven model of human development that incorporates various cognitive, personality, and behavioral dimensions and can predict what kinds of children stand to benefit most from early childhood education investments.

## Within-Program Heterogeneity

Although policymakers appropriately care most about the average impacts of early childhood education programs, a number of lessons can be learned from looking at the distribution of treatment effects of given programs. For example, such heterogeneity might make it possible to identify groups that could particularly benefit from preschool programs. Data on treatment-effect heterogeneity may also boost our understanding of human capital development processes if they identify groups that particularly benefit from the preschool setting.

Consider evidence from the Infant Health and Development Program (IHDP), shown in Figure 3. Beginning shortly after a child's birth, the IHDP offered a package of services that included a full-day, cognitively enriching curriculum for children between ages one and three, modeled after the Abecedarian program. Nearly 1,000 children in eight sites across the country were randomly assigned to the IHDP treatment or to a control group that received no early childhood education services but some health services (Gross, Spiker, and Haynes 1997). To be eligible for the program, infants had to have weighed less than 2,500 grams (5.5 pounds) at birth, but eligibility was not restricted by family income, race, or ethnicity.

For the economically disadvantaged children in the sample—those with family income below 180 percent of the poverty line in their first year of life—participation in the Infant Health and Development Program (IHDP) produced large impacts on cognitive development. Specifically, children in the treatment group outscored their control-group counterparts by .82 standard deviations on the Stanford–Binet IQ mental subscale by age three.[5] For children in higher-income families, the IHDP's program impact was much smaller, only .18 standard deviations. Thus, if "disadvantage" is defined by family income, IHDP treatment impacts heavily favored

[5] This estimate comes from Duncan and Sojourner (forthcoming) and is based on weights designed to match the demographic characteristics of the Infant Health and Development Program sample to those of all US births.

Case 2:26-cv-02282-TL Document 30 Filed 08/20/26 Page 40 of 163



*Figure 3*
**Impacts of the Infant Health and Development Program on Age-3 IQ, by Income and Birth Weight**
*(standard deviation units)*




*Source:* Authors.
*Notes:* The figure shows the impact, in standard deviation units, of the Infant Health and Development Program treatment on Age-3 IQ, for lower- and higher-income children and for lower- and higher-birth-weight children in the program. All models also condition on child gender, birth weight, gestational age at birth, neonatal health index, and site indicators.

disadvantaged infants. However, an alternative definition of "disadvantage" can lead to a different conclusion. Children disadvantaged by being born with a "very low" birth weight (less than 1500 grams or 3.3 pounds) benefited significantly less from the IHDP intervention than "advantaged" heavier babies in this low-birth-weight sample.

It is not difficult to generate possible explanations for these patterns. For example, the income results are consistent with theories positing that the focus of the Infant Health and Development Program on enriched early learning compensates or substitutes for lower levels of parental investment and academic stimulation in low-income families. The differences by birth weight are consistent with the "skill begets skill" perspective. Potential gains for very low birth weight babies' cognitive development may be constrained by neurological challenges that the program was unable to address. In other words, the match between what the program provided and children's individual differences may explain why some disadvantaged groups show larger effects, but not others.

A systematic accounting of heterogeneity in the effects of preschool programs is a complicated undertaking. For example, Anderson's evaluations of three researcher-designed early childhood education programs—Perry, Abecedarian, and the Early Training Project—described in Anderson (2008), showed much larger benefits for girls than boys. Turning to our meta-analytic database, we found

*Figure 4*
**Gender Differences in Early Childhood Education Impacts**
*(standard deviation units)*




*Source:* Adapted from Kelchen, Magnuson, Duncan, Schindler, Shager, and Yosikawa (2012), figure 2.
*Note:* This figure looks at outcomes by gender for the three programs evaluated in Anderson (2008)—Perry, Abecedarian, and the Early Training Project—and for a group of 22 programs that included the three programs evaluated in Anderson (2008) plus 19 other programs that estimated program impacts by gender.

19 other programs that estimated program impacts by gender. Evaluations of these programs do not show consistently larger effects for girls. The first bar in Figure 4 (which is adapted from Kelchen, Magnuson, Duncan, Schindler, Shager, and Yoshikawa 2012) shows that on cognitive and achievement outcomes, the average effect across all 22 studies is slightly larger for females. However, the second bar shows that when a broad set of school outcomes are considered, including special education, grade retention, and other aspects of general school adjustment, boys appear to benefit much *more* from these programs than girls. Looking just at the three programs in Anderson (2008) (the third bar of Figure 4), the "other school outcomes" variable strongly favors females, so the difference in findings is generated by the inclusion of results from a broader set of studies. For the adult outcomes across all studies (fourth bar), females are favored, but the difference is not significant.

Even when studies determine that a particular program has been a success on average, overall, the positive outcomes differ across programs and populations. For example, Perry Preschool and Head Start significantly reduced criminal activity, but

Abecedarian did not. Garces, Thomas, and Currie (2002) found that Head Start increased educational attainment for whites, but not for blacks, and led to reductions in crime for blacks but not whites.

There is much more to be learned about heterogeneity in the effects of preschool programs, although efforts to identify differential effects can be hampered by small sample sizes and limited baseline information, especially in the older studies. The program and population specificity of program impacts argues against a single explanation for how preschool programs improve long-run outcomes. Greater attention should be given to understanding both who benefits the most from particular programs and why.

## The Search for Active Program Ingredients

Research on early childhood education has focused greater attention on evaluating particular programs than on identifying the particular ingredients in these programs that produce significant improvements in children's learning and behavior. The research problem here is difficult. For example, some scholars have focused on structural aspects of early childhood education environments, such as class size and teacher education, yet these features of programs are likely to affect children only indirectly, by influencing their experiences within classrooms. Perhaps not surprisingly, associations between these features of classrooms and preschoolers' learning are inconsistent and weak (Mashburn et al. 2008).[6]

Much harder to measure than class size or teacher education, but potentially more important for children's actual experiences in early childhood education programs, is what developmental psychologists have referred to as "process quality"—the quality of classroom interactions, including the amount of instructional and emotional support children receive. Associations between these aspects of process quality and children's outcomes are more consistently positive, if still modest (Burchinal, Kainz, and Cai forthcoming). As attention has shifted to improving classroom interactions, two aspects of program design emerge as policy levers that may, together, improve program effectiveness: curriculum and related professional development. To cite one example, best practices for mathematics instruction explicitly incorporate foundational math conceptual learning within everyday activities and provide activities that support a developmental progression of mathematical learning (Clements and Samara 2011). Despite the identification of best practices and the availability of curricula that provide lesson plans, research consistently finds that the instructional quality of most preschool classrooms is poor (Justice, Mashburn, Hamre, and Pianta 2008).

[6] None of these studies is based on random assignment of children to different preschool class sizes, nor do any conduct long-run follow-ups. Chetty, Friedman, Hilger, Saez, Schanzenbach, and Yagan (2011) find noteworthy longer-run impacts of assignment to smaller kindergarten-to-grade-3 classrooms in the Project Star data.

It appears that an effective strategy is to combine a proven curriculum that offers well-designed lesson plans and activities, based on an understanding of children's trajectories of learning within specific content areas, with strong professional development to target improvement in specific instructional practices. Several random-assignment studies of curricular innovations in early childhood education programs have shown substantial effects on children's learning in math and literacy, and these curricula are currently found in some effective preschool programs. The What Works Clearinghouse provides up-to-date information on rigorous evaluations of early childhood education curricula (at http://ies.ed.gov/ncee/wwc/).

The Boston pre-kindergarten system provides a scaled-up model of how this might work. System leaders developed a curriculum from proven literacy, math, and social skills interventions. The academic components focused on concept development, the use of multiple methods and materials to promote children's learning, and a variety of activities to encourage analysis, reasoning, and problem-solving (Weiland and Yoshikawa forthcoming). Extensive professional development training and on-going coaching ensured that teachers understood the curriculum and were able to implement it effectively in their classrooms. A regression-discontinuity evaluation showed relatively large impacts on vocabulary, math, and reading (effect sizes ranging from .45 to .62 standard deviations) as well as smaller, but still noteworthy effects on working memory and inhibitory control (effect sizes ranging from .21 to .28 standard deviations; Weiland and Yoshikawa forthcoming).

## Conclusions

Theories and evidence across the social sciences argue that early childhood may be a promising period for effective educational investments, particularly for disadvantaged children. Early cognitive and socio-emotional skills are sensitive to environmental inputs, and building skills early in life may produce lasting effects. Most evaluations of early education programs show that such programs improve children's school readiness, specifically their pre-academic skills, although the distribution of impact estimates is extremely wide, and gains on achievement tests typically fade over time. Some studies of children who attended preschool 20 or more years ago find that early childhood education programs also have lasting effects on children's later life chances, improving educational attainment and earnings and, in some cases, reducing criminal activity. High-quality early childhood education programs thus have the potential to generate benefits well in excess of costs. Despite general agreement about these aspects of early childhood education studies, important questions about the wisdom of large-scale investments in early childhood education remain unanswered.

First, we need to know much more about how early childhood education works: that is, the connections between program components and particular child outcomes. Because program impacts on cognitive ability and achievement often fade within a few years of the end of the programs, these skills do not appear to

be driving longer-run effects. Data constraints have made it difficult to identify the other skills, behaviors, or developmental processes that lead to such positive outcomes in early adulthood, but efforts to better identify and measure likely pathways are critical for improving our understanding of human capital accumulation and judging whether policy and programmatic efforts are worthwhile investments. It also important to think about what programs (or parts of programs) might be scaled up in a cost-effective manner.

Second, we need a better understanding of the pattern of these program effects over time. This is likely to require new data collection efforts because administrative data about participation in these programs, demographic background, and scores on various tests are unlikely to provide necessary information on the full range of attention, behavior, and mental health measures.

Finally, we need a more complete understanding of which skills, or constellation of skills, are likely to produce improved outcomes later in life. This requires not only an understanding of how programs affect later skills, but also a better grasp of how skills, behavior, attention, and mental health in childhood build human capital and other labor market outcomes in adulthood.

Given the potential payoff from early education and the importance of early skills in forecasting later school and labor market success, supporting low-income children's participation in high-quality early childhood investment may well constitute a wise investment. The potential for profitable investments exists at both margins—enrolling low-income children who are not currently attending a preschool program as well as improving the quality of existing programs—although we know more about the former than the latter (Duncan, Ludwig, and Magnuson 2010). What may be more important in the long term than any specific programmatic change is a change in how research is conducted in this area. Rather than looking merely at average short-run outcomes of early childhood education programs based on a limited number of achievement tests, researchers should focus on the heterogeneity of outcomes across groups, conduct long-term follow-up, and examine a wide range of outcome variables that would illuminate the program ingredients and developmental processes that make some of these programs so successful.

■ *This paper draws extensively from our collaborations with Hirokazu Yoshikawa, Holly Schindler, and Jack Shonkoff. We are grateful to the following funders of the National Forum on Early Childhood Policy and Programs: the Birth to Five Policy Alliance, the Buffett Early Childhood Fund, Casey Family Programs, the McCormick Tribune Foundation, the Norlien Foundation, Harvard University, and an anonymous donor. We would also like to thank the Institute of Education Sciences (R305A110035) for supporting this research, to Abt Associates, Inc. and the National Institute for Early Education Research for making their data available to us, and to Weilin Li for helpful research assistance. The authors are also grateful for support from the NICHD-supported Irvine Network on Interventions in Development (HD065704 P01).*

## References

**Adams, Gina, and Monica Rohacek.** 2002. "More Than a Work Support? Issues around Integrating Child Development Goals into the Child Care Subsidy System." *Early Childhood Research Quarterly* 17(4): 418–40.

**Almlund, Mathilde, Angela L. Duckworth, James J. Heckman, and Tim Kautz.** 2011. "Personality Psychology and Economics." IZA Discussion Paper 5500.

**Anderson, Michael.** 2008. "Multiple Inference and Gender Differences in the Effects of Early Intervention: A Reevaluation of the Abecedarian, Perry Preschool, and Early Training Projects. *Journal of the American Statistical Association* 103(484): 1481–95.

**Aos, Steve, Roxanne Lieb, Jim Mayfield, Marna Miller, and Annie Pennucci.** 2004. "Benefits and Costs of Prevention and Early Intervention Programs for Youth." September 12. Washington State Institute for Public Policy. http://www.wsipp.wa.gov/rptfiles/04-07-3901.pdf.

**Barnett, W. Steven, Megan E. Carolan, Jen Fitzgerald, and James H. Squires.** 2011. *The State of Preschool 2011: State Preschool Yearbook*. National Institute for Early Education Research, Rutgers.

**Barnett, W. Steven, and Leonard N. Masse.** 2007. "Comparative Cost–Benefit Analysis of the Abecedarian Program and Its Policy Implications." *Economics of Education Review* 26(1): 113–25.

**Besharov, Douglas J., and Caeli A. Higney.** 2007. "Head Start: Mend It, Don't Expand It (Yet)." *Journal of Policy Analysis and Management* 26(3): 678–681.

**Blair, Clancy, and C. Cybele Raver.** 2012. "Child Development in the Context of Adversity: Experiential Canalization of Brain and Behavior." *American Psychologist* 67(4): 309–318.

**Bongers, Ilja L., Hans M. Koot, Jan van der Ende, and Frank C. Verhulst.** 2003. "The Normative Development of Child and Adolescent Problem Behavior." *Journal of Abnormal Psychology* 112 (5): 179–92.

**Burchinal, Margaret, Kirsten Kainz, and Karen Cai.** Forthcoming. "How Well Do Our Measures of Quality Predict Child Outcomes? A Meta-Analysis and Coordinated Analysis of Data from Large-Scale Studies of Early Childhood Settings." In *Reasons to Take Stock and Strengthen our Measures of Quality*, edited by M. Zaslow. Baltimore, MD: Brooks Publishing.

**Camilli, Gregory, Sadako Vargas, Sharon Ryan, and W. Steven Barnett.** 2010. "Meta-Analysis of the Effects of Early Education Interventions on Cognitive and Social Development." *Teachers College Record* 112 (3): 579–620.

**Campbell, Frances A., Craig T. Ramey, Elizabeth Pungello, Joseph Sparkling, and Shari Miller-Johnson.** 2002. "Early Childhood Education: Young Adult Outcomes from the Abecedarian Project." *Applied Developmental Science* 6(1): 42–57.

**Campbell, Susan B., Daniel S. Shaw, and Miles Gilliom.** 2000. "Early Externalizing Behavior Problems: Toddlers and Preschoolers at Risk for Later Adjustment." *Development and Psychopathology* 12(3): 467–88.

**Card, David E.** 1999. "The Causal Effect of Education on Earnings." In *Handbook of Labor Economics*, Vol. 3, edited by O. Ashenfelter, and D. Card, 1801–63. Amsterdam: North-Holland.

**Chetty, Raj, John N. Friedman, Nathaniel Hilger, Emmanuel Saez, Diane W. Schanzenbach, and Danny Yagan.** 2011. "How Does Your Kindergarten Classroom Affect Your Earnings? Evidence from Project STAR." *Quarterly Journal of Economics* 126(4): 1593–1660.

**Cicirelli, Victor G.** 1969. *The Impact of Head Start: An Evaluation of the Effects of Head Start on Children's Cognitive and Affective Development.* Report presented to the Office of Economic Opportunity pursuant to contract B89-4536 (report No. PB 184 328). Westinghouse Learning Corporation. Washington, DC: National Bureau of Standards, Institute for Applied Technology.

**Clements, Douglas, and Julie Samara.** 2011. "Early Childhood Mathematics Intervention." *Science* 333(6045): 968–70.

**Committee on Integrating the Science of Early Childhood Development.** 2000. *From Neurons to Neighborhoods: The Science of Early Childhood Development*, edited by Jack Shonkoff and Deborah Phillips. Washington, DC: National Academy Press.

**Cunha, Flavio, and James J. Heckman.** 2007. "The Technology of Skill Formation." *American Economic Review* 97(2): 31–47.

**Currie, Janet.** 2001. "Early Childhood Education Programs." *Journal of Economic Perspectives* 15(2): 213–38.

**Currie, Janet, and Duncan Thomas.** 1995. "Does Head Start Make a Difference?" *American Economic Review* 85(3): 341–64.

**Currie, Janet, and Duncan Thomas.** 2000. "School Quality and the Longer-Term Effects of Head Start." *Journal of Human Resources* 35(4): 755–74.

**Deming, David.** 2009. "Early Childhood Intervention and Life-Cycle Skill Development: Evidence from Head Start." *American Economic Journal: Applied Economics* 1(3): 111–34.

**Duncan, Greg, and Katherine Magnuson.** 2011. "The Nature and Impact of Early Achievement

Skills, Attention Skills, and Behavior Problems." In *Whither Opportunity: Rising Inequality, Schools, and Children's Life Chances*, edited by Greg J. Duncan and Richard J. Murnane, 47–69. New York: Russell Sage.

**Duncan, Greg, and Aaron Sojourner.** Forthcoming. "Can Intensive Early Childhood Intervention Programs Eliminate Income-Based Cognitive and Achievement Gaps?" *Journal of Human Resources*.

**Engel, Mimi, Amy Claessens, and Maida Finch.** Forthcoming. "Teaching Students What They Already Know? The (Mis)alignment between Instructional Content in Mathematics and Student Knowledge in Kindergarten." *Education Evaluation and Policy Analysis*.

**Forry, Nicole, and Elaine Sorenson.** 2006. "The Child and Dependent Care Tax Credit: A Policy Analysis." *Marriage and Family Review* 39(1–2):159–76.

**Garces, Eliana, Duncan Thomas, and Janet Currie.** 2002. "Longer-Term Effects of Head Start." *American Economic Review* 92(4): 999–1012.

**Gibbs, Chloe, Jens Ludwig, and Douglas L. Miller.** 2011. "Does Head Start Do Any Lasting Good?" NBER Working Paper 17452.

**Gormley, William T., Jr., Ted Gayer, Deborah Phillips, and Brittany Dawson.** 2005. "The Effects of Universal Pre-K on Cognitive Development." *Developmental Psychology* 41(6): 872–84.

**Gormley, William T., Deborah A. Phillips, Katie Newmark, Kate Welti, and Shirley Adelstein.** 2011. "Social-Emotional Effects of Early Childhood Education Programs in Tulsa." *Child Development* 82(6): 2095–2109.

**Gross, Ruth T., Donna Spiker, and Christine W. Haynes, eds.** 1997. *Helping Low Birth Weight, Premature Babies: The Infant Health and Development Program*. Stanford, CA: Stanford University Press.

**Ha, Yoonsook, Katherine Magnuson, and Marci Ybarra.** 2012. "Patterns of Child Care Subsidy Receipt and the Stability of Child Care." *Children and Youth Services Review* 34(9): 1834–44.

**Hamm, Katie.** 2006. "More than Meets the Eye: Head Start Programs, Participants, Families, and Staff in 2005." Head Start Series, Brief No. 8, Center for Law and Social Policy, Washington, DC.

**Haskins, Ron.** 1985. "Public School Aggression among Children with Varying Day-Care Experience." *Child Development* 56(3): 689–703.

**Heckman, James J.** 2006. "Skill Formation and the Economics of Investing in Disadvantaged Children." *Science*, June 30, 312(5782): 1900–1902.

**Heckman, James J., Seong Hyeok Moon, Rodrigo Pinto, Peter Savelyev, and Adam Yavitz.** 2010. "A New Cost–Benefit and Rate of Return Analysis for the Perry Preschool Program: A Summary." NBER Working Paper 16180.

**Hill, Carolyn J., William T. Gormley, and Shirley Adelstein.** 2012. "Do the Short-Term Effects of a Strong Preschool Program Persist?" Center for Research on Children in the United States Working Paper 18, Georgetown University.

**Justice, Laura M., Andrew J. Mashburn, Bridget K. Hamre, and Robert C. Pianta.** 2008. "Quality of Language and Literacy Instruction in Preschool Classrooms Serving At-Risk Pupils." *Early Childhood Research Quarterly* 23(1): 51–68.

**Kelchen, Robert, Katherine Magnuson, Greg Duncan, Holly Schindler, Hilary Shager, and Hirokazu Yoshikawa.** 2012. "Do the Effects of Early Childhood Programs on Academic and Adult Outcomes Vary by Gender? A Meta-Analysis." Unpublished paper.

**Knudsen, Eric I., James J. Heckman, Judy L. Cameron, and Jack P. Shonkoff.** 2006. "Economic, Neurobiological and Behavioral Perspectives on Building America's Future Workforce." *Proceedings of the National Academy of Sciences of the United States of America* 103(27): 10155–62.

**Leak, James, Greg Duncan, Weilin Li, Katherine Magnuson, Holly Schindler, and Hirokazu Yoshikawa.** 2012. "Is Timing Everything? How Early Childhood Education Program Cognitive and Achievement Impacts Vary by Starting Age, Program Duration and Time since the End of the Program." Unpublished paper.

**Lee, Valerie E., and Susanna Loeb.** 1995. "Where Do Head Start Attendees End Up? One Reason Why Preschool Effects Fade Out." *Educational Evaluation and Policy Analysis* 17(1): 62–82.

**Lipsey, Mark, Christina Weiland, Hirokazu Yoshikawa, Sandra Wilson, and Kerry Hofer.** 2012. "The Prekindergarten Age-Cutoff Regression-Discontinuity Design: Methodological Issues and Implications for Application." Unpublished paper.

**Love, John M. et al.** 2003. "Child Care Quality Matters: How Conclusions May Vary with Context." *Child Development* 74(4): 1021–1033.

**Ludwig, Jens, and Douglas L. Miller.** 2007. "Does Head Start Improve Children's Life Chances: Evidence from a Regression Discontinuity Design." *Quarterly Journal of Economics* 122(1): 159–208.

**Ludwig, Jens, and Deborah Phillips.** 2007. "The Benefits and Costs of Head Start." *Social Policy Report* 21(3): 3–20.

**Magnuson, Katherine A., Marcia K. Meyers, and Jane Waldfogel.** 2007. "Public Funding and Enrollment in Formal Child Care in the 1990s." *Social Service Review* 81(1): 47–83.

**Magnuson, Katherine, and Hilary Shager.** 2010. "Early Education: Progress and Promise for Children from Low-income Families." *Children and Youth Services Review* 32(9): 1186–98.

**Mashburn, Andrew, Robert Pianta, Bridget Hamre, Jason Downer, Oscar Barbarin, Donna Bryant, Margaret Burchinal, Diane Early, and Carolee Howes.** 2008. "Measures of Classroom Quality in Prekindergarten and Children's Development of Academic, Language, and Social Skills." *Child Development* 79(3): 732–49.

**McGroder, Sharon M.** 1990. "Head Start: What Do We Know About What Works?" Report prepared for the U. S. Office of Management and Budget. http://aspe.hhs.gov/daltcp/reports/headstar.pdf.

**McKey, Ruth Hubbell, Larry Condelli, Harriet Ganson, Barbara J. Barrett, Catherine C. McConkey, and Margaret C. Plantz.** 1985. *The Impact of Head Start on Children, Families and Communities: Final Report of the Head Start Evaluation, Synthesis and Utilization Project.* Washington, DC: CSR, Incorporated.

**National Association of Child Care Resource and Referral Agencies.** 2012. *Parents and the High Cost of Child Care: 2012 Report.* Arlington, VA: NACCRRA. http://www.naccrra.org/publications/naccrra-publications/2012/8/parents-and-the-high-cost-of-child-care-2012-report.

**National Institute of Child Health and Human Development (NICHD) Early Childcare Research Network, and Greg J. Duncan.** 2003. "Modeling the Impacts of Child Care Quality on Children's Preschool Cognitive Development." *Child Development* 74(5): 1454–75.

**Nelson, Charles A., and Margaret A. Sheridan.** 2011. "Lessons from Neuroscience Research for Understanding Causal Links between Family and Neighborhood Characteristics and Educational Outcomes." *Whither Opportunity: Rising Inequality, Schools, and Children's Life Chances*, edited by G. J. Duncan and R. J. Murnane, 27–46. New York: Russell Sage.

**Olds, David L., Lois Sadler, and Harriet Kitzman.** 2007. "Programs for Parents of Infants and Toddlers: Recent Evidence from Randomized Trials." *Journal of Child Psychology and Psychiatry* 48(3–4): 355–91.

**Ramey, Craig T., and Frances A. Campbell.** 1979. "Compensatory Education for Disadvantaged Children." *School Review* 87(2): 171–89.

**Ramey, Craig T., and Francis A. Campbell.** 1984. "Preventive Education for High-Risk Children: Cognitive Consequences of the Carolina Abecedarian Project." *American Journal of Mental Deficiency* 88(5): 515–23.

**Ramey, Craig T., Frances A. Campbell, Margaret Burchinal, Martie L. Skinner, David M. Gardner, and Sharon L. Ramey.** 2000. "Persistent Effects of Early Childhood Education on High-Risk Children and Their Mothers." *Applied Developmental Science* 4(1): 2–14.

**Ramey, Craig T., and Sharon Landesman Ramey.** 1998. "Early Intervention and Early Experience." *American Psychologist* 53(2): 109–120.

**Raver, C. Cybele.** 2004. "Placing Emotional Self-Regulation in Sociocultural and Socioeconomic Contexts." *Child Development* 75(2): 346–53.

**Roberts, Brent, Kate Walton, and Wolfgang Viechtbauer.** 2006. "Patterns of Mean-Level Change in Personality Traits across the Life Course: A Meta-Analysis of Longitudinal Studies." *Psychological Bulletin* 132(1): 1–25.

**Sapolsky, Robert.** 2004. "Mothering Style and Methylation." *Nature Neuroscience* 7(8): 791–92.

**Schulman, Karen, and Helen Blank.** 2012. "Downward Slide: State Child Care Assistance Policies 2012." National Women's Law Center. http://www.nwlc.org/sites/default/files/pdfs/NWLC2012_StateChildCareAssistanceReport.pdf.

**Schweinhart, Lawrence J., Jeanne Montie, Zongping Xiang, W. Steven Barnett, Clive R. Belfield, and Milagros Nores.** 2005. *Lifetime Effects: The HighScope Perry Preschool Study through Age 40.* Monographs of the HighScope Educational Research Foundation, 14. Ypsilanti, MI: HighScope Press.

**Tamis-LeMonda, Catherine S., Marc H. Bornstein, and Lisa Baumwell.** 2001. "Maternal Responsiveness and Children's Achievement of Language Milestones." *Child Development* 72(3): 748–67.

**US Department of Health and Human Services, Administration for Children and Families.** 2005. *Head Start Impact Study: First Year Findings.* Washington, DC.

**US Department of Health and Human Services, Administration for Children and Families.** 2010. *Head Start Impact Study: Final Report.* Washington, DC.

**Weiland, Christina, and Hirokazu Yoshikawa.** Forthcoming. "Impacts of a Prekindergarten Program on Children's Mathematics, Language, Literacy, Executive Function, and Emotional Skills." *Child Development.*

**Wong, Vivian, Thomas D. Cook, W. Steven Barnett, and Kuanghee Jung.** 2008. "An Effectiveness-Based Evaluation of Five State Pre-Kindergarten Programs." *Journal of Policy Analysis and Management* 27(1): 122–54.

**Zhai, Fuhua , C. Cybele Raver, and Stephanie M. Jones.** 2012. "Academic Performance of Subsequent Schools and Impacts of Early Interventions: Evidence from a Randomized Controlled Trial in Head Start Settings." *Children and Youth Services Review* 34(5): 946–54.

**Zigler, Edward, and Penelope K. Trickett.** 1978. "IQ, Social Competence, and Evaluation of Early Childhood Intervention Programs." *American Psychologist* 33(9): 789–98.

OPRE | NORC at the University of Chicago




# 2019 NSECE Snapshot: Child Care Cost Burden for U.S. Households with Children Under Age 5

**OPRE Report #2022-05 |** January 2022 | By Erin Hardy and Ji Eun Park

Of the 15.3 million U.S. households with children under age 5 in 2019, nearly 60% used non-parental child care and early education (CCEE) regularly[1]. For many of these families, affordability of CCEE is a key consideration. One key indicator of affordability is a household's **child care and early education cost burden**--the percentage of income that parents pay as out-of-pocket costs for regular child care and early education.

Nationally representative data from the 2019 National Survey of Early Care and Education (NSECE) allow us to calculate child care and early education cost burdens for all households with children under age 13. A household's CCEE cost burden includes its total expenditures on regular child care and early education for all children in the household up to age 13. Cost burdens can be analyzed for households with different characteristics, like ages of children and income.

### KEY TERMS

**Regular Child Care and Early Education -** non-parental child care and early education (CCEE) occurring at least 5 hours/week.

**Individual Provider-** paid or unpaid individuals (e.g. relatives, friends, family child care providers) that provide CCEE to 1 or more children in a home-based setting.

**Organizational Provider -** a center or other organization (e.g. after-school program, church) that provides CCEE in a non-residential setting.

**Child Care and Early Education Cost Burden -** % of household income spent on regular CCEE for all children under age 13.

## Overview of the Data

This NSECE snapshot examines child care and early education cost burdens for households that used regular CCEE and had at least 1 child under age 5 (0 to 59 months). Cost burdens are compared across 4 income levels (below 100% of the federal poverty level (FPL), 100-200% FPL, 200-300% FPL, over 300% FPL). Cost burdens include ***all*** CCEE expenses of the household for any child under age 13 (not just those for children under age 5). For example, for a household with a 3- and a 6-year-old, the costs for both children were added to calculate CCEE cost burden.

In the exhibit below (see next page), child care and early education cost burdens are reported in 5 levels, ranging from the lowest level (≤0% cost burden, or "zero cost burden") where households had no out-of-pocket costs for CCEE, to the highest level (>20% cost burden) where households spent over 20% of annual income on CCEE. Within the lowest (zero) cost burden level, 2 subcategories are shown based on type of provider: zero cost burden households using only individual providers (e.g., relatives, friends, family child care providers), and zero cost burden households using at least one organizational (center-based or other organizational) provider (e.g., Head Start).

## Summary Findings

Overall, the data show that child care and early education cost burdens range substantially for households with different income levels. Also, while a majority of low-income households (below 100% FPL and 100-200% FPL) have no out-of-pocket CCEE costs, low-income households that do pay for CCEE experience widely varying cost burdens, with many spending over 10% of their incomes on CCEE. This variability signals that the factors driving households' CCEE costs may not be the same for all low-income households, which may be contributing to very different cost burden levels among economically insecure households with young children in the U.S.

[1]Source: National Survey of Early Care and Education (NSECE), 2019 Household Survey.

**Percentage of households that used regular child care and early education and had at least one child under age 5, in each cost burden level by household income level**

Source: 2019 NSECE Household Survey




## What do the data show?

- **Many households rely on no-cost child care and early education.**
  About half (48%) of all households with young children that used regular CCEE had no out-of-pocket costs (zero cost burden). Among households with zero cost burden, a majority (60%) used only individual providers compared with 40% using an organizational provider.

- **For households that do pay out-of-pocket for child care and early education, 26% incurred cost burdens over 10%.**
  14% of all households spent between 10-20% of their income on CCEE, and another 12% of all households spent over 20% of their income on CCEE.

- **While the distribution of cost burdens differs by income level, there are households in all income levels spending over 10% of their income on child care and early education.**
  Cost burdens greater than 10% are most prevalent for households in the 3 incomes groups above the poverty line (100-200% FPL, 200-300% FPL, and >300% FPL), affecting at least 25% of households in each of these groups.

- **Households below the poverty line (<100% FPL) are the most likely to have no out-of-pocket CCEE expenses, and also face high cost burdens when paying for CCEE.**
  While 73% of households under 100% FPL had no out-of-pocket costs, another 18% of households below the poverty line incurred cost burdens in excess of 10%.

- **Households with incomes just above the poverty line (100-200% FPL) are the most likely to face cost burdens over 20%.**
  17% of households with incomes 100-200% of FPL spent over 20% of their income on CCEE, compared to 11% of households in the other 3 income groups (above and below the poverty line).

- **When using no-cost CCEE, households below the poverty line (<100% FPL) are more likely to use an organizational provider than those just above the poverty line (100-200% FPL).**
  Among households with zero cost burden, 33% of households under 100% FPL used an organizational provider compared with 22% of households with incomes between 100-200% FPL.

**About the NSECE:** https://www.acf.hhs.gov/opre/project/national-survey-early-care-and-education-2019-2017-2022. **Project Director:** A. Rupa Datta.
**Suggested Citation:** National Survey of Early Care and Education Project Team (2022): Erin Hardy, Ji Eun Park. 2019 NSECE Snapshot: Child Care Cost Burden in U.S. Households with Children Under Age 5. OPRE Report No. 2022-05, Washington DC: Office of Planning, Research and Evaluation (OPRE), Administration for Children and Families (ACF), U.S. Department of Health and Human Services (HHS).
**Disclaimer:** The views expressed in this publication do not necessarily reflect the views or policies of OPRE, ACF, or HHS.

AAP Journals BLOG

# Are Young Children Really Sick All The Time?

May 24, 2018

You've probably heard it before, "My child's sick all of the time!" A quick review of your patient's medical record confirms quite a few visits over the last 12 months for nasal congestion, cough, and the occasional fever. But at what frequency should a pediatric provider expect a child to be sick? And what puts a child at risk for more of the common pediatric infections?

John Morrison, MD, PhD, Editorial Fellow, Pediatrics

**Content License:** FreeView

**Article type:** Pediatrics Blog

---



You've probably heard it before, "My child's sick all of the time!" A quick review of your patient's medical record confirms quite a few visits over the last 12 months for nasal congestion, cough, and the occasional fever. But at what frequency should a pediatric provider expect a child to be sick? And what puts a child at risk for more of the common pediatric infections? Previous studies investigating the frequency of uncomplicated infections suggest we should expect children to be sick on average a few months of the year. But these studies have lacked reproducibility and focused on only a few risk factors. In this month's *Pediatrics*, Nadja *et. al.* (10.1542/peds.2017-0933) studied the infection burden among a longitudinal birth cohort of 334 children in the Copenhagen Prospective Study on Asthma in Childhood 2000 (COPSAC2000) from birth until 3 years of age. Study authors focused on simple infections of the upper respiratory tract (e.g. common cold and tonsillitis), lower respiratory tract (i.e. pneumonia and bronchiolitis), gastrointestinal tract, and isolated fever. Information regarding 84 environmental and constitutional risk factors were then used to calculate Incidence Rate Ratios (IRR) for these simple infections.

Approximately 5,000 infections were reported among the children in this cohort with respiratory tract infections accounting for 71% of the cases. This equated to a median incidence of 14 infections per child (IQR 10-18) with each infection lasting approximately 6 days (IQR 3-8). Put differently, study authors reported a median of 94 days with infection (IQR 64-132) during the first three years of life. With numbers like these, it very well may feel as though children are sick all of the time! The good news: both the number and duration of illnesses decrease as children get older, and may be the glimpse of hope a parent needs! However, providing guidance on how to best reduce a child's risk for infection is not as straightforward. Among the 84 risk factors assessed in this study, only eight factors were found to be significant. The number of children in day care (adjusted IRR 1.09) was associated with a modest increase in risk for any simple infection whereas daycares with less crowding (i.e. fewer children per square meter) were somewhat

protective against any simple infection (aIRR 0.96). The remaining six factors were associated with the risk for lower respiratory tract infections alone and included Caesarean delivery (aIRR 1.49), maternal smoking during pregnancy (aIRR 1.66), and the presence of other children in the house (aIRR 1.54). Nadja *et. al.* concluded that, while the few factors identified among the 84 studied likely contribute to a child's risk for simple infections, individual host factors are likely bigger contributors to a child's susceptibility to infection in early childhood. Check out this month's *Pediatrics* for the full list of factors studied in this article and bolster your ability to counsel families experiencing frequent infections!


- Completion Rate and Safety of Tuberculosis Infection Treatment With Shorter Regimens
- Rhinovirus in Febrile Infants and Risk of Bacterial Infection
- Facebook
- Instagram


Copyright © 2018 American Academy of Pediatrics



RESEARCH REPORT

# Absenteeism in DC Public Schools Early Education Program

## An Update for School Year 2013–14

*Lisa Dubay* *Nikhil Holla*

Prepared for the DC Public Schools' Early Childhood Education Division

*January 2015*

URBAN INSTITUTE · ELEVATE · THE · DEBATE

URBAN INSTITUTE

## ABOUTTHE URBAN INSTITUTE

The nonprofit Urban Institute is dedicated to elevating the debate on social and economic policy. For nearly five decades, Urban scholars have conducted research and offered evidence-based solutions that improve lives and strengthen communities across a rapidly urbanizing world. Their objective research helps expand opportunities for all, reduce hardship among the most vulnerable, and strengthen the effectiveness of the public sector.

Copyright © January 2015. Urban Institute. Permission is granted for reproduction of this file, with attribution to the Urban Institute. Cover image from Shutterstock.

# Contents


| | |
|---|---|
| Acknowledgments | iv |
| Executive Summary | v |
| Section I. Background | 1 |
| Section II. Attendance Patterns in DCPS Head Start Programs | 4 |
| Section III. School Interventions on Attendance Issues | 13 |
| Section IV. Conclusions | 16 |
| Tables 1–7 | 19 |
| Appendixes A–H | 23 |
| Notes | 31 |
| References | 32 |
| About the Authors | 33 |

# Acknowledgments

We would like to thank Danielle Ewen and Megan Siebert of the Early Childhood Education Division (ECED) for providing guidance on this research. We would also like to acknowledge Gina Adams, Michael Katz and Martha Johnson who commented on previous versions of this paper. Finally, we are grateful to Hedy Chang who provided us with a critical review of a previous draft of this paper.

The Urban Institute strives for the highest standards of integrity and quality in its research, analyses, and policy recommendations. Urban scholars believe that independence, rigor, and transparency are essential to upholding those standards. Funders do not determine research findings or influence scholars' conclusions. As an organization, the Urban Institute does not take positions on issues. Urban scholars and experts are independent and empowered to share their evidence-based views and recommendations shaped by research.

The views expressed are those of the authors and should not be attributed to the Urban Institute, its trustees, or its funders.

# Executive Summary

Enrollment in early childhood education programs can be an important stepping stone to higher educational achievement, particularly for low-income children. However, children cannot succeed in these programs unless they are present. This report examines the extent of absenteeism in the District of Columbia Public Schools' (DCPS) early education program in Title I schools in the 2013–14 school year (SY). This program is a Head Start School-Wide Model (HSSWM), which combines local funding for pre-kindergarten with Head Start dollars. Key findings include the following:

- DCPS Head Start students were absent for 8 percent of school days, on average, which implies an in-seat attendance rate of 92 percent.
- Forty-four percent of DCPS Head Start students had satisfactory attendance (missing 5 percent or less of enrolled days), 29 percent were at risk for absence problems (missing more than 5 percent and less than 10 percent of enrolled days), 20 percent were chronically absent (missing 10 percent or more but less than 20 percent of enrolled days), and 7 percent were severely chronically absent (missing 20 percent or more of enrolled days).
- Absence rates and the share of students with satisfactory attendance improved between SY 2012–13 and SY 2013–14. Rates of absences declined from 9 percent to 8 percent, and the share of students with satisfactory attendance increased from 36 percent to 44 percent between the two years.
- Attendance patterns varied by students' characteristics. Black children, children who speak English at home, children with disabilities, homeless children, children enrolled in Temporary Assistance for Needy Families, and children attending schools in Wards 1, 5, and 7 had worse attendance across each of the different measures.
- Among students enrolled for the whole year, attendance was lowest on Mondays and Fridays, with 8 and 9 percent of children being absent on average, respectively. Among these students, absence rates increased month by month until January, when 10 percent of students were absent, then dropped in February to 7 percent, rising again to 10 percent by June. Absence rates were also high before and after vacations and snow days and on half-days of school.
- Students who were chronically absent in the previous school year or who were chronically absent in the first month were very likely to be chronically absent for the whole year. However,

a majority of students who ended the year as chronically absent began the year with satisfactory or at-risk attendance.

- Only 30 percent of students were identified as having absence problems and had actions taken to improve attendance despite the fact that 56 percent of students were at risk for or had chronic absence problems. Six percent of students were referred to case management for absence-related issues.
- The share of students who were identified as having attendance issues, who had attendance actions taken, or whose attendance problem was escalated to case management increased each year between SY 2011–12 and SY 2013–14.

# Section I. Background

The Early Childhood Education Division (ECED) in the District of Columbia Public Schools (DCPS) has identified school attendance patterns and absenteeism as areas needing improvement in order to meet school readiness goals. This focus is consistent with the overall goal, outlined in the DCPS Capital Commitment Strategic Plan for 2017, of increasing investments that will improve in-seat attendance and reduce tardiness and truancy throughout the school system. Children are not required to enroll in either preschool or prekindergarten in DC, and admission to seats is available through a lottery or through direct application after lottery is complete. Unlike school attendance for children ages 5 through 17, attendance for children ages 3 and 4 is not required by law, making attendance issues more challenging for early education programs. In the past two years, ECED has devoted increased attention to absenteeism and has changed policies regarding absenteeism in DCPS's early education programs. This report focuses prekindergarten programs in Title I schools which operate as a Head Start School-Wide Model (HSSWM).

Most studies of early absenteeism focus on kindergarten through third grade. This literature consistently shows that students who are chronically absent in one year are at greater risk for being chronically absent in the next and subsequent years (Chang and Romero 2008). A recent study in Baltimore suggests that attendance patterns that appear in the first month of school generally predict yearlong attendance patterns, offering an early window to identify and help students and families before absenteeism becomes chronic (Olson 2014). Moreover, research from Santa Clara and San Mateo Counties in California found that absenteeism is negatively associated with children's school success and that by the third grade chronic absenteeism can substantially reduce academic advantages children bring to kindergarten. Furthermore, chronic absenteeism creates challenges for all children in classrooms as teachers devote more resources to helping meet the learning needs of those children who missed school (Applied Survey Research 2011; Gottfried 2011).

BOX 1

**An Overview of the Early Childhood Program in District of Columbia Public Schools**

In 2008, the District of Columbia passed the Pre-K Act, mandating universal prekindergarten for 3- and 4-year-olds. The implementation of the act allowed District of Columbia Public Schools to become both the largest single provider of services for 3- and 4-year-old children and of Head Start–eligible children in the District of Columbia. The school district accomplishes this mission through the Head Start School-Wide Model (HSSWM), which combines local funding through the Uniform per Student Funding Formula with Head Start dollars to serve nearly 5,000 children each day in their neighborhood schools. Every child in HSSWM receives the full range of services that meet Head Start standards, including screening and diagnostic assessment, high-quality early childhood classroom settings for the full school day and school year, and access to family support services.

Recent studies have examined absenteeism in preschool and prekindergarten settings in a few large cities. In general, children in pre-kindergarten programs show higher rates of chronic absenteeism than children in kindergarten and elementary school. Chronic absenteeism rates were 26.5 percent in Baltimore in school year (SY) 2010–11, 45 percent for 3-year-olds and 36 percent for 4-year-olds in Chicago in SY 2011–12; 33 percent for children enrolled in DCPS Head Start programs in SY 2011–12, and close to 50 percent in New York City in SY 2012–13 (Balfanz and Byrnes 2013; Connolly and Olson 2012; Dubay et al. 2013; Ehrlich et al. 2014).1 Research conducted in the Chicago Public Schools indicates that the deleterious effects of absenteeism on achievement found in later grades also occur in prekindergarten. The Chicago study found that the more days a 4-year-old child misses in prekindergarten, the lower his or her scores are on the math, letter recognition, and socioemotional portions of the Chicago Public School’s kindergarten readiness tool, controlling for scores at the beginning of the year. Moreover, in Chicago, students with the lowest incoming skills miss the most days of school, and students with low incoming skills are those for whom attendance matters the most for achievement gains (Ehrlich et al. 2014).

The causes of absenteeism and attendance problems are complex and such include factors as characteristics of individual children and their families, the policies and practices of the schools and programs in which they are enrolled, and the broader community. Research commonly points to the following issues as potentially leading any child to miss school: poor health of the child or a parent, special needs of the child, language barriers, cultural norms and parental perspectives on the “costs” of

missing school for younger children, unstable housing, family instability, transportation challenges, inadequate food and clothing, the culture and quality of schools, and the lack of safe neighborhoods and pathways to get to school (Chang and Romero 2008; Applied Survey Research 2011).

Some of these factors, such as health status, are likely to play a consistent role over the course of a child's life. The significance of other factors will often depend on the child's age: family context may play a larger role in attendance for younger children, but the child's own characteristics and perspectives might take on a more important role as the child moves into later grades. In addition, the fact that attendance in early childhood education programs is voluntary likely affects attendance rates. Parental views and choices are shaped by program policies, practices, and communicated expectations. For example, if parents view the program principally as child care rather than early education for their children, they may not follow a routine of sending their children to school every day. Evidence of these contributors to school attendance problems come from many school districts, and these issues were also identified as critical factors affecting attendance in the DCPS Head Start program from qualitative interviews conducted with ECED family services staff (Katz, Adams, and Johnson 2015).

In recognition of the importance of attendance to school success at every stage, ECED included improvements in attendance as one of its key school readiness goals. DCPS contracted with the Urban Institute to examine DCPS STARS and ChildPlus data to identify patterns of absenteeism across DCPS's Title I school-based Head Start programs. This information will be used to inform DCPS's efforts to reduce absenteeism in early childhood programs and to achieve its school readiness goals. This report documents the prevalence and patterns of absenteeism in the DCPS early childhood education programs and identifies how these patterns vary across students, families, and schools. This report focuses on patterns of attendance and absenteeism for SY 2013–14 and contrasts this year with the two previous school years to ascertain whether attendance has improved.

# Section II. Attendance Patterns in DCPS Head Start Programs

Various measures are available to gauge the extent of attendance problems for individual students and school systems. This report focuses on two main measures of absenteeism: the share of school days that students are absent for any reason and the share of students who have satisfactory attendance, have at-risk attendance, are chronically absent, and are severely chronically absent.

The share of school days absent is constructed by dividing the number of school days absent for any reason by the number of school days each child is enrolled. The share of school days absent is a broad measure of attendance that takes into consideration that even excused absences such as those due to illness or medical appointments take a toll on learning and achievement. It is a more encompassing measure than the share of enrolled days with unexcused absences, also referred to as truancy, because it measures the lack of in-seat attendance. The extent to which absences are unexcused rather than excused and authorized is also presented. Although the share of school days absent is a widely used measure, it can mask the extent to which students are at risk for attendance problems by presenting an average rather than the distribution of the share of school days absent across students (Chang and Romero 2008). For this reason, a second measure is examined that categorizes students as having satisfactory attendance if they miss 5 percent or less of enrolled days, at risk for absence problems if they miss more than 5 but less than 10 percent of enrolled days, chronically absent if they miss 10 percent or more but less than 20 percent of enrolled days, and severely chronically absent if they miss 20 percent or more of enrolled days.

Both descriptive and multivariate analyses were conducted. Multivariate controls included race of the child, whether the child has disabilities, reason for eligibility for Head Start, whether the child lives with his or her parents, whether the child attends an out-of-boundary school, and the ward in which the school is located.2 Appendix A contains more detailed information on the data sources and methods used in the report.

## Key Attendance Measures

Students were absent for 8 percent of school days during SY 2013–14 (figure 1). Both the descriptive and multivariate results indicate this rate of absence was an improvement from the two previous school

years, when students were absent for 9 percent of all school days (table 1). Unexcused absences accounted for about half of all absences at 4.5 percent of school days during SY 2013–14. This rate is an improvement from the previous year's rate of unexcused absences of 5.2 percent, but it is not statistically different from the rate for SY 2011–12.

FIGURE 1

**Percent of School Days Absent, SY 2011–12 to SY 2013–14**




**Source:** Urban Institute analysis of DCPS STARS and ChildPlus data (2014).

During SY 2013–14, 44 percent of the students had satisfactory attendance, 29 percent were at risk for attendance problems, 20 percent had chronic attendance problems, and 7 percent had severe chronic attendance problems (figure 2). There were significant improvements from the previous years, with an increase in the share of students with satisfactory attendance of 8 percentage points, reductions of 3 percentage points in the share of students at risk or with chronic absences, and a reduction of 2 percentage points in the share of students with severe chronic absences since SY 2012–13 (table 2).

FIGURE 2

**Percent of Students by Attendance Category, SY 2011–12 to SY 2013–14**




**Source:** Urban Institute analysis of DCPS STARS and ChildPlus data (2014).

# Patterns of Attendance

Understanding patterns of absenteeism provides an opportunity to develop targeted awareness efforts, messages, or interventions. Attendance patterns were examined by characteristics of students and schools, seasonal patterns, and predictive patterns (attendance in the previous year and in the first month of school).

## Patterns by Characteristics of Students and Schools

Each of the three measures of attendance varied systematically across characteristics of the student and the school's ward (tables 3 and 4). In general, black students missed more days of school and were less likely to have satisfactory attendance than white students. Children who did not speak English at home missed a smaller share of days enrolled and were more likely to have satisfactory attendance compared to their English-speaking peers. Children with either autism or a developmental delay had significantly higher total rates of absence and were less likely to have satisfactory attendance than children without any special needs. However, their rates of unexcused absences were not different than

the rates for nondisabled students. This inconsistency may be due to excused medical absences largely contributing to the disabled children's absentee rate.

Attendance also varied based on children's eligibility for Head Start.3 Homeless children had the highest share of missed days of school and were the least likely to have satisfactory attendance, followed closely by children enrolled in Temporary Assistance for Needy Families (TANF). Children eligible due to their enrollment in Head Start last year had the highest levels of attendance. Descriptively, children who attended out-of-boundary schools missed a greater share of enrolled days and were less likely to have satisfactory attendance; however, these differences disappeared with multivariate controls.

The severity of absenteeism problems also varied by ward: children attending schools in Wards 1, 5, and 7 all had significantly higher rates of absence than children in Ward 4, with the greatest difference being for students in Ward 7 schools. These same wards were also less likely to have satisfactory attendance. These differences across wards remained large but were diminished when multivariate controls were employed. This finding suggests that the characteristics of children enrolled in schools vary substantially across wards, as can be seen clearly in appendix A.

## Seasonal Patterns of Attendance

The share of children absent on a given day was examined over the course of the school year, by day of the week, and by month of the year for children who were enrolled for the entire school year. Overall the share of enrolled children absent varied considerably over the school year (figure 3). Very high rates of absence occurred on the day after Halloween, which was also a half-day of school; the Tuesday and Wednesday before Thanksgiving; before and after snow days; the day before long weekends and holiday breaks; toward the end of the school year; and for reasons that are not obvious based on the school calendar.

FIGURE 3

**Percent of Students Absent Each Day, Students Enrolled for Full SY 2013–14**




**Source:** Urban Institute analysis of DCPS STARS and ChildPlus data (2014).

Although the overall pattern seems somewhat random over the course of the year, systematic patterns were observed across days and months. Between 6 and 7 percent of students were absent on Tuesdays, Wednesdays, and Thursdays; 8 percent were absent on Mondays; and 9 percent were absent on Fridays (figure 4 and appendix C). The share of students absent increased each month from September (5 percent) to January (10 percent), dropped to between 7 and 8 percent in February through May, and then increased again to 10 percent in June (figure 5 and appendix E). These patterns are very similar to those found in the Chicago Public Schools; the higher rates of absence in the middle of the year may be related to the emergence of cold weather (Ehrlich et al. 2014). The latter finding suggests that consistent messages about attendance are likely important over the first half of the year and not only in the first month. Similarly, messages regarding the importance of the last days of school are probably warranted.

FIGURE 4

**Percent of Students Absent by Day of the Week, Students Enrolled for Full SY 2013–14**




**Source:** Urban Institute analysis of DCPS STARS and ChildPlus data (2014).

## Predictive Patterns of Attendance

An extensive body of research indicates that attendance patterns in one year are predictive of those in subsequent years. Other research suggests that patterns of attendance in the first month of school are predictive of yearlong attendance patterns. Understanding how these patterns play out in the DCPS Head Start program offers the possibility of targeting interventions to returning students who had attendance problems in the previous year and to students who have attendance problems in the first month of school. We conducted two analyses to better understand what these patterns look like in the DCPS Head Start programs.

FIGURE 5

**Percent of Students Absent Each Month, Students Enrolled for Full SY 2013–14**




**Source:** Urban Institute analysis of DCPS STARS and ChildPlus data (2014).

First, attendance patterns for children who were enrolled in DCPS Head Start programs at the same school in both SY 2012–13 and SY 2013–14 were examined to assess whether the earlier year patterns were predictive of the later year patterns (figure 6 and table 5). These children were in classrooms for 3-year-olds in the first year and for 4-year-olds in the second year. Almost 80 percent of students who had satisfactory attendance in SY 2012–13 had satisfactory attendance in SY 2013–14, with 16 percent becoming at risk for attendance problems, and 4 percent becoming chronically or severely absent. There were important improvements over time for some students who did not have satisfactory attendance in the first year. Forty-two percent of students who were at risk for attendance problems in SY 2012–13 had satisfactory attendance in SY 2013–14, 44 percent remained at risk, and 14 percent became chronically or severely chronically absent. Forty-one percent of students who were chronically absent in SY 2012–13 remained so in SY 2013–14, and 7 percent became severely chronically absent. There were improvements for this group of students as well, with 17 percent having satisfactory and 35 percent having at-risk attendance. Although there were some improvements in attendance for students who were severely chronically absent in SY 2012–13, the majority remained either chronically absent (37 percent) or severely chronically absent (43 percent). These data suggest that overall attendance improves as students and families have more experience with school but that

students with attendance problems in prior years will continue to have problems in subsequent years. A better understanding of the reasons why these students are chronically absent is needed in order to develop appropriate interventions. However, these children could be easily identified by examining prior year attendance records if necessary data systems are in place.

FIGURE 6

**Percent of Students by Attendance Category Students Enrolled in Both SY 2012–13 and SY 2013–14: SY 2012–13 versus SY 2013–14**




**Source:** Urban Institute analysis of DCPS STARS and ChildPlus data (2014).

For the second analysis, attendance patterns in the first month of school were compared to school year attendance rates for students who were enrolled for the first 21 school days of SY 2013–14. Among those who had satisfactory attendance in the first month of school, 54 percent had satisfactory attendance for the full year, 30 percent became at risk for attendance problems over the course of the year, 14 percent had chronic attendance problems, and 3 percent were severely chronically absent (figure 7 and table 6). Students who were at risk for having attendance problems in the first month were at much greater risk for becoming chronically (36 percent) or severely chronically (11 percent) absent than those students who had satisfactory attendance in the first month. The majority of students who were chronically absent in the first month of school remained chronically absent (44 percent) or became severely chronically absent (18 percent). However, some of these students improved their attendance

over the course of the school year; almost a third moved to the at-risk category for the full year. Among students who were severely chronically absent in the first month, few moved to the satisfactory or at-risk category (14 percent); a large share (42 percent) were chronically absent for the full year; and 45 percent remained severely chronically absent.

FIGURE 7

**Percent of Students by Attendance Category, First Month of School versus Full SY 2013–14**




**Source:** Urban Institute analysis of DCPS STARS and ChildPlus data (2014).

These findings suggest that children who exhibit chronic or severely chronic absence rates in the first month of school should be targeted for interventions. At the same time, less than 10 percent of children who were enrolled for the first month of school start the school year with chronic or severely chronic absence rates, and yet 25 percent of these students are in these categories by the end of the year. Fifty-two percent of the children who ended the school year as chronically or severely chronically absent began the school year with satisfactory attendance, and 21 percent started off at risk for problems (appendix E). Understanding what happens over the course of the school year for these children and what interventions are effective at improving their attendance will be critical for crafting policies to reduce overall chronic and severely chronic attendance rates.

# Section III. School Interventions on Attendance Issues

DCPS tracks attendance over time and has set protocols designed to identify and remedy attendance problems early on by engaging family services staff from ECED. After three absences during the course of the year, school staff are required to refer the family to the ECED family services team for additional engagement on attendance. Family engagement by the family services team is then tracked in the ChildPlus system. ChildPlus family service data contain information on which students were identified for family engagement after missing three days of school; what actions (such as phone calls to a parent or guardian, home visits, or meetings with the teacher or principal) were taken by members of the family services team to address attendance problems; and which students were referred to a case management specialist (CMS) due to attendance issues.

Figure 8 shows the share of students for whom an attendance issue was raised, who had an action taken regarding their attendance, or who were referred to a CMS for attendance issues. Thirty-one percent of students were flagged for family engagement after having missed three days of school over the school year. Thirty percent of all students had an action taken regarding attendance, meaning that almost all students initially identified were contacted. Attendance issues were escalated to a case manager for only 6 percent of the total student population.

FIGURE 8

**Percent of Students with Attendance Interventions, SY 2011–12 to SY 2013–14**




**Source:** Urban Institute analysis of DCPS STARS and ChildPlus data (2014).

These patterns varied by students' attendance characteristics. Eleven percent of students with satisfactory attendance had an attendance issue raised compared to 33 percent for students with at-risk attendance, 57 percent for students with chronic attendance problems, and 80 percent of students with severely chronic attendance problems (figure 9). Similar patterns were exhibited for having an action taken regarding their attendance or being referred to a CMS for attendance problems.

FIGURE 9

**Percent of Students with Interventions by Attendance Category, SY 2013–14**




**Source:** Urban Institute analysis of DCPS STARS and ChildPlus data (2014).

Over the past two school years, the Head Start program has identified more students with attendance problems; students identified for family engagement increased from 17 percent in SY 2011–12 to 31 percent in SY 2013–14 (appendix F). In addition, more students had actions taken regarding attendance and were referred to case management services. this increase in identification of students having attendance problems is likely due to a change in policy. In SY 2011–12, students were identified for family engagement only if they missed three consecutive days of school. Beginning in SY 2012–13, students were identified after they missed any three days of school over the course of the year. Despite the improvement in identification for engagement, many students with absence problems were not reached. Although 31 percent of students were identified as having an attendance problem, 80 percent missed three days or more of school and 54 percent of students had attendance that was not

considered satisfactory, which suggests that a large share of students with attendance problems are being missed.

The patterns of family engagement and interventions varied across wards within DCPS (table 7). Students in Wards 2 and 6 were significantly less likely to have attendance issues raised compared to students in Ward 4, a difference of 16 and 10 percentage points, respectively. In addition, students in Ward 2 were 16 percentage points less likely to have an additional action taken regarding attendance, and students in Ward 6 were 9 percentage points less likely to have an action taken. Finally, students in Ward 2 were 4 percentage points less likely to have their case escalated to a case manager.

# Section IV. Conclusions

Absence rates in DCPS's Head Start program remained high in SY 2013–14. Students missed an average of 8 percent of school days, only 44 percent of students had what is considered to be satisfactory attendance (missing 5 percent or less of the days they were enrolled), and 27 percent of students were chronically or severely chronically absent during the school year (missing 10 percent or more of the days they were enrolled). The good news is that over the past two years there have been improvements in attendance. The share of school days that students were absent fell from 9 percent in SY 2011–12 and SY 2012–13 to 8 percent in SY 2013–14, and the share of students with satisfactory attendance increased from 38 to 44 percent.

There was also an increase in family engagement around attendance issues by family services teams in the past two years. This increase was principally due to the policy change that flagged children as having an attendance problem when they missed any three days of school rather than after three consecutive days of missing school. This additional investment in family engagement has likely contributed to the increase in attendance. Identifying the unique role that this policy change has had on attendance is challenging, however, because other attendance initiatives across schools and within specific schools were occurring simultaneously. In addition, some schools were closed over the course of the three years examined in this report. What seems clear is that attendance in DCPS Head Start programs is improving over time, and overall efforts by ECED are likely driving this change.

Despite the overall improvement in attendance, systematic patterns appeared to persist. Black students, students whose parents speak English at home, students who were enrolled in TANF, and students who were homeless had much worse attendance than other students. In addition, the extent of attendance problems varied across wards. This variation is due in part to the varied composition of the students across wards, but large disparities remain even after accounting for compositional differences.

This report identifies additional patterns of absenteeism that had not been examined previously in DCPS Head Start programs. In particular, students were more likely to miss school on Mondays and Fridays, on days before holidays, on half-days of school, before and after snow days, and in January and June. Consistent with other research, returning students who were chronically or severely absent in the past year were likely to continue the same patterns in their second year. Targeting these students for intervention early in the school year may ameliorate barriers to attendance. The ability of the Head Start program to accomplish such targeted interventions will depend on access to attendance data from previous years, which qualitative research suggests is challenging (Katz, Adams, and Johnson 2015).

Patterns of attendance in the first month of school were less predictive of full-year attendance. Almost three-quarters of the students who were chronically or severely absent over the course of the year began the year with satisfactory or at-risk attendance in the first month. An understanding of what changed for these students over time is needed to craft appropriate policies to improve their attendance.

A critical disconnect remains between the level of absence problems seen across the city and the identification of problems for intervention. During SY 2013–14, 31 percent of students were identified for family engagement due to an absence problem. However, 56 percent of students had attendance that was not considered satisfactory and 80 percent missed three or more days of school, suggesting that more students should have been flagged for engagement. At the same time, the qualitative evidence collected as part of this project indicated that the change in policy produced a huge jump in caseload for family service teams that they had challenges managing (Katz, Adams, and Johnson 2015). Given these two competing demands, it would be useful to assess which interventions are most effective at improving attendance and whether interventions have similar effects for students at risk for problems as for students who are chronically and severely chronically absent.

As ECED considers how to further address its attendance problems it must recognize that the causes of chronic absence are complex and that solutions will require a multidisciplinary and multi-sectorial approach. The qualitative case studies conducted as a companion piece to this report indicate that family service team members have a clear understanding that multiple factors affect attendance at the child and family level, the school and school district level, and the community level. Due to the complex etiology of school absenteeism, efforts to reduce it will require a combination of prevention and intervention strategies that will require family and community engagement activities and partnerships between families, schools, and community and government organizations (Sheldon and Epstein 2004).

A menu of options to further improve attendance was outlined in the qualitative companion to this report. These options include helping parents understand the importance of prekindergarten and early education, attendance, and keeping track of attendance; attendance-related activities focused on parents and children; working to address common causes of absenteeism; addressing barriers that can cause absenteeism for families facing larger challenges; and creating effective internal processes for support structures, including data analytic capacities.4 To effectively choose between these options, a greater understanding of the reasons driving attendance problems for individual students and for specific groups of students in DCPS's Head Start programs will be necessary. Given that little research

on what works to improve attendance for prekindergarten programs exists, efforts to evaluate any strategies that are chosen are warranted and would prove useful to other school districts.

# Tables 1–7

TABLE 1

## Percent of School Days Absent, SY 2011–12 through SY 2013–14

| Rates of absence | SY 2011–12 | SY 2012–13 | SY 2013–14 |
|---|---|---|---|
| **Total (unexcused and excused) absences (%)** | **8.7** | **8.8** | **7.9** |
| Difference from SY 2013–14, unadjusted (percentage points) | −0.7*** | −0.9*** | |
| Difference from SY 2013–14, adjusted(percentage points) | −0.6*** | −0.8*** | |
| **Unexcused absences (%)** | **4.5** | **5.2** | **4.5** |
| Difference from SY 2013–14, unadjusted (percentage points) | 0.0 | −0.7*** | |
| Difference from SY 2013–14, adjusted (percentage points) | 0.1 | −0.7*** | |

**Source:** Urban Institute analysis of DCPS STARS and ChildPlus data (2014).
**Note:** Adjusted differences are based on a regression that included race, language spoken at home, disability, whether the child lived with his or her parents, and out-of-boundary status. Eligibility and school were not controlled for within this regression. difference significant at the .01 level. No differences were significant at the .10 (*) and .05 (**) levels.

TABLE 2

## Percent of Students by Attendance Category, SY 2011–12 through SY 2013–14

| Attendance category | SY 2011–12 | SY 2012–13 | SY 2013–14 |
|---|---|---|---|
| **Satisfactory** | | | |
| Percent of students | 38.0% | 36.1% | 43.7% |
| Difference from SY 2013–2014, unadjusted (percentage points) | 5.7*** | 7.6*** | |
| Difference from SY 2013–2014, adjusted(percentage points) | 5.1*** | 7.4*** | |
| **At risk** | | | |
| Percentage of students | 30.7% | 31.9% | 29.1% |
| Difference from SY 2013–2014, unadjusted (percentage points) | −1.6* | −2.7*** | |
| Difference from SY 2013–2014, adjusted (percentage points) | −1.6* | −2.6*** | |
| **Chronic** | | | |
| Percent of students | 23.1% | 23.4% | 20.1% |
| Difference from SY 2013–2014, unadjusted (percentage points) | −3.0*** | −3.3*** | |
| Difference from SY 2013–2014, adjusted (percentage points) | −2.7*** | −3.3*** | |
| **Severe** | | | |
| Percent of students | 8.1% | 8.7% | 7.1% |
| Difference from SY 2013–2014, unadjusted (percentage points) | −1.0** | −1.6*** | |
| Difference from SY 2013–2014, adjusted (percentage points) | −0.7 | −1.5*** | |

**Source:** Urban Institute analysis of DCPS STARS and ChildPlus data (2014).
**Note:** Adjusted differences are based on a regression that included race, language spoken at home, disability, whether the child lived with his or her parents, and out-of-boundary status. Eligibility and school were not controlled for within this regression.
* difference significant at the .10 level; ** at the .05 level; *** at the .01 level.

TABLE 3

**Percentage of School Days Absent by Demographics, SY 2013–14**

| | Rate of absences (%) | Difference from Base Group (% points) | | Rate of unexcused absences (%) | Difference from Base Group (% points) | |
|---|---|---|---|---|---|---|
| | | Unadjusted | Adjusted | | Unadjusted | Adjusted |
| **Total** | **7.9** | | | **4.5** | | |
| **Race** | | | | | | |
| Black | 8.8 | | | 5.1 | | |
| White | 3.8 | −5.0*** | −3.3*** | 1.8 | −3.3*** | −2.0*** |
| Hispanic | 6.4 | −2.4*** | −0.4 | 3.2 | −1.9*** | −0.4 |
| Other | 6.6 | −2.2*** | −0.4 | 3.0 | −2.1*** | −0.6* |
| **Language spoken at home** | | | | | | |
| English | 8.4 | | | 4.8 | | |
| Language other than English | 6.1 | −2.3*** | −0.9** | 2.9 | −1.9*** | −0.8*** |
| Missing | 2.9 | −5.5*** | −3.5*** | 1.5 | −3.4*** | −1.8*** |
| **Disability** | | | | | | |
| Not disabled | 7.8 | | | 4.5 | | |
| Autism | 10.0 | 2.2** | 2.3** | 5.1 | 0.6 | 0.8 |
| Developmental delay | 8.9 | 1.1*** | 0.8** | 4.9 | 0.4 | 0.4 |
| Speech or language impairment | 6.9 | −0.9* | −1.3*** | 3.5 | −0.9*** | −1.2*** |
| Other | 12.6 | 4.8*** | 4.9*** | 5.4 | 1.0 | 1.3 |
| **Eligibility** | | | | | | |
| Not eligible | 6.9 | | | 3.7 | | |
| Homeless | 12.3 | 5.4*** | 4.6*** | 7.4 | 3.7*** | 3.1*** |
| Head Start last year | 5.9 | −1.1*** | −1.2*** | 3.1 | −0.6*** | −0.6*** |
| TANF | 9.5 | 2.6*** | 2.1*** | 5.6 | 1.9*** | 1.3*** |
| **Living with status** | | | | | | |
| With parents | 8.0 | | | 4.5 | | |
| Not with parents | 9.0 | 1.0 | 0.7 | 5.1 | 0.6 | 0.3 |
| Missing | 7.4 | −0.5* | −0.4 | 4.1 | −0.4* | −0.2 |
| **Out-of-boundary status** | | | | | | |
| In bound | 7.4 | | | 4.1 | | |
| Out of bound | 8.0 | 0.6*** | 0.2 | 4.5 | 0.4** | 0.2 |
| Missing | 13.8 | 6.4*** | 6.5*** | 9.4 | 5.3*** | 5.3*** |
| **Ward** | | | | | | |
| 1 | 7.1 | 0.8** | 0.9*** | 4.0 | 0.6** | 0.7*** |
| 2 | 6.8 | 0.4 | 0.5 | 2.6 | −0.8*** | −0.8*** |
| 4 | 6.3 | | | 3.4 | | |
| 5 | 9.3 | 2.9*** | 1.5*** | 5.0 | 1.6*** | 0.5 |
| 6 | 7.1 | 0.8** | 0.1 | 3.7 | 0.2 | −0.4* |
| 7 | 9.9 | 3.6*** | 1.8*** | 5.9 | 2.4*** | 1.1*** |
| 8 | 8.0 | 1.7*** | −0.4 | 5.1 | 1.6*** | 0.1 |

**Source:** Urban Institute analysis of DCPS STARS and ChildPlus data (2014).

**Note:** Adjusted differences are based on a regression that included race, language spoken at home, disability, eligibility, whether the child lived with his or her parents, and out-of-boundary status.

* difference significant at the .10 level; ** at the .05 level; *** at the .01 level.

TABLE 4

## Percentage of Students with Satisfactory, At-Risk, Chronic, and Severe Rates of Absenteeism, SY 2013–14

| | SATISFACTORY | | | AT RISK | | | CHRONIC | | | SEVERE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Share of students | Difference from Base Group (% pts) Unadjusted | Adjusted | Share of students | Difference from Base Group (% pts) Unadjusted | Adjusted | Share of students | Difference from Base Group (% pts) Unadjusted | Adjusted | Share of students | Difference from Base Group (% pts) Unadjusted | Adjusted |
| **Total** | **43.7%** | | | **29.1%** | | | **20.1%** | | | **7.1%** | | |
| **Race** | | | | | | | | | | | | |
| Black | 38.3% | | | 29.9% | | | 23.2% | | | 8.6% | | |
| White | 73.3% | 35.1*** | 24.9*** | 20.5% | −9.5*** | −7.6*** | 5.1% | −18.1*** | −7.6*** | 1.1% | −7.5*** | −7.6*** |
| Hispanic | 53.2% | 14.9*** | 3.4 | 29.8% | −0.1 | −0.5 | 13.1% | −10.1*** | −0.5 | 3.9% | −4.6*** | −0.5 |
| Other | 53.2% | 15.0*** | 5.1 | 25.4% | −4.6 | −4.5 | 17.1% | −6.1** | −4.5 | 4.3% | −4.3*** | −4.5 |
| **Language spoken at home** | | | | | | | | | | | | |
| English | 40.9% | | | 29.1% | | | 22.0% | | | 8.0% | | |
| Language other than English | 55.1% | 14.2*** | 7.2** | 29.3% | 0.2 | −0.1 | 12.2% | −9.8*** | −0.1 | 3.4% | −4.6*** | −0.1 |
| Missing | 90.7% | 49.8*** | 39.3*** | 9.3% | −19.9** | −18.8** | 0.0% | −22.0*** | −18.8** | 0.0% | −8.0*** | −18.8** |
| **Disability** | | | | | | | | | | | | |
| Not disabled | 44.9% | | | 28.8% | | | 19.4% | | | 7.0% | | |
| Autism | 29.5% | −15.4*** | −14.3*** | 38.3% | 9.5* | 8.2 | 22.1% | 2.7 | 8.2 | 10.2% | 3.2 | 8.2 |
| Developmental delay | 35.7% | −9.2*** | −7.1*** | 30.1% | 1.3 | 0.3 | 26.6% | 7.2*** | 0.3 | 7.6% | 0.6 | 0.3 |
| Speech or language impairment | 46.3% | 1.5 | 1.5 | 32.2% | 3.4 | 3.9 | 15.4% | −4.0 | 3.9 | 6.1% | −0.8 | 3.9 |
| Other | 18.7% | −26.1*** | −26.3*** | 23.7% | −5.1 | −6.1 | 45.4% | 26.0*** | −6.1 | 12.2% | 5.2 | −6.1 |
| **Eligibility** | | | | | | | | | | | | |
| Not eligible | 49.4% | | | 28.9% | | | 16.3% | | | 5.5% | | |
| Homeless | 24.6% | −24.8*** | −19.4*** | 29.8% | 0.9 | −0.1 | 26.3% | 10.0*** | −0.1 | 19.3% | 13.8*** | −0.1 |
| Head Start last year | 56.1% | 6.7*** | 7.7*** | 26.7% | −2.2 | −2.5 | 14.2% | −2.1 | −2.5 | 3.0% | −2.5*** | −2.5 |
| TANF | 32.9% | −16.5*** | −12.3*** | 30.7% | 1.8 | 1.1 | 27.4% | 11.2*** | 1.1 | 8.9% | 3.5*** | 1.1 |
| **Living with status** | | | | | | | | | | | | |
| With parents | 43.1% | | | 29.4% | | | 20.3% | | | 7.1% | | |
| Not with parents | 25.9% | −17.2 | −14.4 | 61.4% | 32.0* | 30.8* | 0.0% | −20.3*** | 30.8* | 12.7% | 5.5 | 30.8* |
| Missing | 48.4% | 5.3** | 4.5** | 26.4% | −3.1 | −2.4 | 18.2% | −2.1 | −2.4 | 7.0% | −0.1 | −2.4 |
| **Out-of-boundary status** | | | | | | | | | | | | |
| In bound | 46.0% | | | 28.4% | | | 19.6% | | | 6.0% | | |
| Out of bound | 42.0% | −4.0*** | −1.7 | 30.8% | 2.4* | 2.2 | 20.5% | 0.9 | 2.2 | 6.7% | 0.7 | 2.2 |
| Missing | 38.4% | −7.6*** | −7.8*** | 16.3% | −12.1*** | −12.0*** | 19.6% | 0.0 | −12.0*** | 25.7% | 19.7*** | −12.0*** |
| **Ward** | | | | | | | | | | | | |
| 1 | 47.7% | −5.2* | −6.9** | 30.5% | 1.0 | 1.6 | 16.2% | 2.0 | 1.6 | 5.7% | 2.2** | 1.6 |
| 2 | 51.7% | −1.2 | −2.7 | 27.1% | −2.4 | −0.9 | 16.2% | 2.0 | −0.9 | 5.1% | 1.6 | −0.9 |
| 4 | 52.9% | | | 29.5% | | | 14.2% | | | 3.5% | | |
| 5 | 36.1% | −16.8*** | −7.9** | 30.8% | 1.3 | 0.8 | 24.6% | 10.5*** | 0.8 | 8.4% | 5.0*** | 0.8 |
| 6 | 49.2% | −3.7 | −0.2 | 26.0% | −3.5 | −2.6 | 18.5% | 4.4** | −2.6 | 6.2% | 2.8*** | −2.6 |
| 7 | 31.0% | −21.9*** | −10.3*** | 31.7% | 2.2 | 0.9 | 25.8% | 11.7*** | 0.9 | 11.5% | 8.0*** | 0.9 |
| 8 | 43.5% | −9.4*** | 3.3 | 27.9% | −1.6 | −2.8 | 21.6% | 7.4*** | −2.8 | 7.1% | 3.6*** | −2.8 |

**Source:** Urban Institute analysis of DCPS STARS and ChildPlus data (2014).
* difference significant at the .10 level; ** at the .05 level; *** at the .01 level.



ACF 007387

TABLE 5

**Percentage of Students by Attendance Category for Students Enrolled in Both Years, SY 2012–13 versus SY 2013–14**

| | Category in SY 2013–14 | | | |
|---|---|---|---|---|
| **Category in SY 2012–13** | **Satisfactory** | **At risk** | **Chronic** | **Severe** |
| Satisfactory | 79.2 | 16.2 | 3.5 | 1.1 |
| At risk | 42.5 | 43.6 | 13.4 | 0.6 |
| Chronic | 16.9 | 35.4 | 40.5 | 7.2 |
| Severe | 3.8 | 16.5 | 36.8 | 43.0 |

**Source:** Urban Institute analysis of DCPS STARS and ChildPlus data (2014).
**Note:** Numbers may not total 100 because of rounding.

TABLE 6

**Percentage of Students by Attendance Category, First Month of School versus Full SY 2013–14**

| | Category in SY 2013–14 | | | |
|---|---|---|---|---|
| **Category in first month, SY 2013–14** | **Satisfactory** | **At risk** | **Chronic** | **Severe** |
| Satisfactory | 53.6 | 29.8 | 13.9 | 2.7 |
| At risk | 17.5 | 35.0 | 36.2 | 11.3 |
| Chronic | 7.0 | 30.9 | 44.2 | 17.9 |
| Severe | 1.9 | 11.6 | 41.7 | 44.8 |

**Source:** Urban Institute analysis of DCPS STARS and ChildPlus data (2014).

TABLE 7

**Percentage of Students with Attendance Interventions by Ward, SY 2013–14**

| | Identified for Community Parent Outreach Coordinator Family Engagement | | Action Taken Regarding Attendance | | Escalated to CMS | |
|---|---|---|---|---|---|---|
| **Ward** | **Share of students** | **Difference from Ward 4 (% pts)** | **Share of students** | **Difference from Ward 4 (% pts)** | **Share of students** | **Difference from Ward 4 (% pts)** |
| **Total** | **31.2%** | | **29.8%** | | **6.0%** | |
| 1 | 29.8% | −3.5 | 29.5% | −3.1 | 7.8% | 1.6 |
| 2 | 17.8% | −15.5*** | 16.5% | −16.0*** | 2.0% | −4.2*** |
| 4 | 33.3% | | 32.5% | | 6.2% | |
| 5 | 30.9% | −2.5 | 30.9% | −1.7 | 5.5% | −0.7 |
| 6 | 23.6% | −9.7*** | 23.6% | −8.9*** | 6.4% | 0.1 |
| 7 | 35.8% | 2.5 | 34.9% | 2.4 | 6.4% | 0.2 |
| 8 | 36.3% | 3.0 | 31.5% | −1.0 | 5.2% | −1.0 |

**Source**: Urban Institute analysis of DCPS STARS and ChildPlus data (2014).
*** difference significant at the .01 level. No differences were significant at the .10 (*) and .05 (**) levels.

# Appendixes A–H

## APPENDIX A. DATA SOURCES AND LIMITATIONS

The analysis presented here draws on data from two systems maintained by DCPS: STARS and ChildPlus. Child-level data on absences and demographics are from the STARS data reporting system and were obtained for each student enrolled in a DCPS Head Start program at any point during the year. STARS data contain information for each child's race and ethnicity; the language spoken at home; whether the child has special needs, and if so, what those needs are (including autism, developmental delay, hearing impairments, intellectual disabilities, multiple disabilities, other health impairments, specific learning disabilities, speech or language disabilities, and visual impairments); whether the child is living with his or her parents; the school and classroom in which the child is enrolled; and the admission and withdrawal dates for each school and classroom in which the child was enrolled.

Critical to this study, the STARS data contain information on attendance for each day of school and, if the child was absent, whether the absence was excused, authorized, or unexcused. Excused absences include those related to illness, medical appointments, deaths in the family, court dates, religious holidays, and unknown excused absences. Authorized absences are treated as excused by DCPS and include being in an acute care setting, on a school activity, being suspended, and receiving visual instruction. Unexcused absences include absences reported as unexcused or truant.

The ChildPlus system's program eligibility data contain monthly information on the basis of each child's eligibility for Head Start, including eligibility due to participation in TANF, homelessness, having been enrolled in Head Start in the previous year, and non-categorical eligibility. Monthly eligibility data over the course of the year were aggregated to a single variable that indicated whether the child (1) was ever homeless but not involved with the Child and Family Services Agency (CFSA); (2) was enrolled in TANF but was not involved with CFSA or homeless during the year; (3) was eligible for Head Start in the previous year but was not involved with CFSA, homeless, or enrolled in TANF; or (4) was not otherwise categorically eligible.

The ChildPlus data system also provided information on children who were flagged for attendance issues and any interventions that were taken either by a community parent outreach coordinator or a CMS. The SY 2011–12 policy was to flag a student in the ChildPlus system who missed three consecutive days of school. At this point, an "initial engagement" would occur through a community parent outreach coordinator. In some instances, a student's case would be elevated from the coordinator level to that of a CMS.

The base file for the analysis merged the STARS absence data with information from ChildPlus on eligibility and absence interventions for each student. Children in this file can have multiple observations; specifically, there is one observation for each child, school, and classroom combination. For each observation in the file, the number of days enrolled in school was calculated using the admission and withdrawal dates from STARS. For each student the number of excused absences, authorized absences, and unexcused absences was also calculated. For analysis purposes, and because few absences were authorized, excused and authorized absences were combined. From these two pieces of information, the share of days enrolled that the child was absent, both overall and by type of absence, was calculated.

Two data challenges warrant mention. First, the methodology used to extract data on TANF enrollment changed in SY 2013–14 to be more precise. As a result of this and other changes, between SY 2012–13 and SY 2013–14 the share of students eligible for TANF went from 59 percent to 30 percent; the share eligible due to being enrolled in Head Start the previous year went from less than 1 percent to 19 percent; and the share not categorically eligible went from 33 percent to 43 percent (appendix F). Other characteristics of students changed very little over this time. Lacking the same measure of eligibility for the first two school years, we could not include eligibility as a control in analyses that considered multiple school years. However, we controlled for eligibility in multivariate models that analyzed only SY 2013–14 data.

Second, a new system was implemented in SY 2013–14 to gather ChildPlus data on family service interventions. Data from the new system contained numerous errors in which STARSIDs, student names or school names were missing (appendix H). These types of data were not missing in previous years. Their absence could be due either to the new system or the large jump in interventions that needed to be recorded. We attempted to match all records of intervention by using student's names but were not always successful. As a result, we believe that interventions may be somewhat understated.

## Characteristics of Students Participating in DCPS School-Based Head Start Programs by Ward

| | Ward 1 | | Ward 2 | | Ward 4 | | Ward 5 | | Ward 6 | | Ward 7 | | Ward 8 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Characteristic** | *N* | % | *N* | % | *N* | % | *N* | % | *N* | % | *N* | % | *N* | % |
| **Race** | | | | | | | | | | | | | | |
| Black | 238 | 33 | 135 | 40 | 324 | 41 | 468 | 92 | 642 | 71 | 1,073 | 97 | 1,109 | 97 |
| White | 70 | 10 | 46 | 13 | 33 | 4 | 6 | 1 | 176 | 19 | 3 | 0 | 11 | 1 |
| Hispanic | 335 | 46 | 93 | 27 | 398 | 50 | 27 | 5 | 49 | 5 | 24 | 2 | 13 | 1 |
| Other | 82 | 11 | 68 | 20 | 38 | 5 | 11 | 2 | 43 | 5 | 7 | 1 | 7 | 1 |
| **Language spoken at home** | | | | | | | | | | | | | | |
| English | 320 | 44 | 191 | 56 | 367 | 46 | 487 | 95 | 878 | 97 | 1,090 | 98 | 1,136 | 100 |
| Language other than English | 399 | 55 | 145 | 43 | 425 | 54 | 24 | 5 | 30 | 3 | 17 | 2 | 4 | 0 |
| Missing | 6 | 1 | 4 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| **Disability** | | | | | | | | | | | | | | |
| Not disabled | 626 | 86 | 271 | 79 | 673 | 85 | 422 | 83 | 784 | 86 | 937 | 85 | 1,029 | 90 |
| Autism | 10 | 1 | 12 | 4 | 7 | 1 | 13 | 3 | 21 | 2 | 22 | 2 | 11 | 1 |
| Developmental delay | 48 | 7 | 38 | 11 | 52 | 7 | 41 | 8 | 54 | 6 | 94 | 8 | 58 | 5 |
| Speech or language impairment | 39 | 5 | 12 | 3 | 57 | 7 | 24 | 5 | 37 | 4 | 39 | 4 | 35 | 3 |
| Other | 3 | 0 | 9 | 3 | 5 | 1 | 11 | 2 | 13 | 1 | 15 | 1 | 7 | 1 |
| **Eligibility** | | | | | | | | | | | | | | |
| Not categorically eligible | 413 | 57 | 209 | 61 | 451 | 57 | 202 | 40 | 402 | 44 | 368 | 33 | 319 | 28 |
| Homeless | 45 | 6 | 15 | 4 | 20 | 2 | 46 | 9 | 89 | 10 | 107 | 10 | 103 | 9 |
| Head Start last year | 167 | 23 | 82 | 24 | 170 | 22 | 121 | 24 | 200 | 22 | 182 | 16 | 129 | 11 |
| TANF | 101 | 14 | 36 | 11 | 152 | 19 | 142 | 28 | 218 | 24 | 450 | 41 | 589 | 52 |
| **Living with status** | | | | | | | | | | | | | | |
| With parents | 692 | 96 | 284 | 83 | 735 | 93 | 465 | 91 | 726 | 80 | 964 | 87 | 1,009 | 89 |
| Not with parents | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 4 | 0 | 3 | 0 |
| Missing | 33 | 5 | 57 | 17 | 57 | 7 | 46 | 9 | 182 | 20 | 140 | 13 | 127 | 11 |
| **Out-of-boundary status** | | | | | | | | | | | | | | |
| In bound | 318 | 44 | 108 | 32 | 452 | 57 | 273 | 53 | 388 | 43 | 504 | 45 | 531 | 47 |
| Out of bound | 384 | 53 | 219 | 64 | 314 | 40 | 215 | 42 | 490 | 54 | 569 | 51 | 558 | 49 |
| Missing | 22 | 3 | 14 | 4 | 27 | 3 | 22 | 4 | 32 | 3 | 34 | 3 | 51 | 4 |

**Source**: Urban Institute analysis of DCPS STARS and ChildPlus data (2014).

## APPENDIX C

### Percent of Students Absent by Weekday among Students Enrolled for Full SY 2013–14

| Day | Students absent (%) | Difference from base group (% pts) |
|---|---|---|
| Monday | 8.1 | 2.1* |
| Tuesday | 6.8 | 0.8 |
| Wednesday | 6.5 | 0.5 |
| Thursday[a] | 6.1 | |
| Friday | 9.3 | 3.3*** |

**Source**: Urban Institute analysis of DCPS STARS and ChildPlus data (2014).
[a]Thursday served as the base group for comparison.
* difference significant at the .10 level; *** at the .01 level. No differences were significant at the 0.5 (**) level.

## APPENDIX D

### Percent of Students Absent by Month among Students Enrolled for Full SY 2013–14

| Month | Students absent (%) | Difference from base group (% pts) |
|---|---|---|
| August | 0.8 | −4.2** |
| September[a] | 5.0 | |
| October | 6.1 | 1.2 |
| November | 8.4 | 3.4** |
| December | 8.6 | 3.6** |
| January | 9.9 | 4.9*** |
| February | 6.7 | 1.7 |
| March | 7.9 | 3** |
| April | 6.8 | 1.9 |
| May | 7.1 | 2.1 |
| June | 9.9 | 4.9*** |

**Source**: Urban Institute analysis of DCPS STARS and ChildPlus data (2014).
[a]September served as the base group for comparison.
** difference significant at the .05 level; *** at the .01 level. No differences were significant at the .10 (*) level.

APPENDIX E

**Percent of Students Chronically or Severely Absent for Full Year by Attendance Category in First Month of School, SY 2013–14**




**Source:** Urban Institute analysis of DCPS STARS and ChildPlus data (2014)

APPENDIX F

## Percent of Students with Attendance Interventions, SY 2011–12 through SY 2013–14

| Attendance intervention | SY 2011–12 | SY 2012–13 | SY 2013–14 |
|---|---|---|---|
| **Identified for family engagement** | | | |
| Percent of students | 17.0% | 28.5% | 31.2% |
| Difference from SY 2013–2014 (percentage points) | 14.1*** | 2.6*** | |
| **Action taken** | | | |
| Percent of students | 7.0% | 14.1% | 29.8% |
| Difference from SY 2013–2014 (percentage points) | 22.8*** | 15.7*** | |
| **Referred to CMS** | | | |
| Percent of students | 2.2% | 2.9% | 6.0% |
| Difference from SY 2013–2014 (percentage points) | 3.8*** | 3.1*** | |

**Source**: Urban Institute analysis of DCPS STARS and ChildPlus data (2014).
*** difference significant at the .01 level. No differences were significant at the .10 (*) and .05 (**) levels.

APPENDIX G

## Characteristics of Students in DCPS School-Based Head Start Programs

| | SY 2011–12 | | SY 2012–13 | | SY 2013–14 | |
|---|---|---|---|---|---|---|
| | *N* | % | *N* | % | *N* | % |
| **Race** | | | | | | |
| Black | 3,935 | 73.0 | 3,961 | 71.5 | 3,974 | 71.9 |
| White | 283 | 5.3 | 315 | 5.7 | 346 | 6.3 |
| Hispanic | 886 | 16.4 | 980 | 17.7 | 949 | 17.2 |
| Other | 288 | 5.3 | 285 | 5.2 | 257 | 4.7 |
| **Language spoken at home** | | | | | | |
| English | 4,457 | 82.7 | 4,434 | 80.0 | 4,456 | 80.6 |
| Language other than English | 920 | 17.1 | 1,093 | 19.7 | 1,058 | 19.1 |
| Missing | 14 | 0.3 | 15 | 0.3 | 13 | 0.2 |
| **Disability** | | | | | | |
| Not disabled | 4,625 | 85.8 | 4,727 | 85.3 | 4,741 | 85.8 |
| Autism | 88 | 1.6 | 105 | 1.9 | 95 | 1.7 |
| Developmental delay | 374 | 6.9 | 416 | 7.5 | 383 | 6.9 |
| Speech or language impairments | 265 | 4.9 | 250 | 4.5 | 244 | 4.4 |
| Other | 39 | 0.7 | 44 | 0.8 | 62 | 1.1 |
| **Eligibility** | | | | | | |
| Not eligible | 1,532 | 28.4 | 1,841 | 32.7 | 2,368 | 42.9 |
| CFSA | 39 | 0.7 | 29 | 0.5 | 0 | 0.0 |
| Homeless | 339 | 6.3 | 404 | 7.2 | 423 | 7.7 |
| Head Start last year | 2 | 0.0 | 7 | 0.1 | 1,051 | 19.0 |
| TANF | 3,480 | 64.5 | 3,343 | 59.4 | 1,683 | 30.5 |
| **Living with status** | | | | | | |
| With parents | 4,807 | 89.2 | 5,089 | 91.8 | 4,875 | 88.2 |
| Not with parents | 8 | 0.2 | 3 | 0.1 | 9 | 0.2 |
| Missing | 577 | 10.7 | 451 | 8.1 | 642 | 11.6 |
| **Out-of-boundary status** | | | | | | |
| In bound | 2,307 | 42.8 | 2,527 | 45.6 | 2,573 | 46.6 |
| Out of bound | 2,838 | 52.6 | 2,782 | 50.2 | 2,750 | 49.8 |
| Missing | 247 | 4.6 | 234 | 4.2 | 203 | 3.7 |
| **Ward** | | | | | | |
| 1 | 732 | 13.6 | 737 | 13.3 | 736 | 13.3 |
| 2 | 299 | 5.5 | 324 | 5.8 | 343 | 6.2 |
| 4 | 754 | 14.0 | 780 | 14.1 | 807 | 14.6 |
| 5 | 529 | 9.8 | 507 | 9.2 | 488 | 8.8 |
| 6 | 864 | 16.0 | 930 | 16.8 | 912 | 16.5 |
| 7 | 1,103 | 20.5 | 1,122 | 20.2 | 1,109 | 20.1 |
| 8 | 1,111 | 20.6 | 1,143 | 20.6 | 1,131 | 20.5 |

**Source**: Urban Institute analysis of DCPS STARS and ChildPlus data (2014).

APPENDIX H

## Missing Observations in SY 2013–14 DCPS ChildPlus Reports 1–3 by Type

| Type | Report #1 | Report #2 | Report #3 |
|---|---|---|---|
| Only student ID# | 0 | 123 | 0 |
| Only school name | 80 | 688 | 224 |
| Only student name | 0 | 0 | 0 |
| Only student ID# and school name | 0 | 13 | 52 |
| Only student ID# and student name | 3 | 0 | 0 |
| Only school name and student name | 0 | 0 | 0 |
| All three categories | 1 | 64 | 0 |
| At least one category | 84 | 888 | 276 |

**Source**: Urban Institute analysis of DCPS STARS and ChildPlus data (2014).

# Notes

1. Chronic absenteeism is calculated somewhat differently across these studies, but it is generally defined as missing at least 10 percent of enrolled days.
2. Multivariate models that examined changes over time did not include controls for eligibility because these variables were defined differently over the three school years examined.
3. Data on family income of students is not available.
4. For a more complete discussion of these strategies, see Katz, Adams, and Johnson (2015).

# References


Applied Survey Research. 2011. *Attendance in Early Elementary Grades: Associations with Student Characteristics, School Readiness, and Third Grade Outcomes.* San Jose, CA: Applied Survey Research.

Balfanz, Robert, and Vaughan Byrnes. 2013. *Meeting the Challenge of Combating Chronic Absenteeism.* Baltimore: Everyone Graduates Center, School of Education, Johns Hopkins University.

Chang, Hedy, and Mariajose Romero. 2014. *Present, Engaged and Accounted For: The Critical Importance of Addressing Chronic Absence in the Early Grades.* New York: National Center for Children in Poverty.

Connolly, Faith, and Linda S. Olson. 2012. *Early Elementary Performance and Attendance in Baltimore City Schools' Pre-Kindergarten and Kindergarten*. Baltimore: Baltimore Education Research Consortium.

Dubay, Lisa, Elena Zarabozo, Heather Sandstrom, and Gina Adams. 2013. *Absenteeism in the DC Public School Head Start Program.* Washington, DC: Urban Institute.

Ehrlich, Stacy B., Julia A. Gwynne, Amber Stitziel Pareja, and Elaine M. Allensworth. 2014. *Preschool Attendance in Chicago Public Schools: Relationship with Learning Outcomes and Reasons for Absences: Research Summary.* Chicago: University of Chicago Consortium on Chicago School Research.

Gottfried, Michael. 2011. "The Detrimental Effect of Missing School." *American Journal of Education* 117 (2): 147–82.

Katz, Michael, Gina Adams, and Martha Johnson. 2015. *Insights into Absenteeism in DCPS Early Childhood Programs: Contributing Factors and Promising Strategies.* Washington, DC: Urban Institute.

Olson, Linda S. 2014. *Why September Matters: Improving Student Attendance.* Baltimore: Baltimore Education Research Consortium.

Sheldon, S. B., and J. L. Epstein. 2004. "Getting Students to School: Using Family and Community Initiatives to Reduce Chronic Absenteeism." *School Community Journal* 14 (2).

# About the Authors

**Lisa Dubay** is a senior fellow in the Health Policy Center at the Urban Institute. Dubay is a nationally recognized expert on the Medicaid and CHIP programs. She is a health services researcher who has focused on evaluating the effects of public policies on access to care, health care utilization, health outcomes and health insurance coverage using quasi-experimental designs. Dubay's current focus is on the social determinants of health and policies that shape the context in which children live.

**Nikhil Holla** is a research assistant in the Health Policy Center at the Urban Institute. He assists senior researchers in evaluating the social determinants of health by providing data analyses for a variety of different health care topics.

URBAN INSTITUTE · ELEVATE · THE · DEBATE

2100 M Street NW
Washington, DC 20037

www.urban.org

# Absenteeism in Head Start and Children's Academic Learning

Arya Ansari, Kelly M Purtell

Downloaded from https://academic.oup.com/chidev/article/89/4/1088/8260473 by guest on 23 July 2026

CHILD DEVELOPMENT

Child Development, July/August 2018, Volume 89, Number 4, Pages 1088–1098

# Absenteeism in Head Start and Children's Academic Learning

Arya Ansari
*University of Virginia*

Kelly M. Purtell
*The Ohio State University*

Using nationally representative data from the Family and Child Experiences Survey 2009 cohort ($n$ = 2,842), this study examined the implications of 3- and 4-year-old's absences from Head Start for their early academic learning. The findings from this study revealed that children who missed more days of school, and especially those who were chronically absent, demonstrated fewer gains in areas of math and literacy during the preschool year. Moreover, excessive absenteeism was found to detract from the potential benefits of quality preschool education and was especially problematic for the early learning of children who entered the Head Start program with a less developed skill set. Implications for policy and practice are discussed.

Downloaded from https://academic.oup.com/chidev/article/89/4/1088/8260473 by guest on 23 July 2026

Despite the increased interest in early childhood programs as a means of minimizing long-term academic disparities (Duncan & Magnuson, 2013), there is a widespread belief among parents that early childhood programs are not school or are less important than later schooling (Ehrlich, Gwynne, Pareja, & Allensworth, 2013). Reflecting these notions, recent estimates from urban communities reveal that absenteeism is rampant among preschoolers (Dubay & Holla, 2015; Ehrlich et al., 2014). To date, however, the focus of the school attendance literature has generally been on the K-12 educational system, and thus, we know little about the implications of preschool absences. Given the large investments being made in early childhood programs both in the United States and globally (Duncan & Magnuson, 2013), we need to consider the ramifications of absenteeism for children's early learning, especially in programs such as Head Start, the largest federally funded preschool program in the United States. As brief background, Head Start is a government program that was established in 1965 as part of President Lyndon B. Johnson's War on Poverty. Although Head Start began as an 8-week summer demonstration project, it has since expanded to a 9-month part- and full-day preschool program serving roughly 1 million 3- and 4-year-olds per year. Since its inception, Head Start was designed to "promote the school readiness of low-income children by enhancing their cognitive, social, and emotional development" (Head Start Act, 2007). To do so, Head Start takes a whole child model to early childhood education and provides comprehensive educational, nutritional, and social services to low-income children and their families (Zigler & Muenchow, 1992).

Despite the dearth of empirical inquiry regarding preschool absences, research on elementary school absenteeism has consistently found that children who miss more days of school perform more poorly in areas of academic achievement as compared with their classmates with a better school attendance record (Chang & Romero, 2008; Gershenson, Jacknowitz, & Brannegan, 2015; Gottfried, 2009, 2010, 2011; Morrissey, Hutchison, & Winsler, 2014; Ready, 2010). These pervasive negative associations are multifactorial: Children who are frequently absent are (a) more often from disadvantaged households and at risk for less optimal academic achievement (Morrissey et al., 2014; Ready, 2010), and (b) exposed to fewer days of instructional environments (Arbour et al., 2016). The elementary school literature also highlights the fact that school absences are influenced by numerous factors that cut across different layers of the family, community, and school context, and are not solely determined by child health (Gottfried, 2015b). Accounting for these

The authors acknowledge the support of grants from the Eunice Kennedy Shriver National Institute of Child Health and Human Development (R01HD069564, PI: Elizabeth Gershoff; R24 HD42849, PI: Mark Hayward; T32 HD007081-35, PI: Kelly Raley) and the Institute of Education Sciences, U.S. Department of Education (R305B130013, University of Virginia).

Correspondence concerning this article should be addressed to Arya Ansari, Center for Advanced Study of Teaching and Learning, University of Virginia, PO Box 800784, Charlottesville, VA 22908-0784. Electronic mail may be sent to aa2zz@eservices.virginia.edu.

© 2017 The Authors
Child Development © 2017 Society for Research in Child Development, Inc.
All rights reserved. 0009-3920/2018/8904-0003
DOI: 10.1111/cdev.12800

Case 2:26-cv-02282-TL Document 30 Filed 08/20/26 Page 96 of 163



ecological factors may be even more necessary when examining absenteeism in preschool, as parents are less likely to view preschool attendance as critical, compared with attendance in elementary school years (Ehrlich et al., 2014). However, we know little about preschool absences. This is, in part, due to the fact that unlike the K-12 educational system, school attendance is not mandated by law for preschoolers and, thus, is not always tracked at the child-level by preschool programs like Head Start. Although kindergarten is also not mandated by law in most states, there are typically administrative records of kindergartner's school absences, as it is part of the formal schooling system.

Two recent studies from Baltimore (Connolly & Olson, 2012) and Chicago (Ehrlich et al., 2014) are of note, however, as they have provided some of the first empirical evidence that indicate that absenteeism is especially high (20%–27% in Baltimore and 36%–45% in Chicago) and particularly problematic during the preschool year. Specifically, data from these two communities indicate that a sizable number of children who were chronically absent—defined as missing 10% of the school year (Balfanz & Byrnes, 2012)—as early as preschool were documented as chronically absent throughout elementary school. These community efforts also revealed that preschool absenteeism was associated with lower academic test scores through the end of second grade, with effect sizes ranging from roughly 5% to 15% of a standard deviation.

Although these two studies have greatly contributed to the discourse surrounding absenteeism prior to the start of formal schooling, there has not been a national analysis of preschool attendance. Studying preschool attendance, especially among low-income preschoolers, is crucial as many early childhood programs operate under the compensatory hypothesis (Sameroff & Chandler, 1975), which argues that at-risk children can benefit most from their participation. Supporting these theories, a number of studies on Head Start have revealed that children who start school with a less developed skill set benefit more from preschool than children with a more developed skill set (Choi, Elicker, Christ, & Dobbs-Oates, 2016; Puma, Bell, Cook, & Heid, 2010). Less often discussed is that, by missing school, these children who begin the year with the lowest skills have fewer opportunities to make ground on their more skilled peers. In this way, absenteeism may be particularly problematic for children who enter the program with the lowest skills (for similar analyses with elementary school absences, see Chang & Romero, 2008).

Understanding the role of children's absenteeism in early childhood programs also has important implications for policy and practice as preschool absences may be one of the key reasons why prior evaluations of Head Start (Puma et al., 2012) and meta-analyses of classroom quality (Keys et al., 2013) have yielded only small academic benefits for children. Reflecting these possibilities, a recent experimental evaluation of preschool programs in Chile (Arbour et al., 2016) found that children who were less likely to be absent from school made greater academic gains as a result of their participation in the preschool intervention as compared with children who were more likely to be absent. Such studies, however, are few and far between.

Yet, such possibilities are supported by theories of social integration and intergenerational bonding, which argue that, beyond the parent–child relationship, one of the most important relationships children develop are those with their teachers (Crosnoe, Johnson, & Elder, 2004). This relationship is a source of support that develops from the daily interactions with children, which in turn, can facilitate children's early learning (Hatfield, Burchinal, Pianta, & Sideris, 2016). Thus, in addition to missing instructional interactions, the development of supportive relationships between teachers and children may be particularly impacted by children's school absences because it limits how often children can interact with their teachers.

Thus, the goal of this report was to address these gaps in knowledge. To this end, we address the following three research questions: (a) What are the implications of absenteeism for children's early academic learning over the course of the Head Start year? (b) Are children with lower academic skills at the start of preschool more susceptible to the influence of absenteeism? (c) Does absenteeism attenuate the academic benefits of quality classroom environments? We hypothesized that all children would perform more poorly over time in areas of early academics when they were more frequently absent from Head Start; however, those who entered school with the lowest skills would be more likely to be negatively affected. We also expected that school absences would minimize the potential benefits of quality preschool environments.

## Method

The Family and Child Experiences Survey (FACES) 2009 cohort followed a nationally representative sample of 3,349 3- and 4-year-old first time Head

Downloaded from https://academic.oup.com/chidev/article/89/4/1088/8260473 by guest on 23 July 2026

Start attendees across 486 classrooms (for sampling information, see Malone et al., 2013). With a response rate of roughly 94%, children and families were followed through the end of the kindergarten year (Fall 2009, Spring 2010, Spring 2011, and for 3-year-olds, Spring 2012) across all 50 states and the District of Columbia. FACES 2009 was funded by the Administration for Children and Families and collected by Mathematica Policy Research and their partners. The data collection includes surveys with Head Start teachers and directors, parent surveys, direct child assessments, and classroom observations (West, Tarullo, Aikens, Malone, & Carlson, 2011). For the purposes of the current investigation, we focus on the first two waves of data collection (Fall 2009 and Spring 2010), as these waves capture the Head Start year. We excluded 444 children who did not have a valid longitudinal weight for these two waves. However, all analyses include the longitudinal weight, which accounts for participants' nonresponse at the second wave of data collection. We also excluded 63 children who were in a home-based program, resulting in a final analytic sample of 2,842 children. On average, our final sample of children (50% female) were 3.84 years of age ($SD = 0.55$, range = 2.66–5.00 years of age) with the majority coming from ethnic minority households (36% Latino, 34% Black, 8% Asian or other). The remaining 21% of children were identified as White by their parents. Over half of children came from a household without two parents (53%) and with an unemployed mother (52%), and on average, mothers had a high school diploma (for other sample descriptives, see Table 1).

## *Measures*

Below, we describe our focal measures. The reliability estimates for all of the child outcomes come from the FACES 2009 User's Guide (Malone et al., 2013).

### *Absenteeism*

During the spring of 2010, parents were asked, "Approximately how many days has [CHILD] been absent since the beginning of the school year?" Responses were continuously measured and ranged from 0 to 20. Because not all parents reported on their children's absences at the same time point (52% in March, 28% in April, and 20% in May), and because some programs operated for four rather than 5 days per week, we created an indicator of the proportion of days missed as a fraction of the days children were enrolled in school.

To create this measure, we first used parents date of assessment during the spring term to gauge how long children were enrolled in Head Start and divided the number of days children were absent by the number of months they were enrolled in school. This measure provided us with the number of days children were absent per month. Next, we multiplied the number of days children were absent per month by nine (i.e., the months of the school year). Finally, we divided this estimate by the number of days the program was in operation, which provided us with the proportion of the school year children were absent (see Figure S1 for a histogram of the distribution of children's school absences). Chronic absenteeism was defined as missing 10% or more of the school year (Balfanz & Byrnes, 2012). As a precaution, we also used the raw number of days children were absent and the results were the same as those presented below.

### *Academic Achievement*

Three domains of children's academic achievement were directly assessed at the beginning (Fall 2009) and end (Spring 2010) of the school year. First, children's *language skills* were measured using the Peabody Picture Vocabulary Test (Dunn & Dunn, 1997; Fall $\alpha = .97$ and Spring $\alpha = .95$). To capture children's language skills, assessors asked children to point to one of four pictures that best illustrated the meaning of a word that was said aloud by the assessor. Because the *W* scores, which provide information on children's absolute performance at any given time point and captures growth in children's learning and development, were not available for the Spanish version of the Peabody Picture Vocabulary Test, we used the standard scores. Next, two subscales from the Woodcock–Johnson (Woodcock, McGrew, & Mather, 2001), the Letter Word Identification (Fall 2009: $\alpha = .85$ and Spring 2010: $\alpha = .83$) and Spelling Word (Fall 2009: $\alpha = .79$ and Spring 2010: $\alpha = .83$), were administered to children to capture their *literacy skills*. These assessments captured children's ability to identify and write letters. Because the pattern of findings were the same across both the Woodcock–Johnson subscales, we created an overall composite of literacy achievement using the *W* scores, allowing us to assess growth over time. Finally, children's *math skills* were directly assessed with the Woodcock–Johnson Applied Problems subscale (Woodcock

Downloaded from https://academic.oup.com/chidev/article/89/4/1088/8260473 by guest on 23 July 2026

Table 1
*Descriptive Statistics for Study Variables*

| | *M* (*SD*) or proportion | Bivariate correlations: Absenteeism | Bivariate correlations: Chronic absenteeism |
|---|---|---|---|
| Child/household characteristics | | | |
| Percent of days absent | 5.48 (4.30) | — | — |
| Chronically absent | 0.12 | — | — |
| Child is male | 0.50 | .04 | .00 |
| Child race | | | |
| White | 0.21 | — | — |
| Black | 0.34 | −.26*** | −.16*** |
| Latino | 0.36 | −.15*** | −.11*** |
| Asian/other | 0.08 | −.09* | −.04 |
| Child age (months) | 46.09 (6.65) | −.04 | −.05* |
| Child health[a] | 4.29 (0.90) | −.04* | −.03 |
| Four-year-old cohort | 0.43 | −.01 | −.03 |
| Months between fall and spring child assessments | 5.85 (1.47) | .02 | .02 |
| Language of assessment (fall–spring) | | | |
| English–English | 0.84 | — | — |
| Spanish–Spanish | 0.07 | .01 | .01 |
| Spanish–English | 0.09 | −.03 | −.02 |
| Mothers' marital status | | | |
| Married | 0.29 | — | — |
| Single | 0.18 | −.05 | −.02 |
| Not two-parent household | 0.53 | −.09*** | −.05* |
| Mothers' years of education | 12.00 (1.84) | .01 | .01 |
| Mothers' age | 28.83 (5.89) | −.04 | −.04 |
| Household size (children and adults) | 4.61 (1.61) | −.06** | −.05* |
| Mothers' employment | | | |
| Full time | 0.27 | — | — |
| Part time | 0.21 | .06 | .05 |
| Unemployed | 0.52 | .08*** | .08*** |
| Mothers' depressive symptoms[b] | 4.89 (5.82) | .09*** | .07*** |
| Ratio of income to poverty[c] | 2.52 (1.36) | .04 | .01 |
| Number of moves in the last 12 months | 0.49 (0.83) | .03 | .02 |
| Cognitive stimulation[d] | 0.79 (0.16) | .02 | .01 |
| Frequency parent spanked child | 0.67 (1.26) | .04* | .01 |
| English household language | 0.76 | −.02 | −.01 |
| Classroom characteristics | | | |
| Child/teacher ratio | 8.55 (2.25) | −.05** | −.04* |
| Child/adult ratio | 7.36 (2.13) | −.06** | −.06** |
| Class size | 17.28 (2.17) | −.07** | −.07*** |
| Hours of school per week | 26.36 (11.49) | −.10*** | −.12*** |
| Program meets 5 days a week | 0.75 | −.10*** | −.10*** |
| Full-day program | 0.60 | −.11*** | −.11*** |
| Other languages used in the classroom (yes) | 0.34 | −.04* | −.04* |
| Quality of teacher–child interactions (CLASS) | 4.07 (0.49) | −.02 | −.03 |
| Global classroom quality (ECERS–R) | 4.27 (0.77) | .01 | .00 |
| Teacher characteristics | | | |
| Depressive symptoms[b] | 4.25 (4.60) | .01 | .00 |
| Years teaching | 12.71 (8.68) | −.03 | −.01 |
| Years of education | 14.99 (1.79) | −.06** | −.01 |
| Degree in early childhood education | 0.92 | −.01 | −.00 |
| Hourly salary | 14.11 (4.79) | −.11*** | −.06** |
| Number of benefits[e] | 6.55 (2.39) | .06* | .05 |

Downloaded from https://academic.oup.com/chidev/article/89/4/1088/8260473 by guest on 23 July 2026

Table 1
*Continued*

| | *M* (*SD*) or proportion | Bivariate correlations | |
|---|---|---|---|
| | | Absenteeism | Chronic absenteeism |
| Children's outcomes | | | |
| Language (fall) | 81.62 (19.76) | .07*** | .05* |
| Language (spring) | 86.12 (16.85) | .06** | .04 |
| Letter word identification (fall) | 304.98 (24.37) | −.02 | .01 |
| Letter word identification (spring) | 322.75 (27.86) | −.08*** | −.05* |
| Spelling (fall) | 344.02 (29.31) | −.03 | −.02 |
| Spelling (spring) | 363.34 (30.32) | −.08*** | −.09*** |
| Math (fall) | 373.42 (25.70) | −.03 | −.03 |
| Math (spring) | 386.93 (24.77) | −.06** | −.05* |

*Note.* [a]Children's health was reported by parents using a 5-point Likert scale (1 = *poor*, 5 = *excellent*). [b]Both parents' and teachers' depressive symptoms were measured via 12 questions from the short form of the Center for Epidemiological Studies Depression Scale ($\alpha$ = .91; Radloff, 1977) with scores ranging from 0 to 36. [c]The ratio of income to poverty measure was quasi-continuous with scores ranging from 1 (< 50% of the federal poverty line [FPL]) to 6 (> 200% of the FPL). [d]The cognitive stimulation measure was a composite of 12 items that captured parents' household investments during the past week (e.g., told child a story, taught child letters or numbers). [e]Teachers benefits (e.g., paid vacation, sick leave) was based on a 0–9 scale. *$p$ < .05. **$p$ < .01. ***$p$ < .001.

et al., 2001; Fall 2009: $\alpha$ = .87 and Spring 2010: $\alpha$ = .89). We used the *W* score for this assessment, which captured growth in children's ability to analyze and solve simple math problems.

For all assessments, children who came from non-English-speaking homes were assessed with the Simon Says and Art Show subscales of the Preschool Language Assessment Survey (preLAS; Duncan & De Avila, 1998; $\alpha$ = .88–.90). The Simon Says screener assessed children's English receptive vocabulary (e.g., children were asked to touch their toes), whereas the Art Show assessed children's English-expressive language skills (e.g., children were asked to identify what was in each picture). The preLAS was used to determine whether children from non-English speaking homes had the English language skills necessary to take the assessment in English. Those who failed the test were assessed with the Spanish version of the assessments (roughly 95% of children who failed the screener at the start of the year spoke Spanish). For these children, we used their scores on the Spanish assessments, which demonstrated similar levels of internal consistency as the English measures (Malone et al., 2013). For the small number of non-Hispanic children who did not speak Spanish at home and who failed the language screener, test score data from the first wave were imputed using missing data procedures. It is important to note that (a) almost all of the non-Hispanic children who did not speak Spanish passed the language screener during the spring semester, and thus, had valid scores at the end of the year, and (b) our results were not sensitive to the inclusion (or exclusion) of these children. All analyses included an indicator of children's assessment language (84% English–English, 7% Spanish–Spanish, and 9% Spanish–English).

### *Classroom Quality*

During the spring of 2010, all Head Start classrooms were observed and rated on the Classroom Assessment Scoring System (CLASS; Pianta, La Paro, & Hamre, 2008). The CLASS is based on a 7-point Likert scale (1–2 = *low* to 6–7 = *high*) and was used to measure instructional and socioemotional aspects of the classroom with a focus on teacher–child interactions.

### *Covariates*

To reduce the possibility of spurious associations, both our main effect and interaction models adjusted for a full set of covariates that were derived from the fall of the Head Start year and reported on by either parents or teachers (see Table 1). It is important to note that all analyses also accounted for children's school entry skills (i.e., lagged dependent variables), which are recognized as one of the strongest adjustments for omitted variable bias (National Institute of Child Health and Human Development Early Child Care Research Network & Duncan, 2003). In doing so, our analyses consider the extent to which absenteeism was associated with changes in children's academic achievement across the Head Start year.

Downloaded from https://academic.oup.com/chidev/article/89/4/1088/8260473 by guest on 23 July 2026

### *Analysis Plan*

All focal analyses were estimated within a regression framework using the *Mplus* program and included all covariates listed in Table 1 (Muthén & Muthén, 1998-2013). To examine the associations between absenteeism and children's early academic learning, we estimated three separate models individually predicting children's language, literacy, and math skills (Model 1). However, it might be that one additional absence may not greatly matter for children's early learning, and instead, it is chronic levels of absences that impact children's academic development, thus, we also estimated similar models with a dichotomous indicator of chronic absenteeism replacing the continuous absenteeism variable (Model 2). Next, to test for moderation, we interacted absenteeism with each of the moderators, one at a time (Model 3: children's initial skill, Model 4: classroom quality). For these moderation analyses, we used the continuous version of absenteeism. If there was evidence for moderation, we plotted the interactions by calculating the predicted outcome scores for different combinations of absenteeism and the moderator using standard deviation (*SD*) cut points (Aiken & West, 1991). Specifically, we used + and −1 *SD*s for our thresholds.

Standard errors were adjusted in all models by clustering at the classroom level in order to account for dependence in child outcomes and all regression models were weighted to be nationally representative. Item-level missing data were minimal (average 6%, range = 0%–19%) and were addressed with full information maximum likelihood estimation. Finally, all continuous variables were standardized ($M = 0$, $SD = 1$), and thus, our parameter estimates indicates how many *SD*s children's early academic skills would change per *SD* increase in absenteeism. It should be noted that in discussing our results, we focus on the general pattern of findings without a *p*-value adjustment for multiple comparisons; however, we also present results adjusting for multiple comparisons using the Benjamini adjustment (Benjamini & Hochberg, 1995) for each predictor. We note when results were discrepant between the adjusted and nonadjusted models.

In addition to the regression models discussed earlier, we also estimated supplementary propensity score models (Rosenbaum & Rubin, 1985), which are often used to minimize selection bias. Specifically, we estimated three sets of propensity score models, namely: (a) weighted models with the propensity score covariate (PSC), (b) unweighted models with the PSC, and (c) models with propensity score matched (PSM) samples that were weighted with the propensity score weight. We included both PSM and the PSC models because PSM is generally used for dichotomous predictors, whereas the PSC approach can be used with both dichotomous and continuous predictors (Austin, 2011). We estimated both weighted and unweighted PSC models because the unweighted model parallels our PSM model that are not nationally representative, whereas the weighted approach best parallels our weighted regression models that are nationally representative. All propensity scores were generated within an unweighted logit (chronic absenteeism) or ordinary least squares regression (absenteeism) framework. Additionally, all propensity score analyses included the covariates listed in Table 1 (doubly robust estimation; Funk et al., 2011).

## Results

We begin by discussing the descriptive patterns of absenteeism and the bivariate associations between the sample characteristics and children's school absences. For the bivariate correlations, we focus on the general patterns that emerged among our covariates and both absenteeism and chronic absenteeism. Then, we address our focal three research objectives before we close with a brief description of our propensity score models.

### *Descriptives and Bivariate Correlates of School Absences*

As can be seen in Table 1, children in Head Start missed approximately 5.5% of the school year ($SD$ = 4.3%, range = 0.0%–23.8%), and roughly 12% of the full sample of children was chronically absent. Translated into days of school missed, these estimates indicate that on average, children in Head Start were absent for roughly 8 days of the year. Children who were chronically absent missed an average of 22 days.

A number of our child, household, and classroom factors were also related to children's school absences (see Table 1). Specifically, Black and Latino children were less likely to be absent and chronically absent from Head Start than White children, as were children who came from households without two parents (vs. households with married parents). In contrast, children were more likely to be absent from Head Start when their mothers exhibited more depressive symptoms and were unemployed (vs. employed full time). In terms of classroom characteristics, we found that children

Downloaded from https://academic.oup.com/chidev/article/89/4/1088/8260473 by guest on 23 July 2026

who were enrolled in larger classrooms, bilingual classrooms, and classrooms that operated for more hours per week (e.g., part vs. full day) were less likely to be absent from school. Children were also less likely to be absent from Head Start when their teachers received a higher hourly wage (for other associations that emerged for only one of our two absenteeism measures, see Table 1).

### *Absenteeism and Children's Early Learning*

Although absenteeism was not associated with children's language development in our multivariate models (see Table 2), children who were more frequently absent demonstrated smaller gains in literacy and math with effect sizes corresponding with 5%–6% of a *SD* (see Table S1 for the associations between the covariates and outcomes). Findings for chronic absenteeism were stronger, with children who were chronically absent exhibiting even smaller gains, with effect sizes of 13%–14% of a *SD*. In practical terms, the effect sizes for chronic absenteeism translate to roughly 2 (math) to 3 (literacy) months of lost academic skill gains (calculated by dividing the standardized difference in test scores by the regression slope for children's age; Bradbury et al., 2011).

### *Moderators of Absenteeism and Children's Early Learning*

As can be seen in Table 2, results from our multivariate analyses also suggested that children's school entry skills were fairly stable, and although missing school was generally associated with less optimal academic achievement for all children, it was most problematic if children started school with the lowest language and literacy (but not math) skills. For example, the negative associations between absenteeism and children's literacy development were 16% of a *SD* greater for children who entered the Head Start program with low as opposed to high literacy skills.

Finally, although all children exhibited greater gains in areas of early literacy when they experienced higher quality interactions with their teachers, these associations were larger when children were less frequently absent (see Figure 1; this estimate was only marginally significant with a Benjamini adjustment). Although not reaching conventional standards of significance in either our adjusted or nonadjusted models ($p$ = .06), similar—albeit slightly smaller—patterns emerged for children's language development. Thus, these results indicate that high-quality programs were associated with improvements in children's early language and literacy skills, but children who were more frequently absent did not reap the maximum benefit.

### *Propensity Score Models*

After balancing the comparison conditions (results are available upon request), we found that our propensity score models confirmed the conclusions discussed above (see Table S2). As stated earlier, children who were more frequently absent

Table 2
*Multivariate Results of Children's Academic Achievement as a Function of Absenteeism*

| | Child outcomes[a] | | |
|---|---|---|---|
| | Language | Literacy | Math |
| Main effects of absenteeism | | | |
| Absenteeism (Models 1, 3, and 4) | −.00 (.02) | **−.05 (.02)**** | **−.06 (.02)**** |
| Chronic absenteeism (Model 2) | −.03 (.05) | **−.14 (.05)**** | **−.13 (.06)*** |
| Main effects of moderators | | | |
| School entry skills (Models 1–4) | **.62 (.02)***** | **.60 (.02)***** | **.54 (.02)***** |
| Quality of teacher–child interactions (Models 1–4) | .01 (.02) | **.10 (.02)***** | −.02 (.03) |
| Interaction terms[b] | | | |
| Absenteeism × School Entry Skills (Model 3) | *.06 (.03)** | **.04 (.01)**** | .04 (.03) |
| Absenteeism × Quality of Teacher–Child Interactions (Model 4) | *−.03 (.02)*† | *−.03 (.01)** | −.00 (.02) |

*Note.* Coefficient in bold were statistically significant at $p < .05$ and coefficients in italics were significant at $p < .10$ with a Benjamini false discovery adjustment. All continuous variables were standardized within wave ($M$ = 0, $SD$ = 1), and therefore the unstandardized regression coefficients in this table correspond to effect sizes. [a]All models controlled for the covariates listed in Table 1 and were clustered at the classroom level. [b]Because the variables above have a mean of 0, the main effect coefficients were the same across both the interaction and main effect models. Separate models were estimated for each individual interaction.
†$p < .10$. *$p < .05$. **$p < .01$. ***$p < .001$.

Downloaded from https://academic.oup.com/chidev/article/89/4/1088/8260473 by guest on 23 July 2026

Case 2:26-cv-02282-TL Document 30 Filed 08/20/26 Page 102 of 163






*Figure 1.* An illustration of the conditional effects of quality teacher–child interactions on children's literacy skill gains as a function of their absences from school. *Note.* Low absences correspond to roughly 2 days (1.18% of the school year; roughly 11% of the sample were at or above this threshold), whereas high absences correspond to approximately 15 days (9.78% of the school year; roughly 13% of the sample were at or above this threshold). Low quality corresponds to a score of 3.58 on the Classroom Assessment Scoring System (CLASS; roughly 15% of the sample were at or above this threshold) and high quality corresponds to 4.56 on the CLASS (roughly 18% of the sample were at or above this threshold). To facilitate interpretation of the interaction, the high absences and high quality group has been set as the referent.

exhibited fewer gains in math and literacy (but not language skills) over the course of the Head Start year, and these associations were stronger at chronic levels of school absences.

## Discussion

Despite the growing investments in early childhood programs (Duncan & Magnuson, 2013), children's school attendance has been largely ignored and remains unmeasured in most early care and education programs (Mendez, Crosby, & Helms, 2016). Thus, the purpose of this research brief was to provide a preliminary exploration of the implications of absenteeism for children's early academic achievement using a nationally representative Head Start sample. Drawing on data from the FACES 2009 cohort, this study sought to illustrate the importance of measuring absenteeism in preschool while also encouraging new work in an area that has remained relatively underdeveloped. The results of our study have four take-home messages.

First, our descriptive results suggest that children missed roughly 8 days of the school year, and 12% of children were chronically absent and, therefore, missed an average of 22 days. We also documented a few potential determinants of school absences; for example, minority children were less likely to be absent as compared with White children, as were children who were enrolled in school for longer hours and in larger and bilingual classrooms. When taken together, these descriptive results indicate that absenteeism is a prevalent in Head Start but that certain groups of children are at greater risk of missing time than others. Future programs designed to increase attendance may be strengthened by tailoring their efforts to these subgroups.

Second, results from our focal multivariate models confirmed some of what is known about the relations between absenteeism and achievement during the primary school years and beyond, and suggest that these patterns hold true in preschool (Gottfried, 2009, 2011; Gershenson et al., 2015; Morrissey et al., 2014; Ready, 2010). Children who missed more days of preschool demonstrated fewer gains in literacy and mathematics, and the detrimental effects were greater among children who were absent for more than 10% of school year (chronic absenteeism; Chang & Romero, 2008; Ready, 2010). Put in context with other influences on children's early learning, the associations between chronic absenteeism and children's early learning were roughly three to four times as large as that of meta-analyses of classroom quality (meta-analytic effect size [E.S.] of classroom quality [Keys et al., 2013]: .03–.05 *SD*s vs. chronic absenteeism E.S.: .13–.14 *SD*s). Within the context of our study, the effects of chronic absenteeism were roughly 1.4 (literacy: $E.S._{quality} = .10$ vs. $E.S._{chronic\ absenteeism} = .14$) to 6.5 (math: $E.S._{quality} = .02$ vs. $E.S._{chronic\ absenteeism} = .13$) times larger than the effects of classroom quality and amounted to 2–3 months of math and literacy development. Despite the links between absenteeism and children's early literacy and math development, preschool absences were not associated with children's language development. This finding parallels prior work that shows that preschool programs often do not influence children's language skills but do influence their early literacy (National Early Literacy Panel, 2008). Thus, these findings suggest that future evaluations of Head Start should consider a treatment-on-the-treated model that incorporates children's absenteeism to estimate the full potential of the program.

Third, consistent with the compensatory model of education (Sameroff & Chandler, 1975) and Ready's (2010) study of absenteeism in kindergarten, preschool absences were most detrimental for children who entered the program with the lowest language and literacy skills. Although we did not see direct associations between absenteeism and language development, it may be that absences are more predictive for children who enter the classroom with low language skills, as they may be

Downloaded from https://academic.oup.com/chidev/article/89/4/1088/8260473 by guest on 23 July 2026

more dependent for classroom exposure to new language skills than their peers who enter school with higher language skills. Finally, consistent with the existing literature (Keys et al., 2013), results from this study revealed that the quality of teacher–child interactions facilitated children's literacy development. For the first time, however, our results show that these benefits were considerably larger for children who were infrequently absent. The implications of this finding are quite important in light of the fact that the benefits of quality preschool education have proven to be smaller than expected (Keys et al., 2013). The results of this study suggest that these patterns may partly be due to the attenuating effect of chronically absent children and, thus, should be considered in future studies of classroom quality.

Even though this study is the first national analysis of preschool absences, these general points of discussion need to be interpreted in light of a few limitations. The primarily limitation of our work is that of measurement. Unlike some studies on primary school absences that have been able to draw on data from school attendance records (Gershenson et al., 2015; Morrissey et al., 2014), we were restricted to parent reports of children's school attendance. Considering that attendance is rarely tracked at the preschool level, there are not many other options to estimate these associations. In fact, the FACES data set is one of two national early childhood data sets that have any information on children's preschool absences (Mendez et al., 2016). Even so, it is important to acknowledge that our estimates of preschool absences were lower than those of Ehrlich et al. (2014) and Connolly and Olson (2012), which may reflect social desirability. That is, there may be some bias due to parents' underreporting of children's preschool absences, which increase the risk of null findings. Despite this potential source of bias, the effect sizes reported in our study and the effect sizes reported in Chicago and Baltimore are of the same magnitude, suggesting that this bias is unlikely to affect the associations between the focal variables of interest. Moreover, our estimates of preschool absences are comparable to national estimates of kindergarten absences (Gershenson et al., 2015; Gottfried, 2015b), which is of note because kindergarten, like preschool, is not mandatory in most states. Next, we used a sample of Head Start children, which is an important strength as Head Start is the largest federally funded preschool program serving low-income children; however, this line of work should be extended to other types of preschool programs before we can generalize these patterns to other populations. Finally, although we (a) controlled for a rich set of covariates, and (b) we estimated propensity score models, these analyses do not imply cause and effect.

One purpose of a brief report is to provide new findings that extend the existing literature and spur future research. Our results inform the discourse surrounding absenteeism in preschool by illustrating the scope and consequences of school absences in Head Start for children living in poverty. When taken together, these results indicate that future researchers need to pay closer attention to the role of preschool absences in developmental and educational research. These findings also have practical implications and suggest that preschool teachers and administrators may want to exert some effort to reduce school absences. One important route may be to discuss challenges to attendance that parents are facing and work with them to reduce these barriers. Work with older children has shown that absenteeism is rarely due to one factor; thus, working with families to reduce multiple causes may be necessary (Teasley, 2004). One successful elementary model assigned monitors to engage with both families and school staff to increase attendance; this type of model may be particularly useful in Head Start, which already strives to increase parent center communication (Lehr, Sinclair, & Christenson, 2004). The early childhood field should also consider ways to make sure that parents understand that preschool is an educational program, not just a day care, and that school absences are problematic as recent research on prekindergarten has shown that these types of parental beliefs are critical to increasing school attendance (Katz, Johnson, & Adams, 2016). Setting and communicating clear attendance expectations and engaging parents in school are emerging as key ways to change parental beliefs and children's preschool absences (Katz et al., 2016).

Ultimately, if our results are confirmed with other samples of children and families from across the country, then we can draw more definitive conclusions regarding preschool absences as a source of inequality. In the meantime, however, an important first step is to ensure that future data collection efforts gather information on children's preschool absences. By using a large and nationally representative data set of Head Start children, this study pushes this agenda forward by providing some of the first insight into the harmful implications of absenteeism for low-income children's academic learning during the preschool year.

Downloaded from https://academic.oup.com/chidev/article/89/4/1088/8260473 by guest on 23 July 2026

Case 2:26-cv-02282-TL Document 30 Filed 08/20/26 Page 104 of 163



## References


Aiken, L. S., & West, S. G. (1991). Multiple regression: Testing and interpreting interactions. *Newbury Park*, CA: Sage Publications.

Arbour, M. C., Yoshikawa, H., Willett, J., Weiland, C., Snow, C., Mendive, S., . . . Trevino, E. (2016). Experimental impacts of a preschool intervention in Chile on children's language outcomes: Moderation by student absenteeism. *Journal of Research on Educational Effectiveness*, *9*, 117–149. doi:10.1080/19345747.2015.1109013

Austin, P. C. (2011). An introduction to propensity score methods for reducing the effects of confounding in observational studies. *Multivariate Behavioral Research*, *46*, 399–424. doi:10.1080/00273171.2011.568786

Balfanz, R., & Byrnes, V. (2012). *The importance of being in school: A report on absenteeism in the nation's public schools*. Baltimore, MD: Johns Hopkins University Center for Social Organization of Schools.

Benjamini, Y., & Hochberg, Y. (1995). Controlling the false discovery rate: A practical and powerful approach to multiple testing. *Journal of the Royal Statistical Society*, *57*, 289–300.

Bradbury, B., Corak, M., Waldfogel, J., & Washbrook, E. (2011). *Inequality during the early years: Child outcomes and readiness to learn in Australia, Canada, United Kingdom, and United States* (Institute for the Study of Labor Discussion Paper No. 6120). Retrieved from http://www.econstor.eu/bitstream/10419/58643/1/690078234.pdf

Chang, H. N., & Romero, M. (2008). *Present, engaged, and accounted for: The critical importance of addressing chronic absence in the early grades*. New York NY: National Center for Children in Poverty.

Choi, J. Y., Elicker, J., Christ, S. L., & Dobbs-Oates, J. (2016). Predicting growth trajectories in early academic learning: Evidence from growth curve modeling with Head Start children. *Early Childhood Research Quarterly*, *36*, 244–258. doi:10.1016/j.ecresq.2015.12.017

Connolly, F., & Olson, L. S. (2012). *Early elementary school performance and attendance in Baltimore City Schools' Pre-Kindergarten and Kindergarten*. Baltimore, MD: Baltimore Education Research Consortium.

Crosnoe, R., Johnson, M. K., & Elder, G. H. (2004). Intergenerational bonding in school: The behavioral and contextual correlates of student-teacher relationships. *Sociology of Education*, *77*, 60–81. doi:10.1177/003804070407700103

Dubay, L., & Holla, N. (2015). *Absenteeism in DC public schools early education program*. Urban Institute research report. Retrieved from http://www.urban.org/sites/default/files/alfresco/publication-pdfs/2000082-Absenteeism-in-DC-Public-Schools-Early-Education-Program.pdf

Duncan, S. E., & De Avila, E. A. (1998). *PreLAS 2000*. Monterey, CA: CTB/McGraw-Hill.

Duncan, G. J., & Magnuson, K. A. (2013). Investing in preschool programs. *Journal of Economic Perspectives*, *27*, 109–132. doi:10.1257/jep.27.2.109

Dunn, L. M., & Dunn, L. M. (1997). *Peabody Picture and Vocabulary Test, third edition: Examiner's manual and norms booklet*. Circle Pines, MN: American Guidance Service.

Ehrlich, S. B., Gwynne, J. A., Pareja, A. S., & Allensworth, E. M. (2014). *Preschool attendance in Chicago public schools: Relationships with learning outcomes and reasons for absences*. Chicago, IL: University of Chicago Consortium on Chicago School Research.

Funk, M. J., Westreich, D., Wiesen, C., Stürmer, T., Brookhart, M. A., & Davidian, M. (2011). Doubly robust estimation of causal effects. *American Journal of Epidemiology*, *173*, 761–767. doi: 10.1093/aje/kwq439

Gershenson, S., Jacknowitz, A., & Brannegan, A. (2015). *Are student absences worth the worry in US primary schools?* IZA Discussion Papers. Retrieved from http://ftp.iza.org/dp9558.pdf

Gottfried, M. A. (2009). Excused versus unexcused: How student absences in elementary school affect academic achievement. *Educational Evaluation and Policy Analysis*, *31*, 392–419. doi:10.3102/0162373709342467

Gottfried, M. A. (2010). Evaluating the relationship between student attendance and achievement in urban elementary and middle schools an instrumental variables approach. *American Educational Research Journal*, *47*, 434–465. doi:10.3102/0002831209350494

Gottfried, M. A. (2011). The detrimental effects of missing school: Evidence from urban siblings. *American Journal of Education*, *117*, 147–182.

Gottfried, M. A. (2015a). Chronic absenteeism in the classroom context effects on achievement. *Urban Education*. Advance online publication. doi:10.1177/0042085915618709

Gottfried, M. A. (2015b). Can center-based childcare reduce the odds of early chronic absenteeism? *Early Childhood Research Quarterly*, *32*, 160–173. doi:10.1016/j.ecresq.2015.04.002

Hatfield, B. E., Burchinal, M. R., Pianta, R. C., & Sideris, J. (2016). Thresholds in the association between quality of teacher–child interactions and preschool children's school readiness skills. *Early Childhood Research Quarterly*, *36*, 561–571. doi:10.1016/j.ecresq.2015.09.005

Head Start Act, (2007). *Head Start for School Readiness Act of 2007, Public Law 110-134, 121 Stat. 1363*. Retrieved from: https://eclkc.ohs.acf.hhs.gov/hslc/standards/law/HS_ACT_PL_110-134.pdf

Katz, M., Johnson, M. C., & Adams, G. (2016). *Improving prekindergarten attendance: School-level strategies for messaging, engaging parents, and responding to absences in four DC public schools*. Washington, DC: Urban Institute.

Keys, T. D., Farkas, G., Burchinal, M. R., Duncan, G. J., Vandell, D. L., Li, W., . . . Howes, C. (2013). Preschool center quality and school readiness: Quality effects and variation by demographic and child characteristics. *Child Development*, *84*, 1171–1190.

Lehr, C. A., Sinclair, M. F., & Christenson, S. L. (2004). Addressing student engagement and truancy prevention during the elementary school years: A replication study of the check and connect model. *Journal of*


Downloaded from https://academic.oup.com/chidev/article/89/4/1088/8260473 by guest on 23 July 2026

*Education for Students Placed at Risk*, *9*, 279–301. doi:10.1207/s15327671espr0903_4

Malone, L., Carlson, B. L., Aikens, N., Moiduddin, E., Klein, A. K., West, J., . . . Rall, K. (2013). *Head Start Family and Child Experiences Survey (FACES): 2009 cohort user guide*. Washington, DC: Mathematica Policy Research.

Mendez, J., Crosby, D., & Helms, H. (2016). *Using existing large-scale data to study early care and education among Hispanics: Families' utilization of early care and education*. The National Research Center on Hispanic Children & Families. Retrieved from: http://www.childtrends.org/wp-content/uploads/2016/02/ECE-Series-Brief-No.-3.pdf

Morrissey, T. W., Hutchison, L., & Winsler, A. (2014). Family income, school attendance, and academic achievement in elementary school. *Developmental Psychology*, *50*, 741–753. doi:10.1037/a0033848

Muthén, L. K., & Muthén, B. O. (1998-2013). *Mplus user's guide* (6th ed.). Los Angeles, CA: Authors.

National Early Literacy Panel. (2008). *Developing early literacy: A scientific synthesis of early literacy development and implications for intervention*. Jessup, MD: National Institute for Literacy and National Center for Family Literacy.

National Institute of Child Health and Human Development Early Child Care Research Network, & Duncan, G. J. (2003). Modeling the impacts of child care quality on children's preschool cognitive development. *Child Development*, *74*, 1454–1475. doi:10.1111/1467-8624.00617

Pianta, R. C., La Paro, K. M., & Hamre, B. K. (2008). *Classroom Assessment Scoring System (CLASS)*. Baltimore, MD: Paul H. Brookes.

Puma, M., Bell, S., Cook, R., & Heid, C. (2010). *Head Start impact study: Final report*. Washington, DC: U.S. Department of Health and Human Services.

Puma, M., Bell, S., Cook, R., Heid, C., Broene, P., Jenkins, F., . . . Downer, J. (2012). *Third grade follow-up to the Head Start impact study: Final report*. Washington, DC: U.S. Department of Health and Human Services.

Radloff, L. S. (1977). The CESD scale: A self-report depression scale for research in the general population. *Applied Psychological Measurement*, *1*, 385–401. doi:10.1177/014662167700100306

Ready, D. D. (2010). Socioeconomic disadvantage, school attendance, and early cognitive development: The differential effects of school exposure. *Sociology of Education*, *83*, 271–286. doi:10.1177/0038040710383520

Rosenbaum, P. R., & Rubin, D. B. (1985). Constructing a control group using multivariate matched sampling methods that incorporate the propensity score. *The American Statistician*, *39*, 33–38. doi:10.1080/00031305.1985.10479383

Sameroff, A. J., & Chandler, M. J. (1975). Reproductive risk and the continuum of caretaking casualty. In F. D. Horowitz, M. Hetherington, S. Scarr-Salapatek, & G. Siegel (Eds.), *Review of child development research* (Vol. 4, pp. 187–244). Chicago, IL: University of Chicago Press.

Teasley, M. L. (2004). Absenteeism and truancy: Risk, protection, and best practice implications for school social workers. *Children & Schools*, *38*, 117–128. doi:10.1093/cs/26.2.117

West, J., Tarullo, L., Aikens, N., Malone, L., & Carlson, B. L. (2011). *FACES 2009 study design*. OPRE Report 2011-9. Washington, DC: Office of Planning, Research and Evaluation, Administration for Children and Families, U.S. Department of Health and Human Services.

Woodcock, R. W., McGrew, K. S., & Mather, N. (2001). *Woodcock-Johnson III tests of achievement*. Itasca, IL: Riverside.

Zigler, E., & Muenchow, S. (1992). *Head Start: The inside story of America's most successful educational experiment*. New York, NY: Basic Books.

## Supporting Information

Additional supporting information may be found in the online version of this article at the publisher's website:

**Table S1.** Associations Between the Covariates and the Focal Child Outcomes

**Table S2.** Propensity Score Results of Children's Academic Achievement as a Function of Absenteeism

**Figure S1.** Illustration of the Distribution of the Proportion of Days Children Missed School

Downloaded from https://academic.oup.com/chidev/article/89/4/1088/8260473 by guest on 23 July 2026

| ACF-801 Child Care Monthly Case Record Form | OMB #: 0970-0167 | Expires 04/30/2025 |
|---|---|---|
| **Head of Family Receiving Assistance** | | |
| | 1. Reporting Period | Year: __ __ __ __ Month: __ __ |
| | 2. Unique State Identifier | __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ |
| | 3. Filler (9 blanks) | __ __ __ __ __ __ __ __ __ (Leave Blank) |
| | 4. Family FIPS Code | State: __ __ County: __ __ __ |
| | 5. Single Parent | __ |
| | 6. Reason for Receiving Subsidized Child Care | __ |
| | 7. Total Monthly Child Care Co-payment by Family | $ __, __ __ __ |
| | 8. Year/Month Child Care Assistance to the Family Started | Year: __ __ __ __ Month: __ __ |
| | 9. Total Monthly Income | $ __ __ ,__ __ __ |
| | 10. Employment Including Self-Employment | __ |
| | 11. Cash or Other Assistance Under Title IV of the Social Security Act (TANF) | __ |
| | 12. State Program for Which State Spending Is Counted Towards TANF MOE | __ |
| | 13. Housing Voucher or Cash Assistance | __ |
| | 14. Supplemental Nutrition Assistance Program (formerly Food Stamps) | __ |
| | 15. Other Federal Cash Income Programs (such as SSI) | __ |

ACF 007414

| | | |
|---|---|---|
| | 16. Family Size Used to Determine Eligibility | __ __ |
| | 16a. Family Homeless Status | __ __ __ __ __ |
| | 16b. Family Zip Code | __ |
| | 16c. Military Service | __ |
| | 16d. Primary Language Spoken at Home | __ __ |
| **Dependent Children Receiving Child Care Assistance (One record per child)** | | |
| | 17. Filler (9 blanks) | __ __ __ __ __ __ __ __ __ (Leave Blank) |
| | 18. Hispanic or Latino Ethnicity | __ |
| | 19. American Indian or Alaska Native | __ |
| | 20. Asian | __ |
| | 21. Black or African American | __ |
| | 22. Native Hawaiian or Other Pacific Islander | __ |
| | 23. White | __ |
| | 24. Sex | __ |
| | 25. Year/Month of Birth | Year: __ __ __ __ Month: __ __ |
| | 25a. Child Disability | __ |

ACF 007415

| Setting Information (One record for each setting for each child) | | |
|---|---|---|
| | 26. Type of Child Care | __ __ |
| | 27. Total Monthly Amount Paid to Provider | __ __ __ __ |
| | 28. Total Hours of Care Provided in Month | __ __ __ |
| | 29. Provider FEIN | __ __ - __ __ __ __ __ __ __ |
| | 30. Provider Unique State ID | __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ |
| **Provider Information (One record for each provider)** | | |
| | 31. Provider FEIN (same as item 29) | __ __ - __ __ __ __ __ __ __ |
| | 32. Provider Unique State ID (same as item 30) | __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ |
| | 33. QRIS Participation | __ |
| | 34. QRIS Rating | __ __ __ |
| | 35. Accreditation Status | __ |
| | 36. Provider is Subject to State Pre-K Standards | __ |
| | 37. Other State-defined Quality Measure | __ |
| | 38. Provider is subject to Head Start or Early Head Start Standards | __ |
| | 39. Provider Zip Code | __ __ __ __ __ |
| | 40. Inspection Date | Month: __ __ Day: __ __ Year: __ __ __ __ |

ACF 007416

**CHILD CARE AND DEVELOPMENT FUND**
**ACF-801 CASE-LEVEL REPORTING FORM**
**Instructions**

The ACF-801 case-level data are collected monthly and reported either monthly or quarterly. Quarterly data are reported 60 days after the end of each quarter and monthly data are due 90 days after the report month. All Lead Agencies in the states, the District of Columbia, and territories (Puerto Rico, American Samoa, Guam, Northern Marianna Islands, and the U.S. Virgin Islands) are responsible for collecting and reporting ACF-801 data. States submit their records electronically to the Office of Child Care (OCC) Information System. OCC plans to migrate the ACF-801 data submission functionality to the Child Care Automated Reporting System (CARS) later in FY2022. OCC will notify lead agencies when the migration is implemented, and will provide training and technical support to lead agencies in support of submitting ACF-801 data in CARS. Lead Agencies may submit either full population or a monthly sample (approximately 200 families) of subsidized child care recipients for the ACF-801. In addition to the ACF-801, states and territories must submit aggregate data for all families and children in care annually on the ACF-800.

OCC incorporated new response categories under the following three data elements: child's sex, ethnicity, and race. The response categories are:

| Data Element | Response Categories |
|---|---|
| # 18: Hispanic or Latino Ethnicity | Current: Yes, No<br>Added: No response |
| # 19-23: Race of child | Current: Yes, No (for each race listed)<br>Added: No response (for each race listed) |
| # 24: Sex | Current: Male, Female<br>Added: No response |

To allow sufficient time for states and territories to make changes to their state/territory systems and extraction code to report the additional response categories, these changes are effective with the October 2022 report.

For more information and guidance on federal reporting requirements, see OCC's web site at https://acf.hhs.gov/occ/policy-guidance/ccdf-state-territory-and-tribal-reporting.

## Record Header Information

The following elements (items A-G) refer to the header information.

A. Report Period: This data element identifies the month being reported. For example, if the report covers April 2021, this element would be "202104".

B. Families Receiving Subsidized Child Care: The total number of families receiving subsidized child care for the report month. The field is seven digits. The number should be right-justified within the field and padded with zeros. For example, 25,387 would be formatted as "0025387".

C. Number of Providers Receiving Subsidy Payments: The total number of providers receiving subsidized child care payments for the report month. The field is seven digits. The number should be right-justified within the field and padded with zeros. For example, 22,322 would be formatted as "0022322."

D. State Contact Name: The name of the child care contact who is designated to receive the Summary Assessment reports.

E. State Contact Telephone Number: The telephone number of the named child care contact.

F. State Contact Fax Number: The fax number of the named child care contact.

G. State Contact E-mail Address: The e-mail address of the named child care contact.

## Head of Family Receiving Assistance

The following elements (items 1-16) refer to the head of the family receiving child care assistance. The "Head of Family Receiving Assistance" is the person for whom eligibility is determined. When a child is counted as a family of one (i.e., a protective service case), all items in the family record should refer to the child.

1. Reporting Period: The year and month being reported. The report should include information about the families and children who actually received child care services during the reporting month, irrespective of when payment is made for those services.

2. Unique State Identifier: A unique identifying number, up to 15 characters, assigned by the state to the family receiving child care assistance. States may use alphanumeric characters. It is imperative that the Unique State Identifier assigned to each family (head of household) be used consistently over time – regardless of whether the family transitions on and off of subsidy or moves within the state. The Unique State Identifier should never be "recycled" between different families. This allows states and OCC to identify unique families over time in the absence of the Social Security Number (SSN). If a case does not have a Unique State Identifier, the data related to the case cannot be processed. If the state cannot develop a **permanent** Unique State Identifier that is used consistently over time, an interim identifier may be used (such as the Unique State Identifier currently reported in this data element). However, the state will be required to submit a footnote indicating that the Unique State Identifier is an interim identifier until such time the permanent identifier (i.e., an identifier that that is used consistently over time) is available.

3. Filler: Nine (9) blanks should be reported.

4. Family Federal Information Processing Series (FIPS) Code: The FIPS Code geographic identifier issued by the National Bureau of Standards to designate where the head of the family receiving assistance is residing. A list of all FIPS codes can be found at https://www.census.gov/library/reference/code-lists/ansi/ansi-codes-for-states.html or by contacting the Child Care Automated Reporting System (CARS) TA (cars@acf.hhs.gov or 1-877-249-9117). This includes a two-digit state code and a three-digit county code.

5. Single Parent: A single parent/adult who is legally/financially responsible for and living with a child where there is no other adult legally/financially responsible for the child in that eligible family. If there is someone else in the household who does not have legal/financial responsibility for the child, the legally/financially responsible applicant is still considered a single parent. A one-digit code indicates if the head of the family receiving assistance is single or not.

   0 -- No
   1 -- Yes
   9 -- Not applicable; child is reported as head of household. (If "9" is selected, provide the child's unique identifier in Item 2.)

6. Reason for Receiving Subsidized Child Care: The one-digit code indicating the reason for receiving subsidized child care. If more than one category applies, report the primary reason. States should report responses that correspond to the state's definitions of "working," "job training and educational program," and "protective services" that are included in its approved CCDF Plan. Categories 6, 7, 8, and 9 should be used for families affected by a federally declared emergency.

   Codes:
   1 -- Employment
   2 -- Training/Education
   3 -- Both Employment and Training/Education
   4 -- Protective Services
   6 -- Federal Declared Emergency and Employment
   7 -- Federal Declared Emergency and Training/Education
   8 -- Federal Declared Emergency and both Employment and Training/Education
   9 -- Federal Declared Emergency and Protective Services

7. Total Monthly Child Care Co-payment by Family: The monthly dollar amount the family receiving assistance must pay for child care services for the month being reported (the co-payment assigned by the Lead Agency or its designee).

8. Year/Month Child Care Assistance to the Family Started: The numbers for the year and month child care assistance started for the family receiving assistance. If there was a short interruption of up to 3 months in child care assistance (for reasons such as a vacation or illness), indicate the original year/month the assistance started, rather than when the assistance resumed.

9. Total Monthly Income: Report total monthly income amount received by the family. This is the total income that is used for determining eligibility and/or co-payment <u>before</u> any deductions that may be allowed are subtracted. The amount should be rounded to the nearest dollar.

<u>ITEMS 10–15: Family Income Sources</u>: Each item reports sources of income and requires a “yes” (1) or “no” (0) answer as it relates to the family receiving assistance for the month being reported. Even if a source of income is disregarded for eligibility determination purposes, the correct answer is “yes” for a family that received income from that source in the reporting month. For Protective Services cases only, if on a case-by-case basis income is not used to determine eligibility and no income is reported, items 10-15 do not have to be completed.

10. Employment income, including self-employment
11. Cash or other monetary assistance under Title IV of the Social Security Act (TANF)
12. State program for which state spending is counted towards TANF MOE
13. Housing voucher or cash assistance
14. Supplemental Nutrition Assistance Program (Formerly Food Stamps)
15. Other Federal Cash Income Programs (such as SSI)

16. Family Size Used to Determine Eligibility: Number of family members upon which eligibility is based. The field size is two digits and requires a value within the range of 1 to 99.

16a. Family Homeless Status: Report whether the family receiving assistance is homeless. Report the family as homeless if homeless for 1 or more days during the month. In reporting this element, Lead Agencies must use the term homeless as defined in section 725 of subtitle VII-B of the McKinney-Vento Act[1].

Codes:
0 -- No, not Homeless
1 -- Yes, Homeless

16b. Family Zip Code: Report the Zip Code of the family receiving assistance. Zip Codes are a system of 5-digit postal codes used by the United States Postal Service (USPS).

---

[1] As defined by section 725 of subtitle VII-B of the McKinney-Vento Act, the term homeless children and youths'—

(A) Means individuals who lack a fixed, regular, and adequate nighttime residence; and

(B) Includes—

(i) Children and youths who are sharing the housing of other persons due to loss of housing, economic hardship, or a similar reason; are living in motels, hotels, trailer parks, or camping grounds due to the lack of alternative adequate accommodations; are living in emergency or transitional shelters; are abandoned in hospitals; or are awaiting foster care placement;

(ii) Children and youths who have a primary nighttime residence that is a public or private place not designed for or ordinarily used as a regular sleeping accommodation for human beings;

(iii) Children and youths who are living in cars, parks, public spaces, abandoned buildings, substandard housing, bus or train stations, or similar settings; and

(iv) Migratory children (as such term is defined in section 1309 of the Elementary and Secondary Education Act of 1965) who qualify as homeless for the purposes of this subtitle because the children are living in circumstances described in clauses (i) through (iii).

16c. Military Service: Is a parent currently active duty (i.e., serving full-time) in the U.S. Military or a member of either a National Guard unit or a Military Reserve unit? This should reflect the parent's status during the report month.

Codes:
0 – No
1 -- Yes, Active duty U.S. Military
2 -- Yes, National Guard/Military Reserve

16d. Primary Language Spoken at Home: Indicate the primary language spoken at home.

Codes:
1- English
2- Spanish
3- Native Central, South American, and Mexican languages (e.g., Mixteco, Quichean)
4- Caribbean Languages (e.g., Haitian-Creole, Patois)
5- Middle Eastern and South Asian Languages (e.g., Arabic, Hebrew, Hindi, Urdu, Bengali)
6- East Asian Languages (e.g., Chinese, Vietnamese, Tagalog)
7- Native North American/Alaska Native Languages
8- Pacific Island Languages (e.g., Palauan, Fijian)
9- European and Slavic Languages (e.g., German, French, Italian, Croatian, Yiddish, Portuguese, Russian)
10- African Languages (e.g., Swahili, Wolof)
11- Other (e.g., American Sign Language)
12- Unspecified (Unknown or head of household declined to identify home language)

**Dependent Children Receiving Child Care Assistance (One record per child)**

Items 17 through 25 refer to dependent children in the family receiving child care assistance and indicate the demographic characteristics of children receiving care.

17. Filler: Nine (9) blanks should be reported.[2]

States are required to request information about ethnicity and race. However, if a parent refuses to report ethnicity and/or race for their child, the field should be left blank.

18. Hispanic or Latino Ethnicity: Indicate the one-digit code for the ethnicity of each child. (Ethnicity should be determined for every child in the family.)

Codes:
0 -- No
1 – Yes
9 – No Response

[2] Children will be identifiable using a constructed variable including the family unique id, birth year and month, sex, and race/ethnicity.

<u>ITEMS 19–23: Race of Child:</u> This item applies to each child receiving care. Indicate the code for "yes" (1), "no" (0), or "No Response" (9) for each race listed below. Select "yes" for as many races as reported by the family. (Each child should have at least one race coded "yes." ***Multi-racial children should have a "1" in more than one race field.***)

19. American Indian or Alaska Native
20. Asian
21. Black or African American
22. Native Hawaiian or Other Pacific Islander
23. White
24. Child's sex: Indicate the one-digit code for the sex of the child receiving care.

    Codes:
    1 -- Male
    2 – Female
    9 – No Response

25. Year/Month of Birth: Enter the numbers for the year and month of birth of the child receiving care.

25a. Child Disability: This code applies to the child receiving services. Indicate "Yes" if the child does have a disability and "No" if the child does not. This is defined to include: (A) a child with a disability, as defined in section 602 of the Individuals with Disabilities Education Act (20 U.S.C. 1401); (B) a child who is eligible for early intervention services under part C of the Individuals with Disabilities Education Act (20 U.S.C. 1431 et seq.); (C) a child who is eligible for services under section 504 of the Rehabilitation Act of 1973 (29 U.S.C. 794); and (D) a child with a disability, as defined by the state involved.
    Codes:
    0 -- No
    1 -- Yes

**Child Care Setting (One record for each setting for each child)**

This group of questions applies to the child care provided to each child (setting). Include all information for each setting for each child in the family receiving care. The displayed form includes space for only two settings, but the number of settings may exceed this in the electronic submittal.

26. Type of Child Care: The two-digit code indicating the type of child care setting. Provider types are divided into two broad categories: "licensed/regulated" and "legally operating without regulation." For reporting purposes, a legally operating, unregulated provider is a provider that, if not participating in the CCDF program, would not be subject to any state or local child care regulations. In order to be counted as a regulated provider, the provider must meet state-established standards that are more comprehensive than CCDF health and safety requirements and be subject to monitoring inspections based on those standards. The "licensed/regulated" and "legally operating without regulation" categories each include four types of providers (each state's definition of these terms apply): in-home, family home, group home, and centers. A relative provider is defined as being the grandparent, great-

grandparent, aunt or uncle, or sibling (living outside of the child's home) of the child in care. The following codes specify the type of care provided by each provider for each child during the report month.

Codes:
01 -- Licensed/regulated in-home child care
02 -- Licensed/regulated family child care
03 -- Licensed/regulated group home child care
04 -- Licensed/regulated center-based care
05 -- In-home care provided by a non-relative in a setting legally operating without regulation
06 -- In-home care provided by a relative in a setting legally operating without regulation
07 -- Family home child care provided by a non-relative in a setting legally operating without regulation
08 -- Family home child care provided by a relative in a setting legally operating without regulation
09 -- Group home child care provided by a non-relative in a setting legally operating without regulation
10 -- Group home child care provided by a relative in a setting legally operating without regulation
11 -- Child care center legally operating without regulation

27. Total Monthly Amount Paid to Provider: For each child receiving care, indicate the total monthly dollar amount (rounded to the nearest dollar) paid or to be paid to the provider for the care of the child. The Total Monthly Amount should include federal, state, and locally funded amounts. This amount does not include the family co-payment and should reflect only the subsidy that is paid to the provider for services rendered.

28. Total Hours of Care Provided in Month: Indicate the total number of hours of care provided for the reporting period (rounded to the nearest whole number). States must indicate in a footnote how these hours are captured and calculated, i.e., *Actual Clock Hours, Blocked Hours Based on Attendance, Authorized Clock Hours, or Authorized Blocked Hours*. *Actual Clock Hours* should reflect the real hours of care a child received. *Blocked Hours Based on Attendance* should reflect blocked hours associated with the days the child actually received care. *Authorized Clock Hours* should reflect the maximum number of paid hours of care that a child was authorized to receive. *Authorized Blocked Hours* of care should reflect the upper threshold of the range of hours within each defined block. For example, a CCDF grantee might have a block of hours associated with full-time care spanning 8 to 10 hours for one day of care. In this instance, if a state is unable to determine if the child received 8 or 10 hours of care, they should report 10 hours of care. Regardless of the type of hours being reported, a CCDF grantee should base their calculations on real numbers retrieved from one of their child care data systems. They should not use averages that are calculated over a series of months.

29. Provider Federal Employer Identification Number (FEIN): Indicate the provider's FEIN. If a FEIN is unavailable, the state must provide a Unique State Provider ID in question 30. Social Security Numbers may not be reported in lieu of FEINs.

30. Unique State Provider ID: Indicate the provider's Unique State ID. If the state does not have Unique

State Provider IDs, leave field blank. In the absence of a FEIN, the Office of Child Care requires that states use a Unique State Identifier. If a case has neither a FEIN nor a Unique State Identifier, the data related to the case cannot be processed. The unique ID must be location specific. If a provider operates in multiple locations, each location must have a unique ID. Social Security Numbers may not be used as the Unique State Provider ID.

The Office of Child Care encourages states to use a unique identifier that can be linked, as appropriate, with other early care and education programs (e.g., Head Start, Early Head Start, State Pre-K) for purposes of integrated data and service coordination.

**Note:** Questions 29 and 30 are repeated as questions 31 and 32. This duplication is necessary to connect the Child Care Setting record above to the Child Care Provider Record below.

## Child Care Provider (One record for each provider)

This group of questions applies to the child care provider. The state should include all providers receiving subsidies during the report month and include one record for each provider. The set of data elements 31–40 is not included in the child or case level record (with elements 1–30) but is a separate provider record.

31. Provider Federal Employer Identification Number (FEIN): Indicate the provider's FEIN. (Same as #29.) If a FEIN is unavailable, the state must provide a Unique State Provider ID in question 32. Social Security Numbers may not be reported in lieu of FEINs.

32. Unique State Provider ID: Indicate the provider's unique State ID. If the state does not have Unique State Provider IDs, leave field blank. (Same as #30.) In the absence of a FEIN, the Office of Child Care requires that states use a Unique State Identifier. If a case has neither a Federal Employer Identification Number nor a Unique State Identifier, the data related to the case cannot be processed. The unique ID must be location specific. If a provider operates in multiple locations, each location must have a unique ID. Social Security Numbers may not be used as the Unique State Provider ID.

Quality Elements: States must report quality information for every child care provider.

States **with** a Quality Rating and Improvement System (QRIS), at a minimum, must report element #33 (QRIS participation) and #34 (QRIS rating) for every provider. For element #33 (QRIS participation), report code "9" is not acceptable for states with a QRIS. These states may report additional quality elements (#35 through #38) at their option.

States **without** a QRIS must report quality information for every provider using one or more of the following elements: #35 (accreditation status), #36 (provider is subject to state or local pre-K standards), #37 (provider meets other state-defined quality measure), or #38 (provider is subject to Head Start or Early Head Start standards). Using report code "9" (NA) for all of these elements is not acceptable.

33. QRIS Participation: Indicate one of the following codes.

Codes:

0 -- No: Provider is eligible but does not participate in the QRIS.
1 -- Yes: Provider does participate in the QRIS.
7 -- The state has an operating QRIS in the provider's area, but the provider is not eligible to participate.
8 -- The state does not have an operating QRIS in the provider's area.
9 -- The state has an operating QRIS in the provider's area, but information is currently unavailable at the provider level.

34. QRIS Rating: This is the QRIS rating for the provider. The state must choose and enter a three-digit code of alphanumeric characters to correspond with the appropriate level of QRIS rating. The state must also provide a key explaining the code for quality levels in a footnote. If the Lead Agency did not answer "Yes" to question 33, report (999). If a provider is participating, but has not yet received a rating, report "888."

35. Accreditation Status: Indicate one of the following codes.

Codes:
0 -- No
1 -- Yes: National Accreditation
2 -- Yes: State Accreditation
3 -- Yes: Other Accreditation (Not National or State Level)
4 -- Yes: Level/Type of Accreditation Unavailable
9 -- NA: Information Currently Unavailable

36. Provider is subject to, or is required to meet, State or Local Pre-K Standards: Indicate one of the following codes. If there are multiple Pre-K Standards, the state does not need to specify which particular standard applies to the provider. An answer of "Yes" indicates that the provider is subject to at least one set of standards.

Codes:
0 -- No
1 -- Yes
9 -- NA

37. Provider Meets Other State-defined Quality Measure: Indicate one of the following codes. If the state answers "Yes," it must provide a brief footnote describing the quality measure.

Codes:
0 -- No
1 -- Yes
9 -- NA

38. Provider is subject to, or is required to meet, Head Start (HS) or Early Head Start (EHS) Standards: Indicate one of the following codes.

Codes:

0 -- No
1 -- Yes
9-- NA

39. Provider Zip Code: Report the Zip Code of the provider receiving payment. Zip Codes are a system of 5-digit postal codes used by the United States Postal Service (USPS).

40. Inspection Date: Report the date (MMDDYYYY) of the most recent inspection for compliance with health, safety, or fire standards (including licensing standards for licensed providers), which was completed in accordance with section 658E(c)(2)(K) of the Child Care and Development Block Grant Act. If portions of the inspection were completed on different dates, report the date of the most recent inspection (i.e., the date on which all portions were completed).

PAPERWORK REDUCTION ACT OF 1995 (Pub. L. 104-13) STATEMENT OF PUBLIC BURDEN: Through this information collection, ACF is obtaining data from Child Care and Development Fund (CCDF) State and Territory Lead Agencies on their efforts to provide support to families and their children with paying for child care that will fit their needs. Public reporting burden for this collection of information is estimated to average 25 hours per response, including the time for reviewing instructions, gathering and maintaining the data needed, and reviewing the collection of information. This is a mandatory collection of information that is related to and funded by the Child Care and Development Block Grant (CCDBG) Act (42 U.S.C. 9857 et seq.), and regulations at 45 CFR 98.70 and 98.71. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information subject to the requirements of the Paperwork Reduction Act of 1995, unless it displays a currently valid OMB control number. The OMB # is 0970-0167 and the expiration date is 04/30/2025. If you have any comments on this collection of information, please contact Helen Papadopoulos, Office of Child Care, 330 C Street, SW, Washington, DC 20201.

APA PsycNet® AMERICAN PSYCHOLOGICAL ASSOCIATION

English Login Cart (0) Help Contact Us

SEARCH BROWSE Recent Searches My List My PsycNet




Journal Information
Journal TOC

APA PsycArticles: Journal Article

# Does the timing of kindergarten absences matter for children's early school success?

Get Access

© Request Permissions

Ansari, A., Pianta, R. C., Whittaker, J. V., Vitiello, V. E., Ruzek, E. A., & Zhang, J. (2021). Does the timing of kindergarten absences matter for children's early school success? *School Psychology, 36*(3), 131–141. https://doi.org/10.1037/spq0000434

Although we know that children who are more frequently absent from school do less well academically, we know little about whether absences matter for other domains of development and whether the timing of their absences matter. In order to address these gaps in knowledge, we examined the experiences of 1,131 kindergartners (64% Hispanic, 7% Black, 17% Asian/other, 12% White) from a mid-Atlantic state. Covariate-adjusted regression analyses showed that children who missed school more frequently did less well in terms of their academic achievement and executive function skills both in kindergarten and through the end of first grade. Importantly, however, there were no consistent differences in children's social behavior nor did outcomes vary as a function of whether their absences occurred in the fall as compared with spring. (PsycInfo Database Record (c) 2025 APA, all rights reserved)

## Impact Statement

***Impact and Implications Statement***—The present investigation suggests that children who are more frequently absent from kindergarten do less well in key domains of achievement and executive function both in kindergarten and through the end of first grade. Additionally, findings indicate that the timing of kindergarten absences does not matter for children's early school success, with fall and spring absences having comparable consequences. (PsycInfo Database Record (c) 2025 APA, all rights reserved)

Copyright

Statement: All rights, including for text and data mining, AI training, and similar technologies, are reserved.

Holder: American Psychological Association

Year: 2021

ACF 007427

*Full Report*

# Applying for Child Care Benefits in the United States: 27 Families' Experiences

**Raphael Lee, Kaela Gallo, Sarah Delaney, Anna Hoffman, Yamini Panagari, Erika Emerick, Tracy Engel, Tenzin Namdol, Courtney Pitman, and Rebecca Heywood**
U.S. Digital Response | May 25, 2022

USDR

se

EXECUTIVE SUMMARY

# Mapping the applicant journey

Child care affordability is at the forefront of public discussion. In the wake of the COVID-19 emergency, state and local governments responsible for administering child care benefit programs are seeking to ensure that funds are reaching families in need by updating their services, processes, and technology.

A research team at U.S. Digital Response conducted user interviews with 27 families across the United States who applied for child care benefits in 2020 and 2021. Based on their experiences, we propose a common framework in this report to help conceptualize, prioritize, and reason about key steps in families' experiences as they navigate the child care journey. We explore each phase of this journey in depth to highlight what's working well and suggest opportunities for improvement.






ACF 007429

EXECUTIVE SUMMARY

# Five key recommendations

## #1: Spread awareness of benefits programs where families gather

Most families find out about programs through word of mouth. People with limited English proficiency are less likely to assume that benefit programs exist.

Equip community-based organizations, churches, community centers, and online parenting groups with marketing materials that explain what the program provides, who it is intended for, and how to take next steps to determine eligibility.

## #2: Answer common questions to help families decide whether to apply

Prospective applicants are sensitive to wasted time and effort. Write clear answers to the most common questions in plain language on the program homepage.

Top questions include:

- Am I eligible?
- How much can I expect to get?
- How long will it take to apply?
- When will I start receiving funds?
- What paperwork do I need to gather?

## #3: Show families how to get help and check their application status

Although many applicants appreciate the ease of applying online, they often still find the application confusing or difficult to complete.

Use phone lines and chat to absorb support burden, allowing in-person staff to serve applicants who cannot or do not prefer to apply online. Consider implementing online workflows to allow applicants to check the status of their applications.

## #4: Connect families to care providers who accept benefits and have availability

Searching for providers that have availability and take financial aid is time-consuming and frustrating. Our research participants spent lots of time Googling, calling, and driving.

Every state that receives grant funds from CCDF has a directory of participating care providers. Make this directory easily available to parents, preferably by putting it online. Some states have set up web applications that help families search for care.

## #5: When an application is denied, provide reasons and clear next steps

Families whose applications are denied have to decide whether to apply again or appeal. Without a clear explanation of why their application was denied, they don't know what to change when reapplying and are likely to give up.

In the decline message to families, describe specific reasons why the application was declined in plain language. Share clear next actions the applicant can take, such as a URL to visit or phone number to call.



ACF 007430

INTRODUCTION

# About U.S. Digital Response

**U.S. Digital Response (USDR) is a nonprofit, nonpartisan organization that helps governments, nonprofits, and public entities respond quickly to critical public needs.**

**We're fast, free, and nonpartisan.**

Founded by former U.S. Deputy CTOs and seasoned tech industry veterans, USDR is a nonpartisan effort that connects expert, volunteer technology teams to public servants responding to crisis.

USDR serves the immediate needs of the public by activating highly skilled talent, leveraging new technology, and partnering directly with governments and nonprofits.

Our pro bono volunteers work with government teams to understand their challenges and get them the right tools to deliver critical services to the people who need them — all within a few days to weeks.

Our volunteers have deep expertise spanning user research, engineering, data science, content strategy, design, logistics and supply chain, and disaster response.

Often, the smartest solutions and most effective tools already exist — they just need to be identified, integrated, and implemented. Our volunteers survey the best of what's available, get systems up and running, and make sure government partners have the tools and training they need to operate smoothly and effectively.

Learn more about USDR at www.usdigitalresponse.org



ACF 007431

INTRODUCTION

# Contents


| SECTION | CATEGORY | PAGE |
|---|---|---|
| **Section 1** | **Context & goals** | **6** |
| **Section 2** | **Our approach & participant criteria** | **14** |
| **Section 3** | **Key takeaways** | **20** |
| | 3.1 — Two maps of the applicant journey | 21 |
| | 3.2 — Five major recommendations | 29 |
| **Section 4** | **Findings in depth** | **35** |
| | 4.1 — Becoming aware of benefits | 36 |
| | 4.2 — Researching programs | 45 |
| | 4.3 — Applying for benefits | 57 |
| | 4.4 — Waiting for benefit decision | 67 |
| | 4.5 — Receiving & maintaining benefits | 72 |
| | 4.6 — Not receiving benefits & deciding whether to reapply | 76 |
| | 4.7 — Searching for care providers | 80 |
| **Section 5** | **Appendix** | **91** |
| | 5.1 — Taking action | 92 |
| | 5.2 — Secondary research: Who is most vulnerable? | 95 |
| | 5.3 — Acknowledgments & sources | 101 |




ACF 007432

Section 1

# Context & goals

CONTEXT & GOALS

# Research mission

**Child care affordability is at the forefront of public discussion.**

In the United States, about 15 million children under age 6 live in households in which all parents work (source). But only about 15% of children who are eligible for child care subsidies receive them (source). About half the country lives in “child care deserts” and lacks sufficient care provider options (source).

In the wake of the COVID-19 emergency, the Build Back Better proposal included $400B in funding for child care and universal pre-kindergarten, recognizing that more public funding is needed to ensure that children in the United States get the safe and loving care they need. Although this omnibus bill may not pass, proposals to significantly expand funding child care are still in progress.

During the pandemic, we saw government teams go above and beyond to update their processes and technologies to better serve the public during periods of rapid change. **As government technologists, we believe that policy can only reach the members of the public that it intends to serve when we center the customer experience.**

That’s why, in early 2022, a research team at U.S. Digital Response set out to map the journey of families who had recently applied for government-funded child care assistance.

Equipped with a deep understanding of these families’ experiences, we hope to help state and local governments identify and replicate what’s working, and zero in on opportunities for improvement.

CONTEXT & GOALS

# Project goals

1. Inform government, nonprofit, and public entity employees seeking to improve the experience of applying for child care benefits anywhere in the United States

2. Provide a common framework to help conceptualize, prioritize, and reason about key steps in families' experiences as they navigate the child care journey

3. Share what ordinary families across the country have to say about navigating the child care benefit application process



ACF 007435

CONTEXT & GOALS

# Scope of research

**Our research focuses on government-sponsored assistance programs, not employer benefits**

Some employers in the United States supply child care subsidies; they're incentivized through the Employer-Provided Child Care Credit. However, our research specifically focuses on families who sought government-sponsored assistance.

The primary source of federal funding for government-sponsored child care benefits is the Child Care and Development Fund (CCDF); state and local lead agencies can also choose to direct funds from the Social Services Block Grant (SSBG) and Temporary Assistance for Needy Families (TANF) towards child care.

We quickly discovered that families generally don't know how child care benefit programs are funded or which level of government administers them. We recruited families who said they had applied for any government-funded child care subsidy in 2020 or 2021.

**Government-sponsored child care benefit programs differ from region to region**

Since state and local governments have flexibility on how these funds are deployed, programs can differ significantly from region to region.

To get a broad overview of the experience, we recruited participants from states across the country.

We started our research when the Build Back Better Act was being drafted. Child care provisions in the bill were targeted at children from birth to age five. Although the future of Build Back Better is currently unclear, we believe our findings generalize to any government teams seeking to improve the constituent experience of applying for child care benefit programs.



ACF 007436

CONTEXT & GOALS

# Research questions

**What is the experience of applying for child care benefits in the United States?**

What decisions do families need to make? How do they feel? What do they expect?

What are the most challenging aspects of applying for child care benefits? What should governments focus on when implementing their child care benefit services?

How do major life changes (losing a job, having another child, moving) impact families' ability to continue receiving benefits?

Where do benefits applicants get information from? What resources and communities do they trust?

How do the child care providers available to them satisfy families' preferences? How do they decide which provider to use?

CONTEXT & GOALS

# Who is this research for?

1. **Teams and individuals at all levels of government** who are responsible for administering child care assistance programs

2. **Nonprofits, foundations, and nongovernmental organizations** pulling together research and interventions to better address the needs of families in the United States

3. **Technologists in the public and private sector** who design and build websites, services, and applications for the intended recipients of child care assistance programs

CONTEXT & GOALS

# Setting expectations

**What this research IS**

- It proposes a conceptual framework for thinking about a family's journey as they navigate child care assistance programs, and identify general experiences, sentiments, and areas of interest in each step of the journey.
- This is qualitative research. Our interviews can suggest the "why" behind the statistics and surveys conducted by other research teams.
- This is generative research. Our interviews with research participants will give you a deeper understanding of the families that child care assistance programs are intended to reach, in order to uncover further opportunities for solutions.

**What this research IS NOT**

- It won't tell you about specific opportunities for improvement in your jurisdiction. We broadly analyzed experiences of families across the United States, but we didn't dive deeply into state-by-state journeys. To improve the family experience in your jurisdiction, *there is no substitute for direct user research*.
- We don't represent our interviews as statistically significant or representative of all families in the United States.
- The child care ecosystem is complex. This report focuses on the family and applicant experience, but we don't directly address the role of providers, schools, and child care resource and referral agencies (CCR&Rs).



ACF 007439

CONTEXT & GOALS

# A letter from the research team

USDR has worked alongside over 230 government teams, nonprofits, and public entities since March 2020, at the start of the COVID-19 outbreak. We like to think and talk about the problems we're working on in terms of systems, technology, policy. But talking directly to users grounds us in the real reason why this work matters: it helps folks when they're in need. In this report, we've attempted to capture the power of their stories by using direct quotes (lightly edited for clarity) wherever possible.

We heard again and again from parents that child care assistance is a lifeline. It gave them the opportunity to pursue their careers, to have more time during the day for their goals. When children had access to a safe place to be cared for, they were able to play, learn, socialize, and "grow up a little bit" while away from family.

Public servants work with constraints: limited resources and legacy systems. In this report, we've only included high-impact recommendations that we believe are actionable and accessible to most teams seeking to improve the child care benefit application experience.

15 million American children need safe, loving care while their parents work. We hope this report contributes to our collective effort in the USA to ensure that they can receive it.


Raphael Lee


Anna Hoffman


Sarah Delaney


Kaela Gallo


Tracy Engel


Yamini Panagari


Courtney Pitman


Tenzin Namdol


Erika Emerick



ACF 007440

Section 2

# Our approach & participant criteria

OUR APPROACH & PARTICIPANT CRITERIA

# Research methods

**27 voices:**
**In-depth interviews with benefit applicants**

**Understand** how individuals actually navigate the path from discovering benefits to receiving them or being denied. Interviews explored not just the ideal path of the journey but the difficulties people encountered and the emotions they felt along the way.

**6 stakeholders:**
**Expert interviews with people working in state government agencies, CCR&Rs, nonprofits, and consultancies**

**Validate** recommendations and key findings with experts in the field. Stakeholders provided guidance into current discourse around child care benefits and programs.

**31 sources:**
**Secondary research to provide wider context**

**Contextualize** findings from interviews in the overall landscape of child care subsidy policy and practice. Sources from academia, interest groups, and government resources provided indicators around how common the issues we saw may be in the broader population.



ACF 007442

OUR APPROACH & PARTICIPANT CRITERIA

# Recruiting goals

**Top priorities**

- Families who applied for child care benefits in 2020 or 2021
- Families whose applications were approved and families whose applications were denied

**Secondary priorities**

- Range of household income groups
- Range of states and geographies
- Mix of urban, suburban, small town, and rural environments

**Tertiary priorities**

- Range of family structures (single parent, two parents, sibling- or grandparent-led), but we did not explicitly recruit for this.
- Mix of native and non-native English speakers, but we did not explicitly recruit for this. We conducted all of our interviews in English. In practice, participants demonstrated a wide range of proficiency with English.



ACF 007443

OUR APPROACH & PARTICIPANT CRITERIA

# Recruiting

Families were recruited via paid ads posted on the Craigslist "computer gigs" board in 34 markets.

Engaging Local Government Leaders (ELGL) also helped us get the word out about our research through their membership network.

We invited interested families to apply through our recruiting screener. From the screener, we hand-selected 44 prospective participants, and contacted them for interview opportunities. We ended up interviewing 27 participants.

**Research study: $50 for a 45-minute interview (phone or Zoom)**

U.S. Digital Response (USDR), a volunteer group that helps governments with their digital services (www.usdigitalresponse.org), is looking to conduct 45-minute calls with a variety of people across the United States to understand their experiences applying for child care-related benefits.

We are looking to speak with families who have applied for government-funded child care subsidies in 2020 and 2021. We want to speak to both families that were approved to receive the benefit, and also families that did not receive it.

Your responses will be made anonymous before any information from this study is shared publicly.

If you are selected for this research study, we will reach out to you to schedule your call. After the call, you will receive a $50 Amazon gift card for your time.

**687**
REPLIES TO OUR RECRUITING SCREENER

**44**
PROSPECTIVE PARTICIPANTS CONTACTED FOR INTERVIEW OPPORTUNITY

**27**
PARTICIPANTS INTERVIEWED

OUR APPROACH & PARTICIPANT CRITERIA

# Participant demographics





















OUR APPROACH & PARTICIPANT CRITERIA

# Participant locations




**States represented**

- Alabama
- Arkansas
- California
- Colorado
- Connecticut
- Florida
- Georgia
- Iowa
- Kansas
- Michigan
- Minnesota
- Mississippi
- Nevada
- New Mexico
- North Carolina
- Oklahoma
- South Dakota
- Tennessee
- Texas
- Washington
- Wisconsin



ACF 007446

Section 3

# Key takeaways

Section 3.1

# Two maps of the applicant journey

KEY TAKEAWAYS: TWO MAPS OF THE APPLICANT JOURNEY

# The experience of applying for child care benefits is nonlinear

**We were surprised to hear such a wide variety of experiences from our participants.**

They came to need child care for a variety of reasons, became aware of benefits through many different means, did homework and research through diverse methods, and encountered different obstacles along the way.

Strikingly, we found that the search for a child care *provider* can happen before, during, or after benefit application.

Experiences seemed to vary widely among the different states.

**Eventually, we started to think of the journey as a transportation system.**

Families have a crystal clear understanding of where they're starting from and where they're trying to go, but they must pass through a complicated system in order to get there.

Like a visitor to a new city navigating a bus system for the first time, navigating the child care process made our participants feel lost at first.

Those who were given guidance by fellow travelers, who had been given a "map" of the system, or who got help from friendly and helpful officials were more likely to reach their destination with fewer complications, dead ends, and stress.

KEY TAKEAWAYS: TWO MAPS OF THE APPLICANT JOURNEY

# The child care benefit application journey as a transportation map






ACF 007450

KEY TAKEAWAYS: TWO MAPS OF THE APPLICANT JOURNEY

# The child care benefit application journey: Simplified map

**For the purposes of this presentation, we've simplified the map.**

In upcoming sections, we'll open up each box and see what's inside. Each phase will contain insights, recommendations, and, where possible, concrete examples of what's working.






ACF 007451

KEY TAKEAWAYS: TWO MAPS OF THE APPLICANT JOURNEY

# Journey map: Description & Actions

| **Phase** | Becoming aware of benefits | Researching programs | Applying for benefits | Waiting for benefit decision | Receiving & maintaining benefits | Not receiving benefits & deciding whether to reapply | Searching for care providers |
|---|---|---|---|---|---|---|---|
| **Description** | Families make do without affordable child care until a change in the status quo leads them to start looking for help. | Families decide whether applying for programs is worth their time and effort. They conduct independent research to get key questions answered before starting their application. | Families apply for benefits online or in person. When they get stuck, they seek help from government officials; if they can't get it, they ask people in their personal networks. Gathering required documents can be a major pain point, particularly for families with complicated circumstances. | Families wait for government agencies to notify them about approval or denial. They experience uncertainty about whether or not their application worked, and may proactively check the status of their application. Families who already have child care pay full price while waiting. | Families feel relief and pride when their applications are approved. To continue receiving the benefit, they deal with complications (such as moving). | Families feel rejection and disappointment when their applications are denied. To reapply or appeal, they need a clear explanation of why their application was denied, and what next steps should be. | Finding a care provider may happen before, during, or after applying for benefits. Families start on Google, but call or visit providers one at a time to make sure they have availability and take financial aid. |
| **Actions** | Making do: caretaking but not working, using unlicensed care<br><br>Life changes, like moving<br><br>Learning about programs through word of mouth | Looking for information about programs online<br><br>Printing resources, taking notes | Applying online or in person<br><br>Trying to get help when stuck<br><br>Gathering relevant documentation | Waiting<br><br>Checking application status (online and phone)<br><br>Paying full price for child care while waiting | Getting notified through mail, email, online services, SMS, phone, or care provider<br><br>Dealing with complications | Getting notified through mail, email, online services, SMS, phone, or care provider<br><br>Reapplying/appealing | Searching on Google, reading websites<br><br>Calling or visiting providers to make sure they have availability and take financial aid |



ACF 007452

# Journey map: Questions & Emotions

| **Phase** | Becoming aware of benefits | Researching programs | Applying for benefits | Waiting for benefit decision | Receiving & maintaining benefits | Not receiving benefits & deciding whether to reapply | Searching for care providers |
|---|---|---|---|---|---|---|---|
| **Questions** | What I was doing wasn't working. What should I do now?<br><br>Who do I know who might have ideas?<br><br>Where on the Internet can I get answers? | Is it worth my time and effort to apply?<br><br>Am I eligible?<br><br>How long will it take to apply?<br><br>How long will it take to hear back?<br><br>How much can I expect to receive? | What paperwork do I need to gather?<br><br>How can I get help when I need it? | Has my application gotten lost? How will I know if something went wrong?<br><br>How long do I need to wait?<br><br>Will I be reimbursed for the wait time?<br><br>What if I miss the phone call? Do I go to the back of the line? | How can I make sure I continue receiving benefits during a life change? | Why was my application denied?<br><br>If I reapply or appeal, what should I do differently?<br><br>What is the next step in the appeal process? | Which providers take the benefit?<br><br>Which providers have availability?<br><br>What about cost, distance, values, hours of availability, and child experience? |
| **Emotions** | Financial anxiety<br><br>Overwhelm, too busy<br><br>Shame/stigma<br><br>Not feeling self-sufficient | Pressed for time<br><br>Intimidated<br><br>Confused by unclear answers, complex language, legalese | Confusion about what paperwork is needed<br><br>Inconvenienced, when trying to book in-person appointments<br><br>Frustrated when help is needed but hard to get | Uncertainty about whether the application went through<br><br>Financial pressure while paying for child care and not knowing if reimbursement is coming | Relief, peace, solace<br><br>Pride<br><br>Confusion, when touchpoints are transferred between government offices | Rejection<br><br>Loneliness<br><br>Time was wasted<br><br>Confusion, if the reasons for application denial are unclear | Frustration about difficulty of finding providers and following up with each of them one by one<br><br>Concern for health and safety of children |

KEY TAKEAWAYS: TWO MAPS OF THE APPLICANT JOURNEY

# Journey map: Pain points & Opportunities

| Phase | Becoming aware of benefits | Researching programs | Applying for benefits | Waiting for benefit decision | Receiving & maintaining benefits | Not receiving benefits & deciding whether to reapply | Searching for care providers |
|---|---|---|---|---|---|---|---|
| **Pain points** | What exists? Families don't know what they don't know | Finding the correct website can be difficult<br><br>It's hard to find answers to simple questions when information isn't presented well<br><br>Access to Internet can be difficult; one applicant drove to the library to find and print materials | Gathering documentation (unclear, time-consuming)<br><br>UX problems and bugs, especially if applicant has only a mobile phone<br><br>Needing help, but not being able to reach someone who can help | Lack of clarity on expected timeline and next steps: what does normal look like? | When a case is shared between government offices (e.g., child care services to child support), the workflow also changes: a mostly automated, instant online workflow might become a slow, error-prone mail-based workflow | Unclear reasons for application denial<br><br>Unclear next steps | Difficulty of finding provider information in one place<br><br>Provider shortages, long waitlists |
| **What's working well/ Opportunities** | Reaching people in the places they already are<br><br>Online ads (search engines and social media)<br><br>Non-stigmatizing messaging | Answering the most common questions in plain language on the program homepage<br><br>Designing informational pages for mobile devices | Online applications, designed for mobile first, complementing in-person appointments<br><br>Using phone and chat to answer questions when people need help | Online workflows to check status can answer questions while decreasing load on frontline phone staffers<br><br>Setting expectations by telling families what the average wait time is | | Sharing clear reasons for application denial<br><br>Sharing clear next steps<br><br>Having more flexibility in the appeals process to explain a complex situation | Clarifying what the provider's role is in the process<br><br>Providing a directory of all licensed and registered child care providers that accept financial aid |



ACF 007454

KEY TAKEAWAYS: TWO MAPS OF THE APPLICANT JOURNEY

# Visualizing participant sentiments during their journey






ACF 007455

Section 3.2

# Five major recommendations

# #1: Spread awareness of benefits programs where families gather

**Why?**

We learned that most families find out about programs through word of mouth. People with limited English proficiency are less likely to assume that benefit programs exist.

**How?**

Equip community-based organizations, churches, community centers, and online parenting groups (such as those on Facebook) with marketing materials that explain what the program provides, who it is intended for, and how to take next steps to determine eligibility.

Applicants are also more likely to discover child care benefits programs if they currently use other benefits. Cross-marketing between benefit programs can increase enrollment.

During the pandemic, child care resource and referral agencies (CCR&Rs) rapidly adapted to increase their online presence. Child Care Aware of America recently published a case study on some CCR&R successes.

**"I like the program. It's easy to navigate the website. But... I definitely think there needs to be more awareness of these types of things. 'Cause I've never really seen any commercials, or any flyers or ads. Even, you know, when you go on Instagram and Facebook, there's ads for things that are unnecessary."**

— M, Connecticut, mother of two children

# #2: Answer common questions to help families decide whether to apply

**Why?**

Prospective applicants are sensitive to wasted time and effort. They conduct a cost-benefit analysis to decide whether applying is worth their limited time and effort. Research can be confusing, particularly for people without access to broadband, laptops, or printers.

**How?**

Write clear answers to the most common questions in plain language on the program homepage itself.

The most common questions include:

- Am I eligible?
- How much can I expect to get?
- How long will it take to apply?
- When will I start receiving funds?
- What paperwork do I need to gather?

Consider using online eligibility screeners to quickly educate families about their options and set expectations about the application process.




Washington State's Working Connections Child Care homepage answers all the major questions in one place.



ACF 007458

# #3: Show families how to get help and check their application status

**Why?**

Although many participants appreciated the ease of applying online, they still often found the application confusing or difficult to complete. When phone support was available, participants used and valued it. When it wasn't, participants asked for it, or turned to friends and community members instead, often receiving inaccurate information.

Checking the status of applications solves two problems. First, it lets applicants know that their application didn't fall through the cracks. Second, it lets applicants know that they didn't miss a critical piece of messaging from the government agency.

**How?**

Use phone lines and chat to absorb support burden, allowing in-person staff to serve applicants who cannot or do not prefer to apply online.

Similarly, consider implementing online workflows to allow applicants to check the status of their applications. This will also reduce call volume, since applicants will be able to self-serve.

> **"Especially if it's your first time doing it, I don't know if you're going to have much experience. So for me, I would like a human to talk to you during the process… In person… or like a phone call where you can get things done on your computer while you work."**
>
> — T, Kansas, father of two children

# #4: Connect families to care providers who accept benefits and have availability

**Why?**

Searching for providers that have availability and take financial aid is time-consuming and frustrating. Participants spent lots of time Googling, calling, and driving. Providers' websites didn't answer all the questions that families had or show real-time availability, so participants spent a lot of time on the phone talking to people or visiting in person.

**How?**

Every state that receives funds from CCDF has a directory of participating care providers. Make this directory easily available to parents, preferably by putting it online. Some states have set up web applications that help families search for care.




Texas's Child Care Availability Portal allows users to filter for and save providers near them and displays key summary information to help parents choose providers.



ACF 007460

KEY TAKEAWAYS: FIVE MAJOR RECOMMENDATIONS

# #5: When an application is denied, provide reasons and clear next steps

**Why?**

Families whose applications were denied expressed confusion. They had to decide whether to apply again or appeal. Without a clear explanation of why their application was denied, they didn't know what to change when reapplying and were likely to give up.

**How?**

In the decline message to families, describe specific reasons why the application was declined in plain language. Share clear next actions the applicant can take, such as a URL to visit or phone number to call.

**"On the back [of the notification letter], it speaks to, you know, you have 30 days to appeal this decision, and refer to our website for any questions and help and the form, you know, kind of what to do, which it was outlined pretty good... as far as, 'How do I get this started?'"**

— H, Iowa, mother of two children, who successfully appealed and began receiving benefits



ACF 007461

Section 4

# Findings in depth

Section 4.1

# Becoming aware of benefits

FINDINGS IN DEPTH: BECOMING AWARE OF BENEFITS

# Families seek child care assistance after a change in the status quo

**Change in job conditions or expenses**

"Currently the work my husband is doing is not paying well. I've lost my job."
— A, Alabama

"My work was not guaranteed at that time. So I might work five hours, I might have worked 10 hours and I really felt like I was struggling. I just didn't have something to depend on."
— H, Iowa

"And then once things started getting real tough, you know, rent went up and a couple of other things, you know, we got other stuff to pay, the gas, electric, and the vehicles, all that. So we kinda thought that maybe it'll be time. We'll probably get help. We both agreed to go in and find that."
— E, New Mexico

**Something happened to the caretaker**

37% of children are estimated to receive care from informal caretakers such as friends, families, and neighbors (FFN). Poorer families are more likely to rely on FFN.

"Initially before my mom's condition got worse, she'd be the one who'd look after the kids, but then over time, things escalated a little bit and... there's nobody to provide for the family. They're waiting on me to pay the bills, are waiting for me to put food on the table at night."
— N, Arkansas

"I used to leave them with the grandparents."
— W, California

**Moving**

When FFN becomes inaccessible, families start looking for other ways to make child care work.

"When I moved back home, I lived with my father for a little bit, and it was just easier to balance everything and to go to work when I needed to, and to have somebody help just with basic things, like feeding her and taking him to the doctor. But now that we're on our own, there's nobody else to help out or to just do the small tasks, like feeding or changing her diaper or all that kind of stuff."
— C, Minnesota



ACF 007464

FINDINGS IN DEPTH: BECOMING AWARE OF BENEFITS

# Most families learn about benefit programs through word of mouth

**More than half (16 out of 27) of our research participants found out about benefit programs through word of mouth**

Participants who were immigrants and non-native English speakers were less likely to "just know" that child care assistance existed.

The prevalence of word of mouth highlights an opportunity to "meet people where they are" — in the communities where they already congregate. Community-based organizations have trust and a personal connection where government agencies don't.

**How people learned about programs**

- Colleagues
- Friends
- Church members
- Facebook groups
- Offline social groups (for example, one participant got help from an acquaintance in her Narcotics Anonymous group)

**"We were about to be kicked out of the place that I was living in. Thank God for my landlord, because she was understanding and she referred me to that program."**

— N, Arkansas, mother of four children



ACF 007465

# Families also found out about programs through their care providers, via self-directed Google searches, and through other benefits

**Self-directed searchers found the correct government homepages through Google**

"I just Googled. I was like, 'There's gotta be something.'"
— R, Wisconsin

"I'm pretty sure it was on like the Department of Human Services website. So, and then I just remember like seeing this pamphlet, it was like, 'Do you need help paying for child care' or something like that? So I read through that and then just went to the regular Minnesota websites."
— C, Minnesota

**Care providers often directed participants toward child care benefits**

"Someone told me at the, when I went to the daycare center… she was like, you know… you should go get vouchers… And that's how I heard about it, from the director of the child care center."
—K, Tennessee

"The daycare initially told me about it. 'Cause I, the beginning I was paying the full fee and then they told me about the program."
—M, Connecticut

**Using one benefit was likely to make a participant aware of others**

"If you go to a human services office, you know, you put in an application for maybe food stamps. So maybe, you know, any kind of service they offer at human services, they ask you if you actually need any resources. So there, you can get a lot of like information about other resources."
— E, New Mexico

"I didn't know there [is] help that the county gives people because there are other programs that I came to learn through applying for this one. For example, if you don't have enough money for your health insurance, you can apply for such funds through the government and they can get help. So it was an eye-opener for me."
— D, Texas

FINDINGS IN DEPTH: BECOMING AWARE OF BENEFITS

# Applicants negotiate complicated feelings about utilizing the benefit…

**Dealing with stigma**

"You run into stigma, unconscious or conscious, you know, because often the people who you're giving your money to are not the people who need the subsidy. You know what I mean? So you do run into stigma and just let it roll off your back, don't even worry about it. Do what you have to do for your family. Take advantage. That's why it's there."
— R, Wisconsin

"You have to fill out your details about how you guys are poor or how you need support or what your family background is. If you're like more challenged or someone who's going to judge you."
— W, Washington

**Feeling shame about needing help**

"I've always had a really hard time asking for help. [My previous day care provider], she said that, you know, at certain times, everybody needs a little bit of help… in the past I've helped people, you know, when I was very much able to. And so she said, you have to look at this as a cycle. Sometimes we need more than others and it's not shameful to ask for help. And that really made me feel like, 'cause you know, a lot of it is just worrying about people judging you, like 'What happened to you now?'"
— H, Iowa

**Not wanting to take advantage of the system; wanting to be self-sufficient**

"Once things kind of go back to normal, I want to try and wean off a bit and make sure I'm doing the most I can for ourselves… It's just kind of like, making sure that I was, you know, not taking advantages of the government program and just making sure I was being respectful."
— T, Kansas

# … but, looking back after the experience, they strongly encourage others to apply

### Don't be intimidated

"I tell them not to be intimidated. I know a lot of these programs… can be intimidating. 'Cause think that you don't qualify or, or you're going to have some type of issue. I mean, you can just go for it. The worst case scenario, they can deny it, but I mean, you never know what your chances are. Just go for it. You'd probably be lucky. And a lot of people are qualifying at this moment."
— M, Connecticut

### Apply to all the programs you can find

"And also they should not give up. You should not apply for one program and then once they do not approve you, you're frustrated and you say, 'Oh, I will not apply for them anymore.' There are a lot of programs out here that you can actually apply for and to get the assistance that you need. So do not apply for one program. If you applied for this program and did not get the assistance that you knew or did not approve your application, you can try a couple of others. Two or three or four or five before you actually give up."
— N, Arkansas

"I would advise him or her to apply. It's is a good program. If you are totally eligible for it, it's good to apply. … Just because [my application] was rejected, I can't say it was a bad program."
— J, California

### Don't feel ashamed, be patient

"I would say definitely apply. You might be surprised. You might get a little bit of help or a lot of help… Don't feel shamed or bad about, you know, needing that help at that time. And to keep hope, you know, you're working… Just to have patience with the system and like I said, even if you don't think you can get help, apply, because you might be surprised that you'll get a little or, or maybe a lot, but it would be something to help."
— H, Iowa

"I think they should, they should be optimistic and try to apply. They should not be reluctant. Maybe having the mentality that they cannot get the child care support. I think there is no discrimination."
— M, Georgia

FINDINGS IN DEPTH: BECOMING AWARE OF BENEFITS

# Summary

**Families seek child care assistance after a change in the status quo.**

Changes in the family's financial situation and moving away from family and friends were common reasons for needing assistance.

Poorer families often use friends, family, and neighbors (FFN) for informal care, but they are not as reliable as licensed care providers.

**Most families learn about benefit programs through word of mouth.**

People with limited English proficiency were less likely to assume that programs existed. Participants also learned about benefit programs through self-directed Google searches and through their existing care providers.

Market programs in the places where parents already congregate, such as churches, community-based organizations, and online parenting groups.

Distributing materials and information through care providers is an effective marketing vector.

**Although families negotiate complicated feelings about utilizing the benefit, after they were done with the process, they encourage others to apply for it.**

They advised other families to put aside their fears of stigma or feelings of intimidation about the process because getting help for the family is a lifeline.

In advertising, pamphlets, and websites, reduce stigma to encourage uptake of programs.



ACF 007469

FINDINGS IN DEPTH: BECOMING AWARE OF BENEFITS

# Build awareness by going where parents already are

**Market benefits programs to parents by going where parents already congregate**

- Community-based organizations (especially for immigrants and non-native English speaking groups)
- Churches
- Doctors' offices and hospitals
- Community centers
- Facebook parent groups (such as "Buy Nothing" groups and local parenting groups) and other online parenting forums
- Cross-marketing from other benefit programs, such as SNAP and WIC
- Consider buying search engine and social media ads

**Child care resource and referral agencies (CCR&Rs) are a gateway to local communities**

CCR&Rs have adapted during COVID-19 to increase their online presence and generally have a good sense of where the local community gathers.

Child Care Aware of America recently published a case study on some CCR&R successes.

**The best time to make parents aware of benefits programs is *before* they actually need one**

- In the doctor's office
- In the maternity ward
- During new parent readiness classes (e.g. Lamaze, breastfeeding, labor and delivery education)
- When they've recently moved



ACF 007470

# Reduce stigma to increase uptake of government programs

**Stigma impacts program participation**

The effects of stigma have been studied broadly; see work by the Benefits Data Trust, National Council on Aging, and Harvard and UC Berkeley scholars for more information.

**Best practices for reducing stigma**

- Center the experiences of ordinary, hard-working people.
- Quote other participants directly.
- Focus on the structure and benefits of the program. Getting specific about what the program provides prevents misconceptions.
- Use language that describes benefits as programs that all taxpayers fund together, instead of “handouts.”




This WIC ad succinctly and specifically describes what the benefit does. It also provides social proof by sharing that “8 million moms and children” utilize the program.




An ad from Child and Teen Checkups (well-child appointments provided through Medicaid). This quote from a real participant is relatable, humanizing, and informative.



ACF 007471